UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


-----------------------------------------------------------x

KATHLEEN ASHTON, et al.,

        Plaintiffs,

    v.

AL QAEDA ISLAMIC ARMY, et al.,

        Defendants.

02 CV 6977 (AGS)

-----------------------------------------------------------x

ARLENE BEYER, et al.,

        Plaintiffs,

    v.

AL QAEDA ISLAMIC ARMY, et al.,

        Defendants.

02 CV 6978 (AGS)

-----------------------------------------------------------x

SHERI G. BURLINGAME, et al.,

        Plaintiffs,

    v.

OSAMA BIN LADEN, et al.,

        Defendants.

02 CV 7230 (AGS)

-----------------------------------------------------------x

VIRGINIA BAUER, et al.,

        Plaintiffs,

    v.

AL QAEDA ISLAMIC ARMY, et al.,

        Defendants.

02 CV 7236 (AGS)

-----------------------------------------------------------x
-----------------------------------------------------------x

Plaintiffs' counsel further stipulate and consent to the appointment of James P. Kreindler of the law firm of Kreindler & Kreindler to act as liaison counsel in the consolidated action.

          KREINDLER & KREINDLER

By: */s/ James P. Kreindler*
JAMES P. KREINDLER (JK7084)
MARC S. MOLLER (MM0143)
JUSTIN T. GREEN (JG0318)
ANDREW J. MALONEY (AM8684)
100 Park Avenue
New York, NY 10017
Phone: (212) 687-8181
Fax:   (212) 972-9432
jkreindler@kreindler.com
amaloney@kreindler.com

Counsel in <u>Ashton</u> 02 CV 6977 and <u>Bayer</u> 02 CV 6978

          SPEISER KRAUSE

By: _____
Kenneth P. Nolan (KN 3388)
Frank H. Granito, Jr. (FG 1969)
Frank H. Granito, III (FG 9760)
140 E. 45th Street, 34th Floor
New York, NY 10017
(212) 661-0011
(212) 953-6483
Kpn@ny.speiserkrause.com
f3g@ny.speiserkrause.com

Counsel in <u>Burlingame</u> 02 CV 7230

-3-

Plaintiffs' counsel further stipulate and consent to the appointment of James P. Kreindler of the law firm of Kreindler & Kreindler to act as liaison counsel in the consolidated action.

KREINDLER & KREINDLER

By: _____
JAMES P. KREINDLER (JK7084)
MARC S. MOLLER (MM0143)
JUSTIN T. GREEN (JG0318)
ANDREW J. MALONEY (AM8684)
100 Park Avenue
New York, NY 10017
Phone: (212) 687-8181
Fax: (212) 972-9432
jkreindler@kreindler.com
amaloney@kreindler.com

Counsel in Ashton 02 CV 6977 and Bayer 02 CV 6978

SPEISER KRAUSE

By: _____
Kenneth P. Nolan (KN 3388)
Frank H. Granito, Jr. (FG 1969)
Frank H. Granito, III (FG 9760)
140 E. 45th Street, 34th Floor
New York, NY 10017
(212) 661-0011
(212) 953-6483
Kpn@ny.speiserkrause.com
f3g@ny.speiserkrause.com

Counsel in Burlingame 02 CV 7230

-3-

BAUMEISTER & SAMUELS

By: *[signature]*

Michel F. Baumeister (MB 1896)
Dorothea M. Capone (DC 8582)
Douglas A. Latto (DL 3649)
One Exchange Plaza
New York, New York 10006
Phone: (212) 363-1200
Fax:    (212) 363-1346
Mfbaumeister@baumeisterlaw.com

Counsel in Bauer 02 CV 7236


BRODER & REITER


By: _____

Aaron J. Broder (AB 5905)
Jonathan C. Reiter (JR 7522)
350 Fifth Avenue, Suite 2811
New York, New York 10118
Phone: (212) 244-2000
Fax:    (212) 244-2006
ajbroder@aol.com

Counsel in Schneider 02 CV 7209
02 CV 7214

-4-

BAUMEISTER & SAMUELS

By: _____
Michel F. Baumeister (MB 1896)
Dorothea M. Capone (DC 8582)
Douglas A. Latto (DL 3649)
One Exchange Plaza
New York, New York 10006
Phone: (212) 363-1200
Fax:   (212) 363-1346
Mfbaumeister@baumeisterlaw.com

Counsel in Bauer 02 CV 7236

BRODER & REITER

By: _/s/ Aaron J. Broder_____
Aaron J. Broder (AB 5905)
Jonathan C. Reiter (JR 7522)
350 Fifth Avenue, Suite 2811
New York, New York 10118
Phone: (212) 244-2000
Fax:   (212) 244-2006
ajbroder@aol.com

Counsel in Schneider 02 CV 7209
02 CV 7214

-4-

CHERYL SCHNEIDER, et al.,

        Plaintiffs,

    v.

AL QAEDA ISLAMIC ARMY, et al.,

        Defendants.

-------------------------------------------------------x

MAYORE ESTATES, LLC, et al.,

        Plaintiffs,

    v.

AL QAEDA ISLAMIC ARMY, et al.,

        Defendants.

-------------------------------------------------------x

02 CV 7209 (AGS)

**ORDER**

02 CV 7214 (AGS)

### ORDER UPON STIPULATION OF CONSOLIDATION AND APPOINTMENT OF LIAISON COUNSEL

Plaintiffs' counsel in the above-captioned cases hereby stipulate and consent, pursuant to Rule 20, F.R.Civ.P., that the above-captioned cases be consolidated, for liability purposes, in one action before the Honorable Allen G. Schwartz, United States District Judge, Southern District of New York.

The consolidated action shall hereinafter be referred to as <u>Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.</u>, 02 CV 6977 (AGS).

Plaintiffs' counsel further stipulate and consent to the filing of a Master Complaint against identical defendants no later than January 7, 2003, to be served on defendants pursuant to the Federal Rules of Civil Procedure and/or by Court Order, ~~regarding~~ *and* alternative service methods. ~~to be addressed by the Court on or before January 7, 2003.~~

-2-

JAROSLAWICS & JAROS

By: *[signature]*
Marc R. Leffler, Esq. (1852)
David Jaroslawics (DJ 6931)
150 William Street
New York, New York 10038
Phone: (212) 227-2780
Fax: (212) 732-6746
E-Mail: djaroslawics@earthlink.net

Counsel in <u>Mayore Estates, LLC</u>
02 CV 7214

Dated: New York, New York
November __, 2002

SO ORDERED.

*[signature]*
Allen G. Schwartz
United States District Judge
Southern District of New York

#102251-1                            -5-