UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN ASHTON, et. al., <br> Plaintiffs, <br> v. <br> AL-QAEDA ISLAMIC ARMY, et. al., <br> Defendants. | CONSOLIDATED CIVIL <br> ACTION NO. 02 CV 6977 <br> Judge Allen G. Schwartz |

### ORDER ON PLAINTIFFS' REQUEST FOR SERVICE BY MAIL TO LAST KNOWN READILY ASCERTAINABLE ADDRESS AND BY PUBLICATION PURSUANT TO Fed. R. Civ. P. 4(f)(3)

Plaintiffs, by their attorneys and consolidated liaison counsel Kreindler & Kreindler, having filed their Motion for Service by Mail and Publication, and the Court, having considered the Memorandum and Points and Authorities and oral argument, NOW FINDS that Plaintiffs' proposed means of service is reasonably calculated to notify the Defendants of the lawsuit and afford them an opportunity to present their objections.

Having reviewed the case law and the facts alleged in the Consolidated Master Complaint, the Court will permit service of the Master Complaint to be made by mailing a copy of the summons and complaint translated into Arabic and Farsi, and other specified appropriate languages, to the last known address if readily ascertainable and by publication; Iraq, Iran and Sudan to be served pursuant Fed. R. Civ. P. 4(j) and 28 U.S.C. § 1608. Plaintiffs may serve Defendants by publishing the attached notice for six weeks in English, Arabic, Farsi, Pashtu and Urdu, in the respective publications of *Al-Hayat; Al Quds Al Arabi; Al-Ahram; Pakistan Daily Jang; Ettela'at; The Philippine Star National; International Herald Tribune*, and placing the Notice on the World Wide Web at http://www.sept11terrorlitigation.com.

ACCORDINGLY it is ORDERED this 18th day of March, 2003.

Allen G. Schwartz
United States District Judge for the Southern
District of New York