UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KATTHLEEN ASHTON, et al,

      Plaintiffs,

V.

AL QUAEDA ISLAMIC ARMY, et al,

      Defendants.

---

FILED
DISTRICT COURT NE
2003 4/2 P 2:43
S.D. OF N.Y.

CERTIFICATE OF MAILING

DOC # 13

02 CV 6977 (AGS)

I, J. MICHAEL MCMAHON, CLERK OF COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, DO HEREBY CERTIFY THAT ON 2nd DAY OF April, 2003 I SERVED THE SUMMONS AND COMPLAINT, NOTICE OF SUIT AND AFFIDAVIT FROM THE THE TRANSLATOR PURSUANT TO THE FOREIGN SOVEREIAGN IMMUNITES ACT (28U.S.C §1608(A)(4) FILED AND ISSUED HEREIN ON THE 6TH DAY OF March 2003 BY MAILING BY REGISTERED MAIL, RETURN RECEIPT REQUESTED, AT THE UNITED STATES POST OFFICE, CHINATOWN STATION, NEW YORK, N.Y., A COPY OF EACH THEREOF, SECURELY ENCLOSED IN A POST-PAID WRAPPER ADDRESSED TO:

    SEE ATTACHED FOR LISTING OF DEFENDANTS

THAT ANNEXED TO THE ORIGINAL HEREOF IS REGISTERED MAIL RECEIPT(S)

\# 7002 2510 0007 2575 4385    \#_____

\#_____   \#_____   \#_____

\# 7002 0510 0003 9500 4675

(CHINATOWN STATION) THAT WAS ISSUED AT MY REQUEST AS AFOREMENTIONED,

            J. Michael McMahon
            _____
               CLERK

DATED: NEW YORK, N.Y.

# United States District Court

__Southern__ District of __New York__

KATHLEEN ASHTON, et al.

                        Plaintiffs,         CONSOLIDATED MASTER COMPLAINT

    v.

AL QAEDA ISLAMIC ARMY, et al.        CASE NUMBER: 02 CV 6977 (AGS)

                        Defendants.

To:       SEE CAPTION ATTACHED

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

        KREINDLER & KREINDLER
        100 Park Avenue, New York, NY 10017
        (212) 687-8181

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON                MAR 6 2003
CLERK                                                                    DATE
*Melanie L. Lopez*
BY DEPUTY CLERK

## NOTICE OF SUIT
### Pursuant to 28 U.S.C. § 1608 22 C.F.R. § 93.2

1. PLEASE TAKE NOTICE that legal actions have been commenced against you in the United States District court for the Southern District of New York known as *Ashton, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 6977(AGS)), *Beyer, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 6978(AGS)), *Burlingame, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 7230(AGS)), *Bauer, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 7236(AGS)), *Schneider, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 7209(AGS)), and *Mayore Estates, LLC, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 7214(AGS)) and have been consolidated as *Ashton, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 6977(AGS)) against the Islamic Republic of Iran, Islamic Revolutionary Guard ("Irgc") Iranian Ministry of Intelligence And Security ("Mois"), Lashkar Redayan-E-Islami (Islamic Martyrs Brigade), Ayatollah Ali Khamenei, Spiritual Leader of Iran, Momammed Mohammadi Rayshahri, special advisor to Spiritual Leader, Qorban Ali Najaf-Abadi, Minister of Intelligence, Ali Falahyan, Director of Public Intelligence, General Ali Blokian, former advisor to Hezbollah Ahmad Salah (Salim), member of committee of three of Int'l Hezbollah, Mahdi Chamran Savehi, director of International, Hezbollah and Iranian External Intelligence chief, General Mohsen Reza'i, Iranian security director, Hoseyn Shaykh Ol-eslam, former Assistant Foreign Minister, General Mohsen Reza'i, former commander of the Islamic Revolutionary Guard Corps (IRGC) who is now in charge of the reorganization of Iran's security apparatus; General Yahya Rahim Safavi, head of the IRGC; Information Minister Qorban 'Ali Najaf 'Abadi; Former minister 'Ali Falahyan; Mohammed Mohammadi Rayshahri, special adviser to Iran's supreme leader Ali Khamene'i; Hoseyn Shaykh Ol-Eslam, former assistant foreign minister, and others. The presiding Judge is the Honorable Allen G. Schwartz and the consolidated docket number is 02 CV 6977(AGS).

2. The Republic of Iran is the foreign state concerned and its political subdivisions as described above, as well as the Islamic Republic of Iran, Islamic Revolutionary Guard ("Irgc") Iranian Ministry of Intelligence And Security ("Mois"), Lashkar Redayan-E-Islami (Islamic Martyrs Brigade), Ayatollah Ali Khamenei, Spiritual Leader of Iran, Momammed Mohammadi Rayshahri, special advisor to Spiritual Leader, Qorban Ali Najaf-Abadi, Minister of Intelligence, Ali Falahyan, Director of Public Intelligence, General Ali Blokian, former advisor to Hezbollah Ahmad Salah (Salim), member of committee of three of Int'l Hezbollah, Mahdi Chamran Savehi, director of International, Hezbollah and Iranian External Intelligence chief, General Mohsen Reza'i, Iranian security director, Hoseyn Shaykh Ol-eslam, former Assistant Foreign Minister, General Mohsen Reza'i, former commander of the Islamic Revolutionary Guard Corps (IRGC) who is now in charge of the reorganization of Iran's security apparatus; General Yahya Rahim Safavi, head of the IRGC; Information Minister Qorban 'Ali Najaf 'Abadi; Former minister 'Ali Falahyan; Mohammed Mohammadi Rayshahri, special adviser to Iran's supreme leader Ali Khamene'i; Hoseyn Shaykh Ol-Eslam, former assistant foreign minister, and others. and others as described above in their individual capacities as well as in their capacity as agents, servants, and employees of the Iran government as described above.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007**

**J. MICHAEL MCMAHON**
**CLERK**

April 2, 2003

United States Department of State
Office of Citizens Consular Services
2201 "C" Street, N.W.
Washington, D.C. 20520

    Re: Ashton, et al. v. AlQaeda Islamic Army, et al.
      02 Cv.. 6977 (AGS)

Dear Sir/Madam:

  Enclosed please find one copy of each of the following documents in the above-referenced case. I am hereby requesting that you serve them upon:

  Islamic Republic of Iran
  2209 Wisconsin Avenue NW
  Washington, DC 2007

      Summons
      Complaint
      Notice of Suit
      Order
      Affidavit of the Translator

  The above-referenced documents have been translated into Farsi, Iran's official language.

page2

       There is no arrangement for service by the and between Plaintiffs and with Defendants; no special arrangement exists for delivery of Summons and Complaint in accordance applicable international convention and service could not be made within thirty days under Para, 3 of § 1608(a)(4).

       If there are any questions, you may contact me at (212) 805-0140

                                                  Sincerely,

                                                Joseph LaMura
                                                Chief Deputy



# KREINDLER & KREINDLER

100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
email: legal@kreindler.com
www.kreindler.com

Harry E. Kreindler (1919-1984)
Lee S. Kreindler
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beckman
Blanca I. Rodriguez
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander
Justin T. Green

Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
Andrew J. Maloney, III
    Counsel

Susan A. Friery, M.D.*
Daniel O. Rose
Jacqueline M. James
Brendan S. Maher**
Paul A. Loh
Susan D. Bainnson
Dennis J. Nolan***
Myrna Ocasio

*Admitted in MA & DC only
**Admitted in CA & Awaiting Admission NY
***Awaiting Admission NY

March 24, 2003

**BY HAND**

James M. Parkinson
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

        **Re:**    **Ashton, et al. v. Al Qaeda Islamic Army, et al.**
                 **02 CV 6977(AGS)**

Dear Mr. Parkinson:

      We represent several hundred death cases and many more personal injury cases resulting from the September 11, 2001 terrorist attacks. Judge Schwartz consolidated *Ashton, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 6977(AGS)), *Beyer, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 6978(AGS)), *Burlingame, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 7230(AGS)), *Bauer, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 7236(AGS)), *Schneider, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 7209(AGS)), and *Mayore Estates, LLC, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 7214(AGS)) [this includes business and property damage cases] into one action before him and appointed James P. Kreindler liaison counsel for the plaintiffs (see attached). Judge Schwartz then ordered us to prepare and file a Consolidated Master Complaint known as (*Ashton, et al. v. Al Qaeda Islamic Army, et al.* 02 CV 6977(AGS)).

      We are attempting to serve various defendants through traditional means, including the States of Iraq, Sudan and Iran, their political subdivisions, instrumentalities, agents, servants and employees. All three of these States are listed by the United States as State Sponsors of terrorism. Plaintiffs have alleged that each of them have conspired with Al Qaeda and others to attack the United States and its citizens, including the terrorist attacks on September 11, 2001.

**Kreindler & Kreindler**
**March 26, 2003**
**Page 2**

    Enclosed please find two copies of the Notice of Suit (pursuant to 22 C.F.R. § 93.2) and the Summonses and Complaints in English and Farsi to be served on the Republic of Iran. Please forward them to the Secretary of State, Colin Powell, in Washington, D.C. pursuant to 28 U.S.C. § 1608(a)(4), to the attention of the Director of Special Consular Services - in order for the Secretary to transmit one copy of the papers through diplomatic channels to the State of Iran, whose official language is Farsi.

    Please ensure that the State Department sends a certified copy of the diplomatic note to you indicating when the papers were transmitted and provide same to me at your earliest convenience.

Very truly yours,

KREINDLER & KREINDLER

By /s/ Andrew J. Maloney, III

AJM/gm
Enclosures

#110676-1

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON, DC 20520

| | | |
|---|---|---|
| Postage | $ 6.30 | UNIT ID: 0004 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KJC6FK |
| Total Postage & Fees | $ 10.35 | 04/02/03 |

Sent To: U.S. Dept. of State
Street, Apt. No. or PO Box No.: Office of Citizens Consular Svc
City, State, ZIP+4: 2201 "C" Street, N.W.
Wash., D.C. 20520

7001 2510 0003 9500 4675

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Dept of State
Office of Citizens Consular Svc
2201 "C" Street, N.W.
Washington, D.C. 20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                   4/8/03

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7001 2510 0003 9500 4675

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON, DC 20520

| | | |
|---|---|---|
| Postage | $ 6.30 | UNIT ID: 0004 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KJC6FK |
| Total Postage & Fees | $ 10.35 | 04/02/03 |

Sent To: U.S. Dept of State
Street, Apt. No. or PO Box No.: Office of Citizens Consular Svc
City, State, ZIP+4: 2201 "C" Street, N.W.
Wash., D.C. 20520

7002 0510 0003 9500 4675

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Dept of State
Office of Citizens Consular Svc
2201 "C" Street, N.W.
Washington, D.C. 20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                   4/8/03

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7002 0510 0003 9500 4675

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509