UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

ASHTON

-V-                                   02 CV 6977        # 14

                                      NOTICE OF
                                      REASSIGNMENT

AL QUEDA ISLAMIC

-------------------------------------x


        The above entitled action is reassigned to the calendar
of

        JUDGE RICHARD C CASEY


        All future documents submitted in this action are to be
presented in the Clerk's Office for filing and shall bear the
assigned judges's (RCC) initials after the docket number.

        The attorneys for the plaintiff are requested to serve a
copy of the Notice of Reassignment on all defendants.


Date:                                 J. MICHAEL McMAHON CLERK

                                      By: _____
                                          Deputy Clerk

cc:  Attorneys of Record