O'NEIL, WILLIAM OROZCO, MARTIN PROKUP, ANTHONY QUARANTI, ALCIDES RIVERA, FELIX SANCHEZ, PETER SHANLEY, ALPHA TARAWALLY, ERIC TVEDT

**CORRECTIONS**
DANIEL OLIVERI

-----------------------------------------------------------------------x

SHERI G. BURLINGAME, in her capacity as Administratrix of the Estate of CHARLES FRANK BURLINGAME, III, Deceased, and in her personal capacity and as the personal representative of the Estate of CHARLES F. BURLINGAME, III;

**02 CV 7230(AGS)**

**Speiser, Krause, Nolan & Granito**

RUDY ABAD, Individually, as Personal Representative of the Estate of MARIA ROSE ABAD, Deceased, and on behalf of all survivors of MARIA ROSE ABAD;

CYNTHIA LYNN BARKWAY, Individually, as Personal Representative of the Estate of DAVID MICHAEL BARKWAY, Deceased, and on behalf of all survivors of DAVID MICHAEL BARKWAY;

MAUREEN BASNICKI, Individually, as Personal Representative of the Estate of KENNETH BASNICKI, Deceased, and on behalf of all survivors of KENNETH BASNICKI;

BHOLA AND BASMATTIE BISHUNDAT, Individually, and as Personal Representatives of the Estate of KRIS ROMEO BISHUNDAT, Deceased, and on behalf of all survivors of KRIS ROMEO BISHUNDAT;

THOMAS BOCCHINO, Individually, as Personal Representative of the Estate of MICHAEL BOCCHINO, Deceased, and on behalf of all survivors of MICHAEL BOCCHINO;

IRENE BOEHM, Individually, as Personal Representative of the Estate of BRUCE BOEHM, Deceased, and on behalf of all survivors of BRUCE BOEHM;

MANUEL BOURDIER, Individually, as Personal Representative of the Estate of FRANCISCO BOURDIER, Deceased, and on behalf of

all survivors of FRANCISCO BOURDIER;

KRISTEN BREITWEISER, Individually,
as Personal Representative of the Estate of
RONALD BREITWEISER, Deceased, and on behalf of
all survivors of RONALD BREITWEISER;

ERICA BRENNAN, Individually, as
Personal Representative of the Estate of
PETER BRENNAN, Deceased, and on behalf of
all survivors of PETER BRENNAN;

KATHLEEN BRUNTON, Individually,
as Personal Representative of the Estate of
VINCENT BRUNTON, Deceased, and on behalf of
all survivors of VINCENT BRUNTON;

DEBORAH RAZZANO, Individually,
as Personal Representative of the Estate of
ANTHONY COLADONATO, Deceased,
and on behalf of all survivors of ANTHONY COLADONATO;

THERESA COVE, Individually, as
Personal Representative of the Estate of
JAMES E. COVE, Deceased, and on behalf of
all survivors of JAMES E. COVE;

JAMES CUDMORE, Individually,
as Personal Representative of the Estate of
NEIL CUDMORE, Deceased, and on behalf of
all survivors of NEIL CUDMORE;

AMY WATERS, Individually, as Personal Representative
of the Estate of SCOTT DAVIDSON, Deceased,
and on behalf of all survivors of SCOTT DAVIDSON;

LORRAINE DELAPENHA, Individually,
as Personal Representative of the Estate of
DONALD A. DELAPENHA, Deceased, and on
behalf of all survivors of DONALD A. DELAPENHA;

VIRGINIA DiCHIARA, Individually;

IRENE DICKEY, Individually, as Personal Representative
of the Estate of JOSEPH DICKEY, Deceased,
and on behalf of all survivors of JOSEPH DICKEY;

ROSEMARY DILLARD, Individually,
as Personal Representative of the Estate of
EDDIE DILLARD, Deceased, and on behalf of
all survivors of EDDIE DILLARD;

LESLIE DIMMLING, Individually,
as Personal Representative of the Estate of
WILLIAM DIMMLING, Deceased, and on behalf of
all survivors of WILLIAM DIMMLING;

MARGUERITA DOMANICO, Individually,
as Personal Representative of the Estate of
JAMES DOMANICO, Deceased, and on behalf of
all survivors of JAMES DOMANICO;

CHRISTOPHER DOWLING, Individually,
as Personal Representative of the Estate of
MARY YOLANDA DOWLING, Deceased, and on
behalf of all survivors of MARY YOLANDA DOWLING;

CYNTHIA M. DROZ, Individually,
as Personal Representative of the Estate of
CHARLES DROZ, Deceased, and on behalf of
all survivors of CHARLES DROZ;

JACQUELINE EATON, Individually,
as Personal Representative of the Estate of
ROBERT EATON, Deceased, and on behalf of
all survivors of ROBERT EATON;

KEVIN FARRELL, Individually;

CHONG P. FARRELL, Individually;

CATHERINE ANN FAUGHNAN, Individually,
as Personal Representative of the Estate of
CHRISTOPHER FAUGHNAN, Deceased, and on
behalf of all survivors of CHRISTOPHER FAUGHNAN;

MARCO CALLE, Individually,
as Personal Representative of the Estate of
HENRY HOMERO FERNANDEZ, Deceased, and on behalf
of all survivors of HENRY HOMERO FERNANDEZ;

MARY AND FRANK FETCHET, as
Personal Representatives of the Estate of
BRADLEY FETCHET, Deceased, and on behalf of

all survivors of BRADLEY FETCHET;

ERIN FINNEGAN, Individually,
as Personal Representative of the Estate of
MICHAEL FINNEGAN, Deceased, and on behalf of
all survivors of MICHAEL FINNEGAN;

CARLOS GAMBOA, Individually,
as Personal Representative of the Estate of
GIANN F. GAMBOA, Deceased, and on behalf of
all survivors of GIANN F. GAMBOA;

CATHY GEYER, Individually, as Personal Representative
of the Estate of JAMES G. GEYER, Deceased,
and on behalf of all survivors of JAMES G. GEYER;

GERALD GOLKIN, Individually, as Personal Representative
of the Estate of ANDREW H. GOLKIN Deceased,
and on behalf of all survivors of ANDREW H. GOLKIN;

ANA RALEY, Individually, as Executrix
of the Estate of IAN GRAY, Deceased,
and on behalf of all survivors of IAN GRAY;

RAYMOND HABIB, Individually,
as Personal Representative of the Estate of
BARBARA HABIB, Deceased, and on behalf of
all survivors of BARBARA HABIB;

THOMAS P. HEIDENBERGER, Individually,
as Personal Representative of the Estate of
MICHELE HEIDENBERGER, Deceased, and on behalf of
all survivors of MICHELE HEIDENBERGER;

BRENDAN RYAN, Individually, as
Personal Representative of the Estate of
KRISTIN IRVINE RYAN, Deceased, and on behalf of
all survivors of KRISTIN IRVINE RYAN;

SHERI ANN ISKENDERIAN, Individually, as
Personal Representative of the Estate of
ARAM ISKENDERIAN, Deceased, and on behalf of
all survivors of ARAM ISKENDERIAN;

JENNIFER L. JARDIM, Individually, as Administratrix
of the Estate of MARK S. JARDIM, Deceased,
and on behalf of all survivors of MARK S. JARDIM;

ELIZABETH JORDAN, Individually, as
Personal Representative of the Estate of
ROBERT JORDAN, Deceased, and on behalf of
all survivors of ROBERT JORDAN;

GEOFFREY JUDGE, Individually, as
Personal Representative of the Estate of
ANN JUDGE, Deceased, and on behalf of
all survivors of ANN JUDGE;

JANET KELLEY, Individually, as Personal Representative
of the Estate of FREDERICK KELLEY, Deceased,
and on behalf of all survivors of FREDERICK KELLEY;

JOANNE KELLY, Individually, as Personal Representative
of the Estate of JAMES KELLY, Deceased,
and on behalf of all survivors of JAMES KELLY;

PAUL AND VIVIAN KOLPAK, Individually, and
as Co-Administrators of the Estate of
VANESSA KOLPAK, Deceased, and on behalf of
all survivors of VANESSA KOLPAK;

ELIZABETH KOVALCIN, Individually,
as Personal Representative of the Estate of
DAVID P. KOVALCIN, Deceased, and on behalf of
all survivors of DAVID P. KOVALCIN;

SANDRA LANG, Individually, as Personal Representative
of the Estate of BRENDAN LANG, Deceased,
and on behalf of all survivors of BRENDAN LANG;

DONNA CABALLERO, and WILLIAM M. LANG,
Individually, as Personal Representatives of the Estate of
ROSEANN LANG, Deceased, and on behalf of
all survivors of ROSEANN LANG;

CAROLANN LARSEN, Individually, as
Personal Representative of the Estate of
SCOTT LARSEN, Deceased, and on behalf of
all survivors of SCOTT LARSEN;

CAROLE LEAVEY, Individually, as
Personal Representative of the Estate of
JOSEPH GERARD LEAVEY, Deceased, and on behalf of
all survivors of JOSEPH GERARD LEAVEY;

SUSAN LENOIR, Individually, as Personal Representative of the Estate of JOHN ROBINSON LENOIR, Deceased, and on behalf of all survivors of JOHN ROBINSON LENOIR;

JOSEPH J. REITANO, Individually, as Personal Representative of the Estate of VINCENT LITTO, Deceased, and on behalf of all survivors of VINCENT LITTO;

ELIZABETH DAVILA-LOPEZ, Individually, as Personal Representative of the Estate of DANIEL LOPEZ, Deceased, and on behalf of all survivors of DANIEL LOPEZ;

EILEEN LYNCH, Individually, as Personal Representative of the Estate of FARRELL LYNCH, Deceased, and on behalf of all survivors of FARRELL LYNCH;

BLANE MAGEE, Individually, as Personal Representative of the Estate of BRIAN MAGEE, Deceased, and on behalf of all survivors of BRIAN MAGEE;

BRINLEY MALONEY, Individually, as Personal Representative of the Estate of EDWARD F. MALONEY, III, Deceased, and on behalf of all survivors of EDWARD F. MALONEY, III;

MEGAN MANNING, Individually, as Personal Representative of the Estate of TERENCE JOHN MANNING, Deceased, and on behalf of all survivors of TERENCE JOHN MANNING;

LYNN McGUINN, Individually, as Personal Representative of the Estate of FRANCIS McGUINN, Deceased, and on behalf of all survivors of FRANCIS McGUINN;

TARYN McHALE, Individually, as Personal Representative of the Estate of THOMAS McHALE, Deceased, and on behalf of all survivors of THOMAS McHALE;

ELIZABETH McLAUGHLIN, Individually, as Personal Representative of the Estate of ROBERT McLAUGHLIN, Deceased, and on behalf of all survivors of ROBERT McLAUGHLIN;

MARK MORABITO, Individually, as Personal

Representative of the Estate of LAURA LEE MORABITO, Deceased, and on behalf of all survivors of LAURA LEE MORABITO;

CATHERINE MORAN, Individually, as Personal Representative of the Estate of KATHLEEN MORAN, Deceased, and on behalf of all survivors of KATHLEEN MORAN;

KIMBERLY A. MARTONE, Individually, as Personal Representative of the Estate of CHRISTOPHER M. MORRISON, Deceased, and on behalf of all survivors of CHRISTOPHER M. MORRISON;

PATRICK MULLAN, Individually, as Personal Representative of the Estate of MICHAEL D. MULLAN, Deceased, and on behalf of all survivors of MICHAEL D. MULLAN;

AMY NACKE, Individually, as Personal Representative of the Estate of LOUIS J. NACKE, Deceased, and on behalf of all survivors of LOUIS J. NACKE;

AMY NEWTON, Individually, as Executrix of the Estate of CHRISTOPHER NEWTON, Deceased, and on behalf of all survivors of CHRISTOPHER NEWTON;

SUSAN NEWTON-CARTER, Individually, as Personal Representative of the Estate of CHRISTOPHER NEWTON-CARTER, Deceased, and on behalf of all survivors of CHRISTOPHER NEWTON-CARTER;

EDWARD NICHOLLS, Individually;

STACIE NICHOLLS, Individually;

LISA O'BRIEN, Individually, as Personal Representative of the Estate of TIMOTHY O'BRIEN, Deceased, and on behalf of all survivors of TIMOTHY O'BRIEN;

ANTOINETTE D. OGNIBENE, Individually, as Personal Representative of the Estate of PHILLIP PAUL OGNIBENE, Deceased, and on behalf of all survivors of PHILLIP PAUL OGNIBENE;

DANIEL ORTH, Individually, as Personal Representative

of the Estate of JANE MARIE ORTH, Deceased,
and on behalf of all survivors of JANE MARIE ORTH;

WANDA GARCIA-ORTIZ, Individually, as
Personal Representative of the Estate of
EMILIO ORTIZ, Deceased, and on behalf of
all survivors of EMILIO ORTIZ;

CAROLYN PANATIER, Individually, as
Personal Representative of the Estate of
CHRISTOPHER M. PANATIER, Deceased, and on behalf
of all survivors of CHRISTOPHER M. PANATIER;

NAVILA PATTERSON, Individually, as
Personal Representative of the Estate of
BERNARD E. PATTERSON, Deceased, and on behalf of
all survivors of BERNARD E. PATTERSON;

MICHAEL QUINN, Individually, as Personal
Representative of the Estate of JAMES QUINN, Deceased
and on behalf of all survivors of JAMES QUINN;

MARILYN REICH, Individually, as
Personal Representative of the Estate of
HOWARD REICH, Deceased, and on behalf of
all survivors of HOWARD REICH;

JAMES J. RICHES, Individually, as
Personal Representative of the Estate of
JAMES C. RICHES, Deceased, and on behalf of
all survivors of JAMES C. RICHES;

BERNARD P. SALAMONE, Individually,
as Executor of the Estate of MARJORIE C.
SALAMONE, Deceased, and on behalf
of all survivors of MARJORIE C. SALAMONE;

DANIELLE SALERNO, Individually, as
Personal Representative of the Estate of
JOHN SALERNO, Deceased, and on behalf of
all survivors of JOHN SALERNO;

SALLY CALVIN, Individually,
as Personal Representative of the Estate of
FRANK SALVATERRA, Deceased, and on behalf of
all survivors of FRANK SALVATERRA;

LYNNE SAN PHILLIP, Individually,
as Personal Representative of the Estate of
MICHAEL V. SAN PHILLIP, Deceased, and on behalf of
all survivors of MICHAEL V. SAN PHILLIP;

DARA SEAMAN, Individually, as Personal Representative
of the Estate of MICHAEL SEAMAN, Deceased,
and on behalf of all survivors of MICHAEL SEAMAN;

MARIA SILVERSTEIN, Individually, as
Personal Representative of the Estate of
CRAIG SILVERSTEIN, Deceased, and on behalf of
all survivors of CRAIG SILVERSTEIN;

LAURIE SIMOWITZ, Individually, as
Personal Representative of the Estate of
BARRY SIMOWITZ, Deceased, and on behalf of
all survivors of BARRY SIMOWITZ;

JAMES P. SLATTERY, Individually, as
Personal Representative of the Estate of
CHRISTOPHER PAUL SLATTERY, Deceased,
and on behalf of all survivors of
CHRISTOPHER PAUL SLATTERY;

SUSAN M. SLIWAK, Individually, as
Personal Representative of the Estate of
ROBERT F. SLIWAK, Deceased, and on behalf of
all survivors of ROBERT F. SLIWAK;

MICHAEL T. JAMMEN, Individually, as
Personal Representative of the Estate of
HEATHER L. SMITH, Deceased, and on behalf of
all survivors of HEATHER L. SMITH;

CHRISTINE SPENCER, Individually, as
Personal Representative of the Estate of
ROBERT A. SPENCER, Deceased, and on behalf of
all survivors of ROBERT A. SPENCER;

BARBARA STECKMAN, Individually, as
Personal Representative of the Estate of
WILLIAM STECKMAN, Deceased, and on behalf of
all survivors of WILLIAM STECKMAN;

LORRAINE SZOCIK, Individually, as
Personal Representative of the Estate of

KEVIN T. SZOCIK, Deceased, and on behalf of all survivors of KEVIN T. SZOCIK;

BASIL G. THORPE AND VALDA M. BINNS, Individually, and as Co-Administrators of the Estate of NICHOLA ANGELA THORPE, Deceased, and on behalf of all survivors of NICHOLA ANGELA THORPE;

ANNE TODISCO, Individually, as Personal Representative of the Estate of RICHARD TODISCO, Deceased, and on behalf of all survivors of RICHARD TODISCO;

TANJA TOMASEVIC, Individually, as Personal Representative of the Estate of VLADIMIR TOMASEVIC, Deceased, and on behalf of all survivors of VLADIMIR TOMASEVIC;

DORRY GROH-TOMPSETT, Individually, as Personal Representative of the Estate of STEPHEN TOMPSETT, Deceased, and on behalf of all survivors of STEPHEN TOMPSETT;

MARY ELIZABETH TUCKER, Individually, as Personal Representative of the Estate of MICHAEL P. TUCKER, Deceased, and on behalf of all survivors of MICHAEL P. TUCKER;

JENNIFER VAUK, Individually, as Personal Representative of the Estate of L. COL. RONALD VAUK, Deceased, and on behalf of all survivors of L. COL. RONALD VAUK;

NAYDA VOSKERIJIAN, Individually, as Personal Representative of the Estate of GARO H. VOSKERIJIAN, Deceased, and on behalf of all survivors of GARO H. VOSKERIJIAN;

ALLISON WALLICE, Individually, as Personal Representative of the Estate of JOHN WALLICE, JR., Deceased, and on behalf of all survivors of JOHN WALLICE, JR.;

MICHELLE GARTNER, Individually, as Personal Representative of the Estate of DINAH WEBSTER, Deceased, and on behalf of all survivors of DINAH WEBSTER;

MARCIA WEISS, Individually, as Personal Representative of the Estate of DAVID T. WEISS, Deceased and on behalf of all survivors of DAVID T. WEISS;

PATRICK WELSH, Individually, as Personal Representative of the Estate of DEBORAH ANNE WELSH, Deceased, and on behalf of all survivors of DEBORAH ANNE WELSH;

BENJAMIN WONG, Individually, as Personal Representative of the Estate of JENNIFER Y. WONG, Deceased, and on behalf of all survivors of JENNIFER Y. WONG;

PAMELA WORKS, Individually, as Personal Representative of the Estate of JOHN BENTLEY WORKS, Deceased, and on behalf of all survivors of JOHN BENTLEY WORKS;

ELAINE M. CHEVALIER, as Administrator of the Estate of Swede Chevalier, Deceased and on behalf of all survivors of SWEDE CHEVALIER;

MAUREEN S. DOMINGUEZ, as Administrator of the Estate of Carlos Dominguez, Deceased, and on behalf of all survivors of CARLOS DOMINGUEZ;

PHYLLIS GILLY and JOSEPH GILLY, as Administrators of the Estate of Laura Gilly, Deceased, and on behalf of all survivors of LAURA GILLY;

BRENDAN J. RYAN, as Administrator of the Estate of Kristin Irvine Ryan, Deceased, and on behalf of all survivors of KRISTIN IRVINE RYAN;

YONGJIN L. SONG, HYUNGSHIN K. SONG, as Administrators of the Estate of Daniel W. Song AKA Won-Hyeong Song, Deceased, and on behalf of all survivors of DANIEL W. SONG AKA WON-HYEONG SONG;

MARC TADDONIO, as Executor of the Estate of Michael Taddonio, Deceased, and on behalf of all survivors of MICHAEL TADDONIO;

ERNST H. BUCK and JOSEPHINE BUCK, as Parents and Natural Guardians of GREGORY J. BUCK, Deceased and on behalf of all survivors of Gregory J. Buck;

KENNETH CHU, as Administrator
of the Estate of Pamela Chu, Deceased
and on behalf of all survivors of Pamela Chu;

LOUISA D'ANTONIO, as Administrator
of the Estate of Mary D'Antonio, Deceased
and on behalf of all survivors of Mary D'Antonio;

KATHRYN R. DENNIS, as Administrator
of the Estate of Thomas F. Dennis, Deceased
and on behalf of all survivors of Thomas F. Dennis;

TERESA GOMEZ, as Administrator
of the Estate of Enrique A. Gomez, Deceased
and on behalf of all survivors of Enrique A. Gomez;

BLANCA GOMEZ, as Administrator
of the Estate of Jose B. Gomez, Deceased
and on behalf of all survivors of Jose B. Gomez;

SANDRA MUNRO, as Administrator
of the Estate of Elvira Granitto, Deceased
and on behalf of all survivors of Elvira Granitto;

MARY JEAN HELLER, as Administrator
of the Estate of H. Joseph Heller, Deceased
and on behalf of all survivors of H. Joseph Heller;

EDWARD HENRY AND ALICE HENRY, Individually;

EDWARD HENRY AND ALICE HENRY, as Administrators
of the Estate of Joseph Patrick Henry, Deceased
and on behalf of all survivors of Joseph Patrick Henry;

DOHEE KANG, as Administrator
of the Estate of Joon Koo Kang, Deceased
and on behalf of all survivors of Joon Koo Kang;

ALISON M. KINNEY, as Administrator
of the Estate of Brian Kinney, Deceased
and on behalf of all survivors of Brian Kinney;

ANNA M. KREN, as Executor
of the Estate of John J. Kren, Deceased
and on behalf of all survivors of John J. Kren;

DENNIS LEVI and JENNIFER LISITSIN, as

Administrators of the Estate of John Levi, Deceased
and on behalf of all survivors of John Levi;

ERIC LEVINE, individually;

CHRISTINIA LYNCH, as Administrator
of the Estate of Richard D. Lynch, Deceased
and on behalf of all survivors of Richard D. Lynch;

NICHOLAS MAOUNIS, as Administrator
of the Estate of James Maounis, Deceased
and on behalf of all survivors of James Maounis;

SHEILA MARTELLO, as Executor
of the Estate of James Martello, Deceased
and on behalf of all survivors of James Martello;

MADELINE LEW MOY, as Personal Representative
of the Estate of Teddington H. Moy, Deceased
and on behalf of all survivors of Teddington H. Moy;

HEIDI NAPLES, as Administrator
of the Estate of Frank J. Naples, Deceased
and on behalf of all survivors of Frank J. Naples;

MARY DUFF-ORTALE, as Administrator
of the Estate of Peter Keith Ortale, Deceased
and on behalf of all survivors of Peter Keith Ortale;

ALEXANDRA M. ORTIZ, as Administrator
of the Estate of Sonia M. Ortiz, Deceased
and on behalf of all survivors of Sonia M. Ortiz;

MEGAN P. PELINO, as Administrator
of the Estate of Todd Douglas Pelino, Deceased
and on behalf of all survivors of Todd Douglas Pelino;

JANE POLLICINO, as Executor
of the Estate of Steven Pollicino, Deceased
and on behalf of all survivors of Steven Pollicino;

BARBARA ROPITEAU-GALLOWAY, as Administrator
of the Estate of Eric Thomas Ropiteau, Deceased
and on behalf of all survivors of Eric Thomas Ropiteau;

EUGENIA BOGADO, as Administrator
of the Estate of Carlos A. Samaniego, Deceased

and on behalf of all survivors of Carlos A. Samaniego;

JACQUELINE GALLERON, as Executor
of the Estate of Selina Sutter, Deceased
and on behalf of all survivors of Selina Sutter;

JANE TERRENZI, as Administrator
of the Estate of Brian Terrenzi, Deceased
and on behalf of all survivors of Brian Terrenzi;

CAROL WALDIE, as Administrator
of the Estate of Kenneth Waldie, Deceased
and on behalf of all survivors of Kenneth Waldie;

LING N. YOUNG and DONALD M. YOUNG, Individually;

PATRICIA FITZSIMONS, as Executor
of the Estate of Richard Fitzsimons, Deceased
and on behalf of all survivors of Richard Fitzsimons;

CHRISTINE O'BERG, as Administrator
of the Estate of Dennis O'Berg, Deceased
and on behalf of all survivors of Dennis O'Berg;

DENNIS O'BERG, individually

JEAN M. PALOMBO, as Administrator
of the Estate of Frank A. Palombo, Deceased
and on behalf of all survivors of Frank A. Palombo;

-------------------------------------------------------------------x

VIRGINIA BAUER, Individually and as
Executrix of the Estate of W. DAVID BAUER,
Deceased,

**02 CV 7236(AGS)**

CATHY ANN BONNETT, Individually
and as Administratrix of the Estate of
COLIN BONNETT, Deceased,

**Baumeister & Samuels, P.C.**

DEBORAH BOWDEN, Individually and
as Executrix of the Estate of THOMAS
BOWDEN, Deceased,

JENNIFER BOWMAN, Individually and as
Administratrix of the Estate of SHAWN E.
BOWMAN, Deceased,

ELIZABETH CANDELA, Individually and as Administratrix of the Estate of JOHN CANDELA, Deceased,

TOMOKO T. SCHLAG, Individually and as Executrix of the Estate of STEVEN F. SCHLAG, Deceased,

BETH MURPHY, Individually and as Administratrix of the Estate of KEVIN J. MURPHY, Deceased,

ROSEANN ZISA, Individually and as Administratrix of the Estate of SALVATORE ZISA, Deceased,

MICHELE JONES, Individually and as Executrix of the Estate of DONALD JONES, Deceased,

AMY VASEL, Individually and as Administratrix of the Estate of SCOTT VASEL, Deceased,

MARGARET MEYER, Individually and as Executrix of the Estate of DAVID R. MEYER, Deceased,

BARBARA GALLUCCI, Individually and as Administratrix of the Estate of VINCENZO GALLUCCI, Deceased,

ARLENE ORSINI, Individually and as Administratrix of the Estate of RONALD ORSINI, Deceased,

EILEEN HANNAFORD, Individually and as Administratrix of the Estate of KEVIN HANNAFORD, Deceased,

JILL GOLDSTEIN, Individually and as Administratrix of the Estate of STEVEN GOLDSTEIN, Deceased,

AUDREY MAGNUSON, Individually and as Executrix of the Estate of RONALD E. MAGNUSON, Deceased,

KAREN D'AMBROSI, Individually and as

Executrix of the Estate of JACK L. D'AMBROSI, Deceased,

SUSAN MAGAZINE, Individually and as Administratrix of the Estate of JAY MAGAZINE, Deceased,

KATHERINE MAHER, Individually and as Executrix of the Estate of DANIEL L. MAHER, Deceased,

ELLEN ROBB, Individually and in her capacity as Proposed Co-Administrator of the Estate of KRISTEN MONTANARO, Deceased,

MICHELLE TANNER, Individually and as Executrix of the Estate of MICHAEL TANNER, Deceased,

MARIE CARLINO, Individually and as Executrix of the Estate of EDWARD CARLINO, Deceased,

PANDORA PO BHARVANEY, Individually and as Administratrix of the Estate of ANIL T. BHARVANEY, Deceased,

DEBRA ZEPLIN, Individually and as Executrix of the Estate of MARC SCOTT ZEPLIN, Deceased,

LAURA BUSTILLO, Individually and as Administratrix of the Estate of MILTON BUSTILLO, Deceased,

CAROLE DiFRANCO, Individually and as Administratrix of the Estate of CARL DiFRANCO, JR., Deceased,

CAMERON F. MACRAE, III, Individually and as Administrator of the Estate of CATHERINE FAIRFAX MACRAE, Deceased,

DONALD MAURO, Individually and as Administrator of the Estate of NANCY T. MAURO, Deceased,

JOHN SANDERS, Individually and as Administrator of the Estate of STACEY L. SANDERS, Deceased,

JENNIFER PRICE, Individually and as Executrix of the Estate of JEAN ELIZABETH HOADLEY PETERSON, Deceased,

SANDRA VALDEZ FELT, Individually and as Executrix of the Estate of EDWARD P. FELT, Deceased,

ROSE KELLER, Individually and as Administratrix Administratrix of the Estate of JOSEPH KELLER, Deceased,

LYZBETH GLICK, Individually and as Administratrix of the Estate of JEREMY GLICK, Deceased,

ELSA STRONG, Individually and as Executrix of the Estate of LINDA GRONLUND, Deceased,

JOHN DiMEGLIO, Individually and as Administrator of the Estate of DAVID DIMEGLIO, Deceased,

BARBARA RATCHKO, Individually and as Administratrix of the Estate of BRYAN JACK, Deceased,

MICHAEL GIORDANO, Individually and as Administrator of the Estate of DONNA GIORDANO, Deceased,

ROSA CAICEDO, as Mother and Legal Guardian of LESLIE VARGAS and KEVIN VARGAS, the Natural Children of DAVID VARGAS, Deceased, and as Proposed Administratrix and/or personal representative of the Estate of DAVID VARGAS, Deceased,

JILL SWIFT, Individually and as Executrix of the Estate of THOMAS SWIFT, Deceased,

LISA BEAMER, Individually and as Executrix of the Estate of TODD BEAMER, Deceased,

JENNIFER G. BRENNAN, Individually and as Administratrix of the Estate of THOMAS M. BRENNAN, Deceased,

SUSAN BEATINI, Individually and as Administratrix

of the Estate of PAUL F. BEATINI, Deceased,

MARY DANAHY, Individually and as Executrix of the Estate of PATRICK W. DANAHY, Deceased,

KATHLEEN M. WISNIEWSKI, Individually and as Administratrix of the Estate of ALAN L. WISNIEWSKI, Deceased,

TERESA CUNNINGHAM, Individually and as Administratrix of the Estate of MICHAEL J. CUNNINGHAM, Deceased,

BEVERLY ECKERT, Individually and as Executrix of the Estate of SEAN ROONEY, Deceased,

PATRICIA RYAN, Individually and as Executrix of the Estate of JOHN J. RYAN, Deceased,

LORI KANE, Individually and as Administratrix of the Estate of HOWARD L. KANE, Deceased,

SUZANNE SISOLAK, Individually and as Administratrix of the Estate of JOSEPH M. SISOLAK, Deceased,

THOMAS S. JOHNSON, Individually and as Administrator of the Estate of SCOTT M. JOHNSON, Deceased,

H. MICHAEL KEDEN, as Executor of the Estate of Adam J. Lewis, Deceased,

NANCY FOSTER, as Personal Representative of the Estate of Noel J. Foster, Deceased,

CHIEMI YORK, as Administrator of the Estate of Kevin Patrick York, Deceased,

JENNIFER TARANTINO, as Executor of the Estate of Kenneth J. Tarantino, Deceased,

----------------------------------------------------------------------x

CHERYL SCHNEIDER, in her own right and as the Executrix of the ESTATE OF IAN SCHNEIDER, Deceased

**02 CV 7209(AGS)**

NANCY DIMINO, in her own right and as the Executrix of the ESTATE OF STEPHEN DIMINO, Deceased

**Law Firm of Aaron J. Broder & Jonathan C. Reiter**

MATILDE SALCEDO, in her own right and as the Personal Representative of the ESTATE OF ESMERLIN SALCEDO, Deceased

MICHAEL DELOUGHERY, in his own right and as the Personal Representative of the ESTATE OF COLLEEN DELOUGHERY, Deceased

SUSAN CONNORS, in her own right and as the Executrix of the ESTATE OF JONATHAN M. CONNORS, Deceased

GERARD JEAN BAPTISTE, in his own right and as the Proposed Personal Representative of the ESTATE OF GERARD BAPTISTE, Deceased

MICHAEL KENNY; DAVID BRINK; RAYMOND FLOOD; EDWARD LUTZ; JAMES MALLEY; WASHINGTON ZURITA; MATTHEW KOBEL; WALTER SZACHAEZ; ROBERT STEINMANN, JR.; RODELL GLOVER, RAYMOND MORRISSEY; TYRONE TILLMAN; TERRENCE McTIGUE; RICHARD HENDERSON; EDWARD FOLEY; PATRICK BERGIN; JOEL ROBBINS; JOHN LATIMER; MIKE CARGIA; MICHAEL WOLFF; MARC NELL; PETER McGOVERN; and ADRIANA GOMEZ

-----------------------------------------------------------------------x

MAYORE ESTATES, LLC and 80 LAFAYETTE ASSOCIATES, LLC

**02 CV 7214(AGS)**

**Jaroslawicz & Jaros, Esqs.**

Plaintiffs,

- against -

**AL QAEDA ISLAMIC ARMY**
EGYPTIAN ISLAMIC JIHAD
OSAMA BIN LADEN
ESTATE OF MUHAMMAD ATEF
AYMAN AL ZAWAHIRI
ABU ZUBAYDAH a/k/a ZAYN AL ABIDIN MUHAMMAD HUSAYN TARIQ
SAIF AL ADEL a/k/a SAYF AL ADL

KHALID SHEIKH MOHAMMED
ABDULLAH AHMED ABDULLAH
ESTATE OF ABU HAFS a/k/a Khaled Al Shanguiti,
a/k/a Mafuz Ould Al Walid, "THE MAURITANIAN"
ESTATE OF ABU SALAH AL-YEMENI
ESTATE OF ABU JAFFER AL-JAZIRI
a/k/a OMAR CHEBBANI
MUHSIN MUSA MATWALLI ATWAH
ANAS AL LIBY
IBN AL-SHAYKH AL-LIBI
FAZUL ABDULLAH MOHAMMED
AHMED MOHAMED HAMED ALI
MOHAMED SULEIMAN AL NALFI
MUSTAFA MOHAMED FADHIL
AHMED KHALFAN GHAILANI
FAHID MOHAMMED ALLY MSALAM
SHEIKH AHMED SALIM SWEDAN
MUHAMMAD ABU-ISLAM
ABDULLAH QASSIM
MUSTAFA MUHAMMED AHMAD a/k/a Shaykh Sai'id
a/k/a Mustafa Ahmed Al-Hasawi
JAMAL AL-BADAWI
MOHAMMED OMAR AL-HARAZI
WALID AL-SOUROURI
FATHA ADBUL RAHMAN
YASSER AL-AZZANI
JAMAL BAKHORSH
AHMAD AL-SHINNI
RAED HIJAZI
JAMIL QASIM SAEED
ABU ABDUL RAHMAN
MOHAMED BAYAZID
ABU MUSAB ZARQAWI
SHEIKH OMAR BAKRI MUHAMMAD
ABDUL FATTAH ZAMMAR
MAMOUN DARKAZANLI
GHASOUB AL ABRASH GHALYOUN (a/k/a ABU MUSAB)
BENSAYAH BELKACEM
SABIR LAMAR
WADIH EL-HAGE
WALI KHAN AMIN SHAH
ABU SAYEF GROUP (ASG)
JEMAAH ISLAMIYA a/k/a Jam'yah Ta'awun Al Islamia
ALGERIAN ARMED ISLAMIC GROUP (GIA)
EGYPTIAN GAMA'A AL-ISLAMIYA

***Terrorist Hijackers***

THE ESTATE OF MARWAN AL-SHEHHI
THE ESTATE OF FAYEZ AHMED
THE ESTATE OF AHMED AL GHAMDI
THE ESTATE OF HAMZA AL GHAMDI
THE ESTATE OF MOHALD AL SHEHRI
THE ESTATE OF SATAM M. A. AL SUQAMI
THE ESTATE OF ABDULAZIZ AL OMARI
THE ESTATE OF WALEED M. AL SHEHRI
THE ESTATE OF WAIL AL SHEHRI
THE ESTATE OF MOHAMMED ATTA
THE ESTATE OF KHALID AL MIDHAR
THE ESTATE OF NAWAF AL HAZMI
THE ESTATE OF HANI HANJOUR
THE ESTATE OF SALEM AL HAZMI
THE ESTATE OF MAJED MOQED
THE ESTATE OF ZIAD SAMIR JARRAH
THE ESTATE OF AHMED IBRAHIM A. AL HAZNAWI
THE ESTATE OF SAEED AL GHAMDI
THE ESTATE OF AHMED AL NAMI
ZACARIAS MOUSSAOUI

**THE TALIBAN**
MUHAMMAD OMAR
MAULVI ABDUL KABIR
JALIL SHINWARI
NOOR JALIL

**THE REPUBLIC OF IRAQ**
IRAQI INTELLIGENCE AGENCY a/k/a The Mukhabarat
a/k/a The Fedayeen a/k/a Al-'Qare a/k/a"Unit 999"
a/k/a "M-8 Special Operations"
SADDAM HUSSEIN
ESTATE OF QUSAY HUSSEIN
ESTATE OF UDAY HUSSEIN
TAHA YASSIN RAMADAN
MUHAMMED MAHDI SALAH
FARUQ AL-HIJAZI
SALAH SULEIMAN
AHMED KHALIL IBRAHIM SAMIR AL-ANI
HABIB FARIS ABDULLAH AL-MAMOURI
ABDEL HUSSEIN a/k/a The Ghost
ABU AGAB

**THE REPUBLIC OF SUDAN**
MINISTRY OF DEFENSE
MINISTRY OF INTERIOR
SUDANESE INTELLIGENCE SERVICE

NATIONAL ISLAMIC FRONT
HASSAN AL TURABI, Islamic leader
OMAR HASSAN AHMAD AL-BASHIR, President of Sudan
ABDUL RAHIM MOHAMMED HUSSEIN, Interior Minister
ABDEL WAHAB OSMAN, former Sudanese Minister of Industry
ISS EL-DIN EL SAYED, Minister of Finance and National Economy
RAHMAN ABDUL SIRAL-KHATIM, Minister of Defense
AL AMN AL-DAKHILI, Intelligence
AL AMN AL-KHARIJI, Intelligence
FAISAL ISLAMIC BANK
**ISLAMIC REPUBLIC OF IRAN**
ISLAMIC REVOLUTIONARY GUARD ("IRGC")
IRANIAN MINISTRY OF INTELLIGENCE AND SECURITY ("MOIS")
LASHKAR FEDAYAN-E-ISLAMI (ISLAMIC MARTYRS BRIGADE)
AYATOLLAH ALI KHAMENEI, Spiritual Leader of Iran
MOMAMMED MOHAMMADI RAYSHAHRI, special advisor to Spiritual Leader
QORBAN ALI NAJAF-ABADI, Minister of Intelligence
ALI FALAHYAN, Director of Public Intelligence
GENERAL ALI BLOKIAN, former advisor to Hezbollah
AHMAD SALAH (SALIM), member of committee of three of Int'l Hezbollah
MAHDI CHAMRAN SAVEHI, director of International
Hezbollah and Iranian External Intelligence chief
GENERAL MOHSEN REZA'I, Iranian security director
HOSEYN SHAYKH OL-ESLAM, former Assistant Foreign Minister
GENERAL MOHSEN REZA'I, former commander of the Islamic Revolutionary
Guard Corps (IRGC) who is now in charge of the reorganization of Iran's security apparatus
GENERAL YAHYA RAHIM SAFAVI, head of the IRGC
QORBAN 'ALI NAJAF 'ABADI, Minister of Information
ALI FALAHYAN, former Minister
MOHAMMED MOHAMMADI RAYSHAHRI, special adviser to Iran's supreme leader Ali Khamene'i

***CO-CONSPIRATORS***
ABD Al-HADI AL-IRAQI
ABD AL-MUSHIN AL-LIBI
ABDUL RAHMAN KHALID BIN MAHFOUZ
ABDUL RAHMAN YASIN
ABDULLA AL OBAID
ABDULA BIN LADEN
ADVICE AND REFORMATION COMMITTEE
AFGHAN SUPPORT COMMITTEE (ASC)
AHMED NUR ALI JUMALE a/k/a Ahmed Nur Ali Jim'ale
AL KHALEEJIA FOR EXPERT PROMOTION AND MARKETING COMPANY
AL RASHID TRUST
AL-BARAKAAT GROUP OF COMPANIES SOMALIA LIMITED
BARAKAAT GROUP OF COMPANIES
AL-GAMMAAH AL ISLAMIAH
AL-HARAMAIN ISLAMIC FOUNDATION

ALI GHALEB HIMMAT
BENEVOLENCE INTERNATIONAL FOUNDATION, INC.
ENAAM M. ARNANOUT
GLOBAL RELIEF FOUNDATION, INC.
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION (IIRO)
INTERNATIONAL INSTITUTE OF ISLAMIC THOUGHT (IIIT)
ISLAMIC ARMY FOR THE LIBERATION OF HOLY PLACES
ISLAMIC CULTURAL INSTITUTE OF MILAN
ISLAMIC RESCUE ORGANIZATION
JAMAL BARZINJI
KHALED BIN SALIM BIN MAHFOUZ
MOHAMED MANSOUR
MOHAMMED JAMAL KHALIFA
MOHAMMED SALIM BIN MAHFOUZ
MUFTI MOHAMMED RASHID a/k/a RASHID
MUHAMMAD SALAH,
MUSLIM WORLD LEAGUE
MUWAFFAQ FOUNDATION a/k/a BLESSED RELIEF FOUNDATION
NATIONAL COMMERCIAL BANK OF SAUDI ARABIA
PRINCE NAYEF BIN ABDULAZIZ AL SAUD
PRINCE SULTAN BIN ABDULAZIZ AL SAUD
RABIH HADDAH
RABITA TRUST
SAAR FOUNDATION
SAFIQ AYADI
SAUDI SUDANESE BANK
AL SHAMAL ISLAMIC BANK
SHEIKH ABU ABDUL AZIZ NAGI
SHEIK ADEL GALIL BATTERJEE a/k/a
Batargy
SULEIMAN ABDEL AZIZ AL RAJHI
TABA INVESTMENTS
TANZANITE KING
ULEMA UNION OF AFGHANISTAN
WADI AL AQIQ
WAFA HUMANITARIAN ORGANIZATION
WORLD ASSEMBLY FOR MUSLIM YOUTH
WORLD ASSEMBLY OF ISLAMIC YOUTH
YASSIN AL-QADI a/k/a YASSIN AL-KADI
YOUSAF AHMED ALI
INFOCUS TECH OF MALAYSIA
YAZID SUFAAT OF KUALA LUMPUR MALAYSIA;
AL-SHAYKH AL-IRAQI
ABU HAJER AL IRAQI
PRINCE MOHAMMED AL FAISAL AL SAUD
AL-HIJRAH CONSTRUCTION AND DEVELOPMENT LTD.

GUM ARABIC CO. LTD.
AL SHAMAL FOR INVESTMENT AND DEVELOPMENT
SALEH ABDULLAH KAMEL
SAUDI DALLAH AL BARAKA GROUP LLC.
OMAR ABDULLAH KAMEL
AL BARAKA INVESTMENT AND DEVELOPMENT
DALLAH AL BARAKA GROUP LLC
ISLAMIC INVESTMENT COMPANY OF THE GULF
DAR-AL-MAAL AL ISLAMI
AL-BIR SAUDI ORGANIZATION
MOHAMMAD S. MOHAMMAD
TADAMON ISLAMIC BANK
NATIONAL ISLAMIC FRONT PARTY
MAMDOUH MAHMUD SALIM
LEBANESE HEZBOLLAH
PALESTINE ISLAMIC JIHAD
HAMAS
MUSTASIM ABDEL-RAHIM
ABDEL WAHAB OSMAN
SUDANESE GOVERNMENT OF NORTHERN STATE
NATIONAL FUND FOR SOCIAL INSURANCE
RAHMAN ABDUL SIRAL-KHATIM
ABDUL-RAHIM MOHAMMED HUSSEIN
AL AMN AL-DAKHILI
AL AMN AL-KHARIJI
ABD AL SAMAD AL-TA'ISH
MOHAMED SADEEK ODEH
ABDEL BARRY
AHMED THE GERMAN
IRAQI SECRET SERVICE
GULBUDDIN HEKMATYAR
IMAD MUGHNIYEH
MAHDI CHAMRAN SAVEHI
MOHAMMED SARKAWI
AL TAWHID
HAJI MOHAMAD AKRAM
MOUNIR EL-MOTASSADEQ
RAMZI MOHAMMED ADBULLAH BINALSHIBH
a/k/a Ramzi Mohamed Abdallah Omar
ZAKARIYA ESSABAR
SAID BAHAJI
UMAR FARUQ
IBN SHEIK AL-LIBI
ABDELGHANI MZOUDI
ABD AL-RAHIM AL-NASHIRI a/k/a Bilal Bin Marwan
a/k/a Umar Mohammed al-Harazi a/k/a Abu Bilal al-Makki, Mullah Bilal

PRINCE TURKI AL FAISAL AL SAUD
PRINCE ABDULLAH AL FAISAL BIN ABDULAZIZ AL SAUD (PRINCE ABDULLAH)
PRINCE SALMAN IBN ABDUL AZIZ (PRINCE SALMAN)
ZOUAYDI (MUHAMMED GALEB KALAJE ZOAAYDI AKA ABU TALHA)
MULLAH KREKAR
ABDULAZIS BIN ABDUL RAHMAN AL SAUD
ARAFAT EL-ASAHI
HAYDAR MOHAMED BIN LADEN
MOHAMMED BIN ABDUL RAHMAN AL ARIEFY
FAISAL GROUP HOLDING CO.
ALFAISALIAH GROUP
BASHSH HOSPITAL
MUSHAYT FOR TRADING ESTABLISHMENT
ABDULLAH BIN ABDUL MUHSEN AL TURKI (AL TURKI)
SAUDI HIGH COMMISSION (aka The Saudi High Relief Commission)
TAREK AYOUBI
AL ANWA
HELP AFRICAN PEOPLE
IBRAHIM BIN ABDUL AZIZ AL IBRAHIM FOUNDATION
IBRAHIM BIN ABDUL AZIZ,
MERCY INTERNATIONAL RELIEF AGENCY
ISLAMIC MOVEMENT OF UZBEKISTAN (IMU)
SAUDI BIN LADEN GROUP (SBG) a/k/a BIN LADEN CORPORATION
BAKR M BIN LADEN
SALEH GAZAZ
MOHAMMED BAHARETH
ABDULLAH BIN SAID
MOHAMMED NUR RAHIMI
TAREK M. BIN LADEN
OMAR M. BIN LADEN
SALEH MOHAMED BIN LADEN
SAUDI BIN LADEN INTERNATIONAL COMPANY
YESLAM M. BIN LADEN
GLOBAL DIAMOND RESOURCE
TALAL MOHAMMED BADKOOK
MOHAMAN ALI ELGARI
NEW DIAMOND HOLDINGS
M.M. BADKOOK CO. FOR CATERING & TRADING
AL-MUSTAQBAL GROUP
NATIONAL MANAGEMENT CONSULTANCY CENTER (NMCC)
AL-RAJHI BANKING & INVESTMENT CORPORATION
SALEH ABDULAZIZ AL-RAJHI
ABDULLAH SALAIMAN AL-RAJHI
KHALID SULAIMAN AL-RAJHI
SULAIMAN ABDUL AZIZ AL-RAJHI
AL-WATANIA POULTRY
MAR-JAC POULTRY

MAR-JAC INVESTMENTS, INC.
PIEDMONT POULTRY
SNCB CORPORATE FINANCE LTD.
SNCB SECURITIES LTD. IN LONDON
SNCB SECURITIES LTD. IN NEW YORK
SAUDI ECONOMIC AND DEVELOPMENT COMPANY
ZAKAT COMMITTEE
SAUDI RED CRESCENT COMMITTEE
ABDULKARIM KHALED UUSUF ABDULLAH
HISHAM (BROTHER OF ENAAM ARNANOUT)
SAIF AL ISLAM EL MASRY
BENEVOLENCE INTERNATIONAL FOUNDATION - U.S.A.
BENEVOLENCE INTERNATIONAL FOUNDATION - CANADA
BENEVOLENCE INTERNATIONAL FUND
SYED SULEMAN AHMER
MAZIN M.H. BAHARETH
SHAHIR ABDULRAOOF BATTERJEE
ZAHIR H. KAZMI
MUZAFFAR KHAN
SOLIMAN J. KHUDEIRA
JAMAL NYRABEH
SUCCESS FOUNDATION
ABDURAHMAN AL-AMOUDI
AMERICAN MUSLIM FOUNDATION (AMF)
MOHAMMED OMEISH
ADNAN BASHA
MAHMOUD JABALLAH
ARAFAT EL-ASHI
MORO ISLAMIC LIBERATION FRONT (MILF)
MAHMOUD JABALLAH
MOHAMMED KHATIB
SAUDI JOINT RELIEF COMMITTEE
TAIBAH INTERNATIONAL AID ASSOCIATION
ISLAMIC AFRICAN RELIEF AGENCY
TARIK HAMDI
FAZEH AHED
SANABIL AL-KHAIR
SANA-BELL, INC.
SANABEL AL-KHEER, INC.
KHALED NOURI
ABDULLAH M. AL-MAHDI
TAREQ M. AL-SWAIDAN
ABDUL AL-MOSLAH
SALAH BADAHDH
HASSAN A.A. BAHFZALLAH
M. YAQUB MIRZA
IHAB ALI

SAMIR SALAH
IBRAHIM HASSABELLA

ABU SULAYMAN
AHMED TOTONJI
HISHAM AL-TALIB
IQBAL YUNUS
M. OMAR ASHRAF
MOHAMMED JAGHLIT
MUHAMMAD ASHRAF
SHERIF SEDKY
AFRICAN MUSLIM AGENCY
ARADI, INC.
GROVE CORPORATE, INC.

HERITAGE EDUCATION TRUST
MENA CORPORATION
RESTON INVESTMENTS, INC.
SAFA TRUST
STERLING CHARITABLE GIFT FUND
STERLING MANAGEMENT GROUP
YORK FOUNDATION
NATIONAL DEVELOPMENT BANK
DALLAH AVCO TRANS ARABIA CO. LD.
OMAR AL BAYOUMI (AKA ABU IMARD)
AL AQSA ISLAMIC BANK
AQEEL AL-AQEEL
MANSOUR AL-KADI
SOLIMAN H.S. AL-BUTHE
PEROUZ SEDA GHATY
AHMED IBRAHIM AL NAJJAR
ADEL MUHAMMAD SADIQ BIN KAZEM
SAUDI AMERICAN BANK
ABDULAZIZ BIN HAMAD
KHALIL A. KORDI
RASHID M. AL ROMAIZAN
ABDULAZIZ BIN HAMAD AL GOSAIBI
SAUDI CEMENT COMPANY IN DAMMAN
OMAR SULAIMAN AL-RAJHI
ARAB CEMENT COMPANY
MOHAMMED CHEHADE
HAZEM RAGAB
MOHAMMED ALCHURBAJI
MUSTAFA AL-KADIR
ABU AL-MAID

THIRWAT SALAH SHIHATA

ISLAMIC ARMY OF ADEN
MAMOUN DARKAZANLI IMPORT-EXPORT COMPANY
NURJAMAN RIDUAN ISMUDDIN a/k/a HAMBALI
MOHAMMED IQBAL ABDURRAHMAN a/k/a ABNU JIBRIL
FOUNDATION SECOURS MONDIAL
WA'EL HAMZA JULAIDAN a/k/a AL HASAN AL MADANI
ABDELKADIR MAHMOUD ES SAYED
KHALID AL FAWAZ
ABU HAMZA AL MASRI
MOHAMED BEN BELGACEM AOUADI
MOKHTAR BOUCHOUCHA
TAREK CHARAABI
SAMI BEN KHEMAIS ESSID
LASED BEN HENI
SALAFIST GROUP FOR CALL AND COMBAT
AL-HAMATI SWEETS BAKERIES
AL-HUR HONEY PRESS SHOPS a/k/a AL-NUR HONEY CENTER
AL SHIFA' HONEY PRESS FOR INDUSTRY AND COMMERCE
MUHAMMAD AL-HAMATI a/k/a MOHAMMAD
HAMDI SADIQ AL-AHDAL a/k/a ABU ASIM AL-MAKKI
SAQAR AL JADAWI
AHMAD IBRAHIM AL-MUGHASSIL
AL ITIHAAD AL ISLAMIYA (AIAI)
AMIN AL HAQ a/k/a MUHAMMAD AMIN a/k/a AMIN UL HAQ
ANSAR AL ISLAM a/k/a JUND AL ISLAM
ABU WA'EL a/k/a Sadoun Abdul Latif
AHMAD SA'ID AL KADR
ABDUL AZIZ AL IBRAHIM (or "AL IBRAHIM")
INTERNATIONAL DEVELOPMENT FOUNDATION
SULAIMAN AL-ALI
AHMED IDRIS NASREDDIN, a/k/a NASREDDIN AHMED IDRIS
AKIDA BANK PRIVATE LIMITED a/k/a AKIDA ISLAMIC BANK
INTERNATIONAL LIMITED a/k/a IKSIR
INTERNATIONAL BANK LIMITED
AKIDA COMMODITY LIMITED
AKIDA INVESTMENT COMPANY LIMITED
AKIDA MANAGEMENT AND TRUST a/k/a/AKIDA ISLAMIC
BANKERS' TRUSTEE AND MANAGEMENT
ALI GHALEB HIMMAT
AL TAQWA TRADE PROPERTY AND INDUSTRY COMPANY LIMITED,
a/k/a AL TAQWA TRADE PROPERTY AND INDUSTRY
ESTABLISHMENT, a/k/a HIMMAT ESTABLISHMENT
AL TAQWA ZAKA ESTABLISHMENT
ARMAND ALBERT FRIEDRICH HUBER a/k/a AHMED HUBER
ASAT TRUST REGISTERED

BA TAQWA FOR COMMERCE AND REAL ESTATE COMPANY LIMITED,
a/k/a BA TAQWA FOR COMMERCE AND REAL ESTATE
ESTABLISHMENT, a/k/a BEN M. NADA ESTABLSIHMENT, a/k/a
YOUSSEF M. NADA ESTABLISHMENT
BANK AL TAQWA LIMITED, a/k/a AL TAQWA BANK
CEMSTEEL IMPEX ESTABLSIHMENT
GULF CENTER S.R.L.
IKSIR LIMITED HOLDING
MIGA – MALAYSIAN SWISS, GULF AND AFRICAN CHAMBER,
a/k/a CAMERA DI COMMERCIO, INDUSTRIA E TURISMO PER GLI
STATI ARABI DEL GOLFO E LA SVIZZERA
MOHAMED MANSOUR, a/k/a MOHAMED AL-MANSOUR
NADA INTERNATIONAL ANSTALT, a/k/a NADA GROUP
INTERNATIONAL ANSTALT
NADA MANAGEMENT ORGANIZATION SA, a/k/a AL TAQWA
MANAGEMENT ORGANIZATION
NASCO BUSINESS RESIDENCE CENTER SAS
DI NASREDDIN AHMED IDRIS ED
NASCO NASREDDIN HOLDING SA
NASCOSERVICE S.R.L.
NASCOTEX S.A., a/k/a INDUSTRIE GENERALE DE FILATURE ET
TISSAGE, A/K/A INDUSTRIE GENERALE DE TEXTILE
NASREDDIN CHARITABLE FOUNDATION
NASREDDIN COMPANY NASCO SAS DI AHMED
IDRIS NASSNEDDIN EC
NASREDDIN FOUNDATION, a/k/a NASREDDIN STIFTUNG
NASREDDIN GROUP INTERNATIONAL HOLDING LIMITED
NASREDDIN INTERNATIONAL GROUP LIMITED HOLDING a/k/a
MIDDLE EAST AND TURKEY INVESTMENT HOLDING LIMITED
RAW MAT SERVICE AND MANAGEMENT SA
YOUSSEF MUSTAFA NADA
YOUSSEF M. NADA ESTABLISHMENT,
a/k/a YOUSSEF M. NADA ANSTALT
YOUSSEF M. NADA & CO. GESELLSCHAFT MBH
ZEINAB MANSOUR a/k/a ZEINAB MANSOUR FATTOUH

Defendants.

-----------------------------------------------------------------x

Plaintiffs, by their attorneys Kreindler & Kreindler, Barasch, McGarry Salzman Penson & Lim, Speiser, Krause, Nolan & Granito, Baumeister & Samuels, P.C., Law Firm

of Aaron J. Broder & Jonathan C. Reiter and Jaroslawicz & Jaros, Esqs., as and for their First Amended Consolidated Master Complaint, hereby allege:

1. Plaintiffs listed in the caption of this action are U.S. citizens, residents or foreign citizens who are or will be appointed either the Executors, Administrators or Personal Representatives of the Estates of persons killed, or are persons injured in the September 11, 2001 terrorist attacks perpetrated by some of the defendants with the support and assistance of the other defendants, in which four United States' commercial aircraft were caused to crash into the World Trade Center Towers, the Pentagon and a field in Shanksville, Pennsylvania (hereinafter "September 11th Attacks") or representatives of property that was damaged in the attacks. Plaintiffs' decedents were passengers or crew members on board American Airlines Flights 11 and 77, United Airlines Flights 175 and 93, and persons present at both Towers of the World Trade Center in New York, or present at the Pentagon in Virginia and includes personal injury victims and those persons or entities who suffered property damage at those locations.

## JURISDICTION AND VENUE

2. Jurisdiction arises pursuant to 28 U.S.C. §§ 1330(a) (actions against foreign states), 1331 (federal question), 1332(a)(2), 1350 ("Alien Tort Act"), 1605(a)(2), 1605(a)(5), 1605(a)(7) (the Foreign Sovereign Immunities Act), and the Torture Victim Protection Act, PL 102-256, 106 Stat. 73 (reprinted at 28 U.S.C.A. § 1350 note (West 1993)).

3. Venue is proper in this district pursuant to the Air Transportation Safety and System Stabilization Act, (Pub. Law 107-42, 115 Stat. 230), 49 U.S.C. § 40101, Title IV,

§ 408(b)(3), designating the Southern District of New York ("S.D.N.Y.") as the exclusive venue for all civil litigation arising out of, or related to the September 11th Attacks, and 28 U.S.C. 1391(b)(2) and 1391(f)(1) because a substantial number of acts, occurrences, injuries and deaths occurred in the Southern District of New York.

4. This action for wrongful death, personal injury and related claims perpetrated by the foreign states of IRAQ, the SUDAN, and IRAN through their instrumentalities and their official and unofficial employees, agents and servants alleged herein, falls within the exceptions to immunity under 28 U.S.C. §§ 1605(a)(5) and 1605(a)(7) (the Foreign Sovereign Immunities Act).

**DEFENDANTS**

5. Defendants are co-conspirators who intentionally, willfully and knowingly conspired, planned, financed, supported, executed and carried out a plan to murder, maim and injure United States' citizens, residents and others on September 11, 2001; and all participated directly or indirectly in the September 11, 2001 terrorist attacks on the United States of America. Defendants fall into three primary categories, (1) AL QAEDA and its members and associates, (2) IRAQ, the SUDAN and IRAN, State Sponsors of AL QAEDA's terrorist activities, and (3) entities or individuals who provided logistical, material, financial or other support to AL QAEDA and its terrorist activities.

6. Defendant AL QAEDA, a/k/a Islamic Army, is an unincorporated association organized to perpetrate acts of international terrorism, including murder, mayhem, bombings and hijackings against the United States, its citizens and its allies. AL QAEDA has also encouraged, financed and supported other terrorist groups who targeted

U.S. citizens. AL QAEDA, as of September 11, 2001, was headquartered in Afghanistan, but has a network of terrorist "cells" and affiliated groups throughout the world.

7. Defendant OSAMA BIN LADEN a/k/a Usama Bin Laden, Abu Abdullah, Mujahid Shaykh Hajjs and Abdul Hay, ("BIN LADEN") was formerly a national of Saudi Arabia with Yemen as his ancestral home, but who is now an alien of unknown nationality. He is last known to have been living in Afghanistan. At all relevant times, BIN LADEN has headed and directed the terrorist activities of AL QAEDA.

8. Defendants OSAMA BIN LADEN, MUHAMMAD ATEF, AYMAN AL ZAWAHIRI, ABU ZUBAYDH, SAIF AL ADEL, KHALID SHEIKH MOHAMMED, ABDULLAH AHMED ABDULLAH, ABU AL JAFAR AL-JAZIRI, ABU HAFS a/k/a the Mauritanian, ABU JAFFER AL-JAZIRI, ABU SALAH AL-YEMENI, MUHSIN MUSA MATWALLI ATWAH, ANAS AL LIBY, FAZUL ABDULLAH MOHAMMED, AHMED MOHAMED HAMED ALI, MOHAMED SULEIMAN AL NALFI, MUSTAFA MOHAMED FADHIL, AHMED KHALFAN GHAILANI, FAHID MOHAMMED ALLY MSALAM, SHEIKH AHMED SALIM SWEDAN, MUHAMMAD ABU-ISLAM, ABDULLAH QASSIM, RAMZI BIN AL-SHIBB, HASHIM ABDULRAHMAN, MUSTAFA MUHAMMED AHMAD, JAMAL AL-BADAWI, MOHAMMED OMAR AL-HARAZI, WALID AL-SOUROURI, FATHA ADBUL RAHMAN, YASSER AL-AZZANI, JAMAL BAKHORSH, AHMAD AL-SHINNI, RAED HIJAZI, JAMIL QASIM SAEED, ABU ABDUL RAHMAN, MOHAMED BAYAZID and AL-SHAYKH AL-IRAQI and others named herein are or were natural persons who, on or before September 11, 2001, were leaders or members of AL QAEDA who conspired, acted in concert with,

aided and abetted, sponsored and assisted directly and indirectly, in the September 11th terrorist attacks against the United States of America.

9. MOHAMMED ATTA, MARWAN AL-SHEHHI, FAYEZ AHMED, AHMED AL GHAMDI, HAMZA AL GHAMDI, MOHALD AL SHEHRI, SATAM M. A. AL SUQAMI, ABDULAZIZ AL OMARI, WALEED M. AL SHEHRI, WAIL AL SHEHRI, KHALID AL MIDHAR, NAWAF AL HAZMI, HANI HANJOUR, SALEM AL HAZMI, and MAJED MOQED hijacked three commercial aircraft on September 11, 2001 and committed mass murder by deliberately flying the aircraft into the World Trade Center and the Pentagon. ZIAD SAMIR JARRAH, AHMED IBRAHIM A. AL HAZNAWI, SAEED AL GHAMDI, and AHMED AL NAMI hijacked United Airlines Flight 93 and attempted to deliberately fly the aircraft into the White House or another prominent Washington D.C. landmark but were thwarted by the efforts of heroic passengers, resulting in the aircraft crashing to the ground in Shanksville, Pennsylvania. The "twentieth hijacker," ZACARIAS MOUSSAOUI, was in custody on September 11, 2001, and thus unable to participate in the attacks perpetrated that fatal day. Plaintiffs have named as defendants, the estates of various AL QAEDA members who were killed on September 11th or in armed conflict with allied forces since September 11, 2001.

10. Defendant TALIBAN, as of September 11, 2001, was an unincorporated association that served as the *de facto* government of Afghanistan from approximately 1996 until shortly after September 11, 2001. The TALIBAN, as of September 11, 2001, was headquartered in Kandahar, Afghanistan and had declared itself to constitute the government of Afghanistan.

11. Defendant MUHAMMAD OMAR ("OMAR") founded the TALIBAN and since 1996 Omar was the leader of the TALIBAN's six member ruling council and was responsible for the TALIBAN's financial activities. OMAR, individually and through the TALIBAN organization that he controlled, supplied material and logistical support to AL QAEDA and BIN LADEN in furtherance of their terrorist plans to attack the United States of America and murder U.S. citizens.

12. AL QAEDA and the TALIBAN were closely linked. OMAR and the TALIBAN afforded BIN LADEN special status in Afghanistan; and BIN LADEN was the *de facto* head of TALIBAN intelligence and security. BIN LADEN acted on OMAR's behalf, by providing soldiers to crush opposition to the TALIBAN's ruthless rule inside Afghanistan. OMAR enabled BIN LADEN to export terrorism to the United States and elsewhere by allowing him to construct and maintain camps in Afghanistan and train AL QAEDA members and other terrorists from around the world in the deadly and depraved methods of committing acts of violence, murder, destruction and mayhem. OMAR refused to turn BIN LADEN over to the United States after the September 11th attacks and instead, continued to offer sanctuary to BIN LADEN and AL QAEDA members.

13. Defendant REPUBLIC OF IRAQ ("IRAQ ") is a foreign sovereign state located in the Middle East and shares borders with Saudi Arabia, Jordan, Syria, Turkey, IRAN and Kuwait. The United States does not have formal diplomatic relations with the current government of IRAQ, which maintains an office in New York, the Permanent Representative of IRAQ to the United Nations, 14 East 79th Street, New York, NY, 10021. IRAQ maintains an Interest Section in the Algerian Embassy in Washington, D.C., located

at 1801 P Street, N.W. Washington, D.C. 20036.

14. Defendant IRAQ has, for many years and at all relevant times, been designated by the United States Department of State as a foreign state that sponsors terrorism within the meaning of the Export Administration Act of 1979, 50 U.S.C. § 2405(j); the Foreign Assistance Act of 1961, 22 U.S.C. § 2371(b) and 18 U.S.C. § 2333.

15. Defendant, the IRAQ I INTELLIGENCE AGENCY a/k/a the Mukhabarat, a/k/a the Fedayeen, a/k/a Al-Qare, a/k/a Unit 999, a/k/a M-8 operations, is the intelligence and operational entity in charge of conducting clandestine operations for the Iraqi government and is an agency, instrumentality and/or organ of the Iraqi government.

16. Defendant IRAQ sponsored terrorism through its officials, officers, employees and agents, including but not limited to defendants, SADDAM HUSSEIN, QUSAY HUSSEIN, UDAY HUSSEIN, TAHA YASSIN RAMADAN, MUHAMMED MAHDI SALAH, FARUQ AL-HIJAZI, SALAH SULEIMAN, AHMED KHALIL IBRAHIM SAMIR AL-ANI, HABIB FARIS ABDULLAH AL-MAMOURI, and ABDEL HUSSEIN, a/k/a "The Ghost," HAQI ISMAIL, TAHA AL ALWANI, ABU AGAB, and ABU WA'EL who are natural persons, subjects and citizens of IRAQ and leaders, agents/or employees of IRAQ and/or its INTELLIGENCE AGENCY, who participated in the acts and conspiracy described below while acting in the course and scope of their employment.

17. The defendant REPUBLIC OF SUDAN ("SUDAN") is a foreign sovereign state within the meaning of 28 U.S.C. § 1391(f) and 1603(a) and is located on the continent of Africa and borders the Red Sea west of Saudi Arabia and south of Egypt. The United States does not have formal diplomatic relations with the current government of the

defendant SUDAN, which maintains an Embassy in Washington, D.C. located at 2210 Massachusetts Avenue, N.W., Washington, D.C. 20008-2831.

18. The defendant SUDAN has, for many years and at all relevant times, been designated by the United States Department of State as a foreign state that sponsors terrorism within the meaning of the Export Administration Act of 1979, 50 U.S.C. App. § 2405(j); the Foreign Assistance Act of 1961, 22 U.S.C. § 2371(b); and 18 U.S.C. § 2333. The defendant SUDAN, by and through its agents and instrumentalities including, but not limited to, SUDANESE INTELLIGENCE and Ministries of Interior and Foreign Affairs has supported, encouraged, sponsored, aided and abetted and conspired with a variety of groups that use terror to pursue their goals. The defendant SUDAN has provided financing, training, safe-haven, and weapons for terrorist groups including the defendants AL QAEDA and BIN LADEN, through its officials, officers, employees and agents, including but not limited to MINISTRY OF DEFENSE, MINISTRY OF INTERIOR, NATIONAL ISLAMIC FRONT, HASSAN TURABI, Islamic leader, OMAR HASSAN AHMAD AL-BASHIR, President of Sudan, ABDUL RAHIM MOHAMMED HUSSEIN, Interior Minister, ABDEL WAHAB OSMAN, former Sudanese Minister of Industry, and ISS EL-DIN EL SAYED, Minister of Finance and National Economy..

19. Defendant, the ISLAMIC REPUBLIC OF IRAN (hereinafter referred to as "IRAN"), is a foreign state within the meaning of 28 U.S.C. §1391(f) and 1603(a) and borders Afghanistan to its east and IRAQ to its west. IRAN maintains an Interest Section within the United States at 2209 Wisconsin Avenue, N.W., Washington, D.C. 20007.

20. Defendant IRAN has for many years, and at all relevant times, been

designated as a foreign state that sponsors terrorism within the meaning of the Export Administration Act of 1979, 50 U.S.C.App.§ 2405(i), and the Foreign Assistance Act of 1961, 22 U.S.C. §2371(b) and 18 U.S.C. § 2333.

21. Defendant IRAN has been found to be liable as a state sponsor of international terrorism under 28 U.S.C. §1605(a)(7), especially in connection with acts perpetrated by its state sponsored paramilitary terrorist organization known as "Hezbollah," in various cases, including *Anderson v. the Islamic Republic of Iran, 90* F. Supp.2d 107 D.D.C. 2000), and *Cicippio* v. *The Islamic Republic of Iran,* 18 F.Supp 2d 62 (D.D.C. 1998).

22. Defendant IRAN through its officials, officers, agents and employees, including but not limited to, its Ministry of Intelligence and Security ("MOIS"), ISLAMIC REVOLUTIONARY GUARD ("IRGC"), AYATOLLAH ALI KHAMENEI, Spiritual Leader of Iran, MOMAMMED MOHAMMADI RAYSHAHRI, special advisor to Spiritual Leader, QORBAN ALI NAJAF-ABADI, Minister of Intelligence, ALI FALAHYAN, Director of Public Intelligence, GENERAL ALI BLOKIAN, former advisor to HEZBOLLAH, AHMAD SALAH (SALIM), member of committee of three of Int'l Hezbollah, MAHDI CHAMRAN SAVEHI, director of International, HEZBOLLAH and Iranian External Intelligence chief, GENERAL MOHSEN REZA'I, Iranian security director HOSEYN SHAYKH OL-ESLAM, former Assistant Foreign Minister, GENERAL MOHSEN REZA'I, former commander of the Islamic Revolutionary Guard Corps (IRGC) who is now in charge of the reorganization of Iran's security apparatus, GENERAL

YAHYA RAHIM SAFAVI, head of the IRGC, Information MINISTER QORBAN 'ALI NAJAF 'ABADI, Former minister 'ALI FALAHYAN, MOHAMMED MOHAMMADI RAYSHAHRI, special adviser to Iran's supreme leader Ali Khamene'i, HOSEYN SHAYKH OL-ESLAM, former assistant foreign minister provided material support and resources to defendants AL QAEDA and BIN LADEN both directly and through its surrogate, HEZBOLLAH. The support provided by IRAN to BIN LADEN and AL QAEDA assisted in or contributed to the preparation and execution of the plans that culminated in the September 11 Attacks.

23. The co-conspirator sponsor defendants are individuals, organizations, banks and charities located in Saudi Arabia and other parts of the world who conspired with BIN LADEN, AL QAEDA, and the TALIBAN to raise, launder, transfer, distribute and hide funds for BIN LADEN and AL QAEDA in order to support and finance their terrorist activities, including, but not limited to, the September 11th attacks. Some of the individuals, businesses, banks and charities operate legitimate businesses but also maintain a dual role as an AL QAEDA co-conspirator and have actively supported its terrorist activities; while others, including some of the individuals, are a sham front for AL QAEDA or are full fledged members of AL QAEDA.

## SUMMARY OF ALLEGATIONS

24. The horrific events of September 11th were the result of a world-wide terror conspiracy against the United States involving defendants who have conspired for many years to attack the United States and murder United States' citizens and who ultimately conspired, aided and abetted, sponsored, planned and executed the September 11th terror

attacks that killed thousands of people and injured many thousands more and destroyed numerous properties and businesses.

25. IRAQ has sworn revenge against the United States since 1991 for IRAQ 's humiliating defeat in the Persian Gulf War. Since IRAQ could not defeat the U.S. Military, it resorted to terror attacks on U.S. citizens. In order to avoid another confrontation with U.S. Military forces, IRAQ contracted with terrorists and sponsored Islamic fundamentalists who were willing to commit terrorist acts on IRAQ's behalf.

26. For many years AL QAEDA wanted to drive the United States from the Arabian peninsula, topple Middle East governments supported by the United States, including Egypt and Israel, and create an Islamic empire based upon its narrow interpretation of the Koran. Over the years, AL QAEDA has grown as it absorbed or allied with other like-minded Islamic terrorist groups, including the EGYPTIAN ISLAMIC JIHAD.

27. For more than 10 years, IRAQ's leadership and AL QAEDA shared a virulent hatred of the United States.

28. As early as 1992, AL QAEDA terrorists established close working relations with IRAQ I INTELLIGENCE agents in the SUDAN, Afghanistan, IRAQ and elsewhere. Soon thereafter, IRAQ I INTELLIGENCE decided to support AL QAEDA and to employ AL QAEDA terrorists to carry out IRAQ's terror attacks. The IRAQ-AL QAEDA relationship benefitted IRAQ because it provided that state with trained terrorists willing to die in terror attacks. As a secular state, IRAQ does not have a large number of citizens wishing to become martyr warriors. Additionally, by using AL QAEDA suicide terrorists,

IRAQ could disavow involvement in attacks and avoid retribution. The relationship benefitted AL QAEDA which received the support, funding, facilities and training needed to carry out its terror campaigns.

29. During the mid 1990's IRAQ began actively supporting AL QAEDA operations by providing intelligence, training, weapons, supplies, passports, travel documents and financial support to co-conspirators. Significantly, one of IRAQ 's military or terror training camps contained the fuselage of a Boeing 707 used to teach techniques for hijacking commercial aircraft to AL QAEDA terrorists.

30. AL QAEDA, backed by IRAQ , carried out the September 11th terror attacks with the financial and logistical support of numerous individuals and organizations. These individuals and organizations provided AL QAEDA with the means to recruit, train, and employ thousands of terrorists, including the twenty assigned the ghastly mission to murder United States citizens and destroy U.S. landmarks on September 11, 2001.

31. The SUDAN and IRAN have repeatedly sponsored violent terrorist attacks on U.S. and Israeli targets in the Middle East and have supported AL QAEDA financially, materially and logistically for over a decade and support its goals.

32. This lawsuit seeks to strip the assets of AL QAEDA, BIN LADEN, IRAQ, SUDAN, IRAN and those individuals, entities and organizations who participated in or supported the September 11th terror attacks and recover compensatory and punitive damages for the September 11th victims.

33. **THE BIRTH OF AL QAEDA**

Starting in 1989, an international terrorist group emerged dedicated to

opposing non-Islamic governments with brutal force and terrifying violence. This organization grew out of the "mekhtab al khidemat" (the "AZZAM SERVICE CENTER") organization which maintained offices in Peshawar, Pakistan and received funds from Islamic charities, wealthy Saudi families, mosques, legitimate businesses and criminal enterprises, among others during the Soviet-Afghan war.

34. Under the leadership of BIN LADEN, MUHAMMAD ATEF, a/k/a "Abu Hafs al Masry," Sheikh Taysir Abdullah, Abu Fatima; Abu Khadija; together with "Abu Ubaidah al Banshiri" (deceased in 1996), AYMAN AL ZAWAHIRI and others, the AZZAM SERVICE CENTER expanded, creating terrorist cells in various parts of the world, including Afghanistan, Pakistan and the United States, and financing and supporting other terrorist groups dedicated to committing acts of violence, murder, destruction and mayhem. From approximately 1989 until the present, this terrorist group called itself "AL QAEDA" ("the Base").

35. At all relevant times, AL QAEDA was led by BIN LADEN. Members of AL QAEDA pledged an oath of allegiance (called a "bayat") to BIN LADEN and AL QAEDA, committing themselves to become martyrs in their depraved cause.

36. AL QAEDA actively and vehemently opposed the United States for several reasons. First, it regarded the United States as a "kafir" or "infidel" nation governed in a manner inconsistent with the group's interpretation of Islam. Second, it believed the United States was providing essential support for other "infidel" nations and organizations, particularly the governments of Egypt, Israel and the United Nations, which AL QAEDA regarded as enemies. Third, AL QAEDA opposed the involvement of the United States

armed forces in the Gulf War in 1991 and its presence in the Middle East afterwards as illustrated by Operation Restore Hope in Somalia in 1992 and 1993. AL QAEDA viewed these as pretextual preparations for an American occupation of Islamic countries. In particular, AL QAEDA opposed the continued presence of American military forces in Saudi Arabia and elsewhere on the Saudi Arabian peninsula following the Gulf War. Fourth, AL QAEDA opposed the United States Government because of the arrest, conviction and imprisonment of AL QAEDA members or other terrorists with whom it worked, including the Islamic Group's Sheik Omar Abdel Rahman who was convicted of planning to bomb bridges and tunnels in New York City. Fifth, AL QAEDA believed United Nation sanctions against IRAQ were orchestrated by the United States out of "eagerness to destroy IRAQ".

37. One of the AL QAEDA's principal goals was to use violence to drive the United States armed forces out of Saudi Arabia and Somalia. Members of AL QAEDA issued fatwas (rulings on Islamic law) stating that attacks on the United States were both proper and necessary.

38. At least as early as 1991, BIN LADEN and AL QAEDA began working closely with AYMAN AL ZAWAHIRI, a/k/a "Abdel Muaz," a/k/a "Dr. Ayman al Zawahiri," a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu Mohammed," a/k/a "Abu Mohammed Nur al-Deen," whose EGYPTIAN ISLAMIC JIHAD terrorist group shared BIN LADEN and AL QAEDA's goals. BIN LADEN had met ZAWAHIRI in Peshawar, Pakistan in 1987 during the Afghan-Soviet War.

39. From in or about 1987, until in or about December 1997, AYMAN AL

ZAWAHIRI, led the EGYPTIAN ISLAMIC JIHAD, a group dedicated to the forceful overthrow of the Egyptian Government and committing violence against the United States, in part, for what ZAWAHIRI believed to be United States support of the Egyptian Government. Members of EGYPTIAN ISLAMIC JIHAD pledged allegiance to AL ZAWAHIRI. Many of the leading members of the EGYPTIAN ISLAMIC JIHAD ultimately became influential members of AL QAEDA, including AYMAN AL ZAWAHIRI and MUHAMMAD ATEF. By February 1998, the EGYPTIAN ISLAMIC JIHAD led by AL ZAWAHIRI and MUHAMMAD ATEF, and including THIRWAT SALAH SHIHATA, TARIQ ANWAR AL SAYYID AHMAD a/k/a FATHI a/k/a AMR AL FATIH and MUHAMMAD SALAH a/k/a NASR FAHMI NASR HASANAYN had effectively merged with AL QAEDA and had joined with AL QAEDA in targeting United States' citizens.

40. AL QAEDA had a command and control structure which included a majalis al shura (or consultation council) that discussed and approved major undertakings, including terrorist operations. BIN LADEN, MUHAMMAD ATEF, a/k/a "Abu Hafs," AYMAN AL ZAWAHIRI, SAIF AL ADEL, MAMDOUH MAHMUD SALIM, a/k/a "Abu Hajer," and ABDULLAH AHMED ABDULLAH, a/k/a "Abu Mohamed el Masry," a/k/a "Saleh," among others, sat on the majalis al shura (or consultation council) of AL QAEDA. Its affiliate, the EGYPTIAN ISLAMIC JIHAD had a Founding Council, on which Ibrahim Eidarous sat.

41. AL QAEDA also maintained a "military committee" which considered and approved "military" matters. MUHAMMAD ATEF sat on the military committee and was

one of BIN LADEN's two principal military commanders together with "Abu Ubaidah al Banshiri," (until his death in May 1996). MUHAMMAD ATEF had the principal responsibility for supervising the training of AL QAEDA members. SAIF AL ADEL also served on the military committee reporting to MUHAMMAD ATEF. AMIN AL HAQ was an Afghan national who served as security coordinator to OSAMA BIN LADEN SAQAR AL-JADAWI, was a senior lieutenant to BIN LADEN.

42. AL QAEDA functioned both on its own and as a conduit for other terrorist organizations in other parts of the world that shared its ideology, such as the EGYPTIAN ISLAMIC JIHAD as described above, and the SALAFIST GROUP FOR CALL AND COMBAT. Salafist Group members including MOHAMED BEN BELGACEM AOUADI who provided false identify documents for AL QAEDA members and LASED BEN HENI, TAREK CHARAABI, MOKHTAR BOUCHOUCHA and SAMI BEN KHEMAIS ESSID, trafficked in arms and explosives for AL QAEDA. Ahmed Refai Taha, a/k/a "Abu Yasser al Masri," and a number of jihad terrorist groups in other countries, including the SUDAN, Egypt, Saudi Arabia, Yemen, Somalia, Eritrea, Djibouti, Afghanistan, Pakistan, Bosnia, Croatia, Albania, Algeria, Tunisia, Lebanon, the Philippines, Tajikistan, Azerbaijan, the Kashmiri region of India and the Chechnyan region of Russia. AL QAEDA camps were used to train terrorists to fight in Islamic causes, such as supporting Pakistan in its dispute with India over the province of Kashmir. AL QAEDA maintained terrorist cells and personnel in a number of countries to facilitate its activities, including Italy, where defendant ABDELKADIR MAHMOUD EL SAYED has been indicted for conspiring to traffic in arms, explosives, chemical weapons, and identity papers from his position as

organizer of AL QAEDA's Milan, Italy, cell. EL SAYED is a fugitive under a death sentence, having been convicted of involvement in a 1997 terrorist attack in Luxor, Egypt, carried out by GAMA'AT AL ISLAMIYYA. Defendant MAHMUD ABU AL-FATUH MUHAMMAD was a member of the ISLAMIC JIHAD and participated in the ISLAMIC CULTURAL CENTER OF MILAN. He is the owner of AL SHIFA' HONEY PRESS FOR INDUSTRY AND COMMERCE, which has branches in Peshawar. AL SHIFA' HONEY PRESS FOR INDUSTRY AND COMMERCE was named a sponsor of terror by the United States and the United Nations. AL QAEDA also maintained terrorist cells in Kenya, Germany, Tanzania, the United Kingdom, Canada and the United States.

43. The ISLAMIC ARMY OF ADEN is a Yemeni group which supports Osama bin Laden. Its members consist largely of veterans of the Afghanistan war against the Soviet Union who fought with bin Laden. The leader of the ISLAMIC ARMY OF ADEN, Abu al Hassan, had contact with AL QAEDA through his relationship with AYMAN AL ZAWAHIRI and the EGYPTIAN ISLAMIC JIHAD. Defendant ABU HAMZA AL MASRI was in contact with bin Laden lieutenant defendant ABU ZUBADYA. AL MASRI recruited people for Bin Laden terror training camps and AL QAEDA sponsored acts of terror including ZACARIAS MOUSSAOUI, suspected of helping to plan the 9-11 attacks and Richard Reid the shoe bomber arrested in December 2001. Both would-be terrorists were worshipers at the British mosque where AL MASRI is a cleric.

44. The conflict between IRAN and the TALIBAN did not, however, prevent Iranian assistance to BIN LADEN's AL QAEDA, directly and through HEKMATYAR.

This assistance is ongoing. Following the September 11 attacks, BIN LADEN, HEKMATYAR and Iranian officials along with some Taliban members, formed a new alliance called LASHKAR FEDAYAN-E-ISLAMI (ISLAMIC MARTYRS BRIGADE) based in Northeastern Afghanistan with the goal of launching suicide attacks against American troops.

45. BIN LADEN and AL QAEDA also forged alliances with the National Islamic Front in the SUDAN and with representatives of the government of IRAN, and its associated terrorist group HEZBOLLAH, for the purpose of working together against their perceived common enemies in the West, particularly the United States.

46. At various times from as early as 1989, BIN LADEN, and others known and unknown, ran terrorist training "camps and guesthouses" in various areas, including Afghanistan, IRAQ, IRAN, Pakistan, the SUDAN, Somalia, Kenya, Malaysia, Philippines and Germany for the use of AL QAEDA and its affiliated groups. MAMDOUH MAHMUD SALIM, ABU HAJER AL IRAQI, an IRAQI, and ABD AL HADI AL IRAQI, one of the top 25 AL QAEDA military advisors, managed some of these training camps and guesthouses in Afghanistan and Pakistan.

47. Since 1991, BIN LADEN, AL QAEDA and many of their co-defendants unlawfully, wilfully and knowingly combined, conspired, confederated and agreed to murder and injure United States citizens throughout the world, including in the United States, and to conceal their activities and methods by, among other things, establishing front companies, providing false identity and travel documents, financing terrorist operations, engaging in coded correspondence, providing false information to the

authorities in various countries and seeking to detect and kill informants.

## THE SUDAN

48. In 1991, BIN LADEN left Saudi Arabia and relocated in the SUDAN. He centered his AL QAEDA operations there for the next four years while maintaining offices and orchestrating terrorist recruitment, training and launching attacks in various parts of the world. Defendant, MUSHIN MUSA MATWALL ATWAH, an Egyptian known as "Abdel Rahman" provided military and intelligence training for AL QAEDA members as early as 1990 in Afghanistan and Pakistan, and then in the Sudan. BIN LADEN recruited new members in the SUDAN, such as MOHAMED SULEIMAN AL NALFI and at least 200 Afghan Arabs, Saudis, Yemenis and Egyptians who had fought against the Soviets in Afghanistan and who became part of AL QAEDA's cell in the SUDAN. MAMDOUH MAHMUD SALIM a/k/a ABU HAJER AL-IRAQI, an IRAQI served as BIN LADEN's top lieutenant in the SUDAN shortly after BIN LADEN's arrival there.

49. In 1989, Defendant HASSAN AL TURABI installed a radical extremist Islamic government in SUDAN through a *coup*. Beginning in 1991, he and the Sudanese government provided refuge to BIN LADEN. A 1996 State Department fact sheet on OSAMA BIN LADEN described his operations in the country beginning in 1991:

> Bin Laden relocated to SUDAN in 1991, where he was welcomed by National Islamic Front (NIF) leader Hasan al-Turabi. . . . [bin Laden] embarked on several business ventures in SUDAN in 1990, which began to thrive following his move to Khartoum. Bin Laden also formed

> symbiotic business relationships with wealthy NIF members by undertaking civil infrastructure development projects on the regime's behalf.

50. OSAMA BIN LADEN's close relationship with the new extremist Sudanese regime became symbiotic and he conducted several business projects with or on behalf of the NIF. One of these investments was the Defendant AL SHAMAL ISLAMIC BANK, as reported by the State Department:

> Bin Laden and wealthy NIF members capitalized al-Shamal Islamic Bank in Khartoum. Bin Laden invested $50 million in the bank.

51. OSAMA BIN LADEN's involvement in business transactions in the SUDAN including the AL SHAMAL ISLAMIC BANK, was confirmed by a 2002 Congressional Research Service Report:

> In 1991, bin Laden relocated to SUDAN with the approval of SUDAN National Islamic Front (NIF) leader Hasan al-Turabi. There, in concert with NIF leaders, [bin Laden] built a network of businesses, including an Islamic Bank (al Shamal), an import-export firm, and firms that exported agricultural products. An engineer by training, bin Laden also used his family connections in the construction business to help SUDAN build roads and airport facilities. The business in SUDAN . . . enabled him to offer safe haven and employment in SUDAN to AL QAEDA members, promoting their involvement in radical Islamic movements in their countries of origin (especially Egypt) as well as anti-U.S. terrorism.

52. Defendant AL SHAMAL ISLAMIC BANK in the SUDAN has been tied to not only to BIN LADEN and TURABI, but also to shareholder Defendant FAISAL ISLAMIC BANK which is chaired by Defendant PRINCE MOHAMMED AL FAISAL AL SAUD and other Saudi investors. AL SHAMAL ISLAMIC BANK was chaired by

Defendant ADEL ABDUL JALIL BATTERJEE who was responsible for funding AL QAEDA through BENEVOLENCE INTERNATIONAL FOUNDATION ("BIF") and WORLD ASSEMBLY OF MUSLIM YOUTH ("WAMY"). BIN LADEN maintained accounts at AL SHAMAL in his own name and for his Sudanese businesses defendants AL-HIJRAH CONSTRUCTION AND DEVELOPMENT LTD., WADI AL AQIQ (an import/export company); TABA INVESTMENT CO. LTD. (agricultural exporter); GUM ARABIC CO. LTD. (co-owned by BIN LADEN and Sudanese Government); AL THEWAR (agricultural company); BLESSED FRUITS CO.; and IKHLAS (Honey)

53. Defendant AL SHAMAL ISLAMIC BANK was founded in 1983 by three individuals or entities: (1) AL SHAMAL FOR INVESTMENT AND DEVELOPMENT, a Sudanese company; (2) Defendant SALEH ABDULLAH KAMEL, Chairman of the SAUDI DALLAH AL BARAKA GROUP LLC; and (3) the Sudanese Government of Northern State, then controlled by Governor Mutasim Abdul-Rahim, Secretary General of the National Congress Party in Khartoum, and representative of extremist HASSAN AL-TURABI.

54. In April 1984, the AL SHAMAL ISLAMIC BANK issued shares to its main founders. They included the Government of Northern State of Sudan, the Defendant FAISAL ISLAMIC BANK – SUDAN, Defendant SALEH ABDULLAH KAMEL, his brother OMAR ABDULLAH KAMEL, and Defendant AL BARAKA INVESTMENT AND DEVELOPMENT (ABID), a wholly owned subsidiary of DALLAH AL BARAKA GROUP LLC and Defendant SALEH ABDULLAH KAMEL.

55. Among the shareholders of the AL SHAMAL ISLAMIC BANK was

Defendant FAISAL ISLAMIC BANK – SUDAN, a subsidiary of ISLAMIC INVESTMENT COMPANY OF THE GULF (Bahrain) EC, whose parent company is Defendant DAR-AL-MAAL AL ISLAMI (DMI), based in Switzerland. The three entities are chaired by Defendant PRINCE MOHAMMED AL FAISAL AL SAUD, and controlled by Saudi investors.

56. AL SHAMAL ISLAMIC BANK Chairman and shareholder, Defendant ADEL ABDUL JALIL BATTERJEE, is the Chairman of al-Bir Saudi Organization, whose United States branch, BENEVOLENCE INTERNATIONAL FOUNDATION ("BIF"), is also a front for AL QAEDA sponsorship.

57. Defendant ADEL ABDUL JALIL BATTERJEE is both Chairman of the AL SHAMAL ISLAMIC BANK and was also Chairman of the WORLD ASSEMBLY OF MUSLIM YOUTH. BATTERJEE is the subject of an FBI investigation into terrorist activities and has been implicated in the criminal indictment of ENAAM MAHMOUD ARNANOUT of BIF (discussed below).

58. AL SHAMAL ISLAMIC BANK General Manager, MOHAMMAD S. MOHAMMAD, acknowledged in a September 2001 press release that OSAMA BIN LADEN had two accounts in the bank, opened on March 30, 1992 in the name of AL-HIJRAH CONSTRUCTION AND DEVELOPMENT LTD. This company, according to the United States Department of State, worked directly with Sudanese military officials to transport and provide provisions to terrorists training in OSAMA BIN LADEN's terrorist training camps in northern SUDAN.

59. A third AL SHAMAL ISLAMIC BANK account was opened in 1993 in the

name of OSAMA BIN LADEN's company, WADI AL AQIQ, a company registered in Saudi Arabia. The import-export firm, in conjunction with OSAMA BIN LADEN's TABA INVESTMENT COMPANY LTD., secured a near monopoly over SUDAN's major agricultural exports of gum, corn, sunflower, and sesame products in cooperation with prominent Sudanese NIF members.

60. Jamal Ahmed Al-Fadl (or "AL-FADL"), was the first person called in the trial of four men charged with participating in a terrorism conspiracy led by OSAMA BIN LADEN, that being the 1998 bombings of the American Embassies in Kenya and Tanzania. In February of 2001, AL-FADL's testimony described OSAMA BIN LADEN's global banking network, naming institutions in SUDAN, Malaysia, The United Kingdom, Hong Kong and Dubai where OSAMA BIN LADEN and his international terrorist organization kept money. He also gave a detailed account of OSAMA BIN LADEN's agricultural, construction, transportation and investment companies in SUDAN, which are fronts for terrorist activities. OSAMA BIN LADEN, his co-conspirators, aiders and abettors, and material sponsors have engaged in a global conspiracy aimed at the United States and other Western targets. AL QAEDA has also acted as a kind of umbrella organization providing support for other terrorist groups and also cooperating with other terrorist organizations like the Iranian-backed HEZBOLLAH.

61. AL-FADL testified that he helped OSAMA BIN LADEN pay the employees of his companies and AL QAEDA, whose members received monthly checks of several hundred dollars, and that he was sent out to buy five farms in SUDAN for the group to use as training camps. AL-FADL testified one farm cost $250,000 and another

$180,000.

62. After OSAMA BIN LADEN moved his group to SUDAN in 1991, AL-FADL testified, its activities were greatly aided by SUDANESE INTELLIGENCE and by other government officials. AL-FADL described several arms shipments, including AL QAEDA's smuggling of Kalishnikov rifles into Egypt from SUDAN on two separate occasions that involved about 50 camels each. AL-FADL also recalled a midnight shipment of four large crates of weapons and explosives to an Islamic group in Yemen, carried on a boat owned by AL QAEDA and accomplished with the help of a SUDANESE INTELLIGENCE officer.

63. AL-FADL testified OSAMA BIN LADEN was surrounded by a group of AL QAEDA associates who participated on a ruling council and ran various committees on military, business and religious matters.

64. AL SHAMAL ISLAMIC BANK has repeatedly been used to fund criminal and terrorist activities. AL-FADL further testified, that OSAMA BIN LADEN and at least six AL QAEDA operatives held bank accounts in AL SHAMAL ISLAMIC BANK under their real names.

65. Jamal Ahmed Al-Fadl also testified that AL QAEDA operatives received monthly checks of several hundred dollars from AL SHAMAL ISLAMIC BANK accounts and that he transferred $100,000.00 from AL SHAMAL ISLAMIC BANK to an AL QAEDA representative in Jordan.

66. Defendant FAISAL ISLAMIC BANK – SUDAN, a subsidiary of ISLAMIC INVESTMENT COMPANY OF THE GULF (Bahrain) EC and DMI, was one of the five

main founders of AL SHAMAL ISLAMIC BANK in April 1984 and became member of the board in July 1988. PRINCE MOHAMMED AL FAISAL AL SAUD is heavily involved in the sponsorship of terror through FAISAL ISLAMIC BANK - SUDAN.

67. Defendant FAISAL ISLAMIC BANK - SUDAN was also implicated as an AL QAEDA sponsor during the 2001 United States trial on the 1998 embassy bombings in Africa as managing bank accounts for AL QAEDA operatives. AL-FADL, testified:

> Q. Where were the accounts [of AL QAEDA ] held? In what countries?
> A. . . . we got account in Bank Faisal Islami [Faisal Islamic Bank].
> Q. Is that also in Khartoum?
> A. Yes."

68. Defendant FAISAL ISLAMIC BANK's subsidiary in Turkey is currently under investigation by the Istanbul Prosecutor's Office on charges of tax irregularities concerning seven executives. Prosecutors are demanding three years imprisonment for the executives including Defendant PRINCE MOHAMMED AL-FAISAL AL-SAUD.

69. Defendant TADAMON ISLAMIC BANK was formed in Khartoum, SUDAN on November 28, 1981 and started operations on March 24, 1983, less than one month before AL SHAMAL ISLAMIC BANK obtained banking authorization for its own activities. The TADAMON ISLAMIC BANK is active across the Sudanese territory, through twenty-one different establishments and has several subsidiaries there.

70. Shareholders of the TADAMON ISLAMIC BANK include AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION (and/or subsidiaries of the SAUDI DALLAH AL BARAKA GROUP) SALEH ABDULLAH KAMEL, NATIONAL

COMPANY FOR DEVELOPMENT AND TRADE, and DUBAI ISLAMIC BANK. Defendant FAISAL ISLAMIC BANK SUDAN, a subsidiary of the ISLAMIC INVESTMENT COMPANY OF THE GULF (Bahrain) EC, whose parent is DAR AL MAL AL ISLAMI, was the main shareholder of TADAMON ISLAMIC BANK as of 1995.

71. TADAMON ISLAMIC BANK facilitated, materially sponsored, aided and abetted, and/or conspired with AL QAEDA and its international terrorists and financial operations. According to testimony of AL-FADL, during the 2001 trial regarding the 1998 Embassy bombings in Africa, TADAMON ISLAMIC BANK managed accounts of AL QAEDA operatives:

> Q "Do you recall anyone else that had bank accounts in their name for AL QAEDA?
> A. Abdouh al Mukhlafi.
> Q. Who was this person named Abdouh al Mukhlafi?
> A. He is from Yemen.
> Q. What role did he play for Bin Laden?
> A. He goes with Bin Laden when Bin Laden travel outside or inside SUDAN.
> Q. What role did he play for Bin Laden when Bin Laden traveled?
> A. He is like bodyguard for him, and also if Bin Laden, he needs bank something, he use account for that.
> Q. Did he handle money during the travel?
> A. Yes.
> Q. Where were the accounts held? In what countries?
> A. In Sudan and is in Bank Tadamon Islami [Tadamon Islamic Bank]."

72. TADAMON ISLAMIC BANK is also a shareholder of Defendant AL SHAMAL ISLAMIC BANK, a bank formed in SUDAN and extensively used for AL QAEDA operations. TADAMON ISLAMIC BANK joined the provisional Board of Directors of AL SHAMAL ISLAMIC BANK on July 1988 and has been a major

shareholder of AL SHAMAL ISLAMIC BANK since March 26, 1986.

73. During the 1991-1996 time period, SUDAN abandoned visa requirements for Arabs and actively encouraged Islamic militants to live within its borders. By the end of 1991, there were between 1,000 and 2,000 members of AL QAEDA in the SUDAN. OSAMA BIN LADEN established a headquarters in the Riyadh section of Khartoum, SUDAN, an area heavily populated by Saudis.

74. OSAMA BIN LADEN was able to establish a powerful military and political presence in the SUDAN in the early 1990s, using a variety of business ventures to finance his activities, aided and abetted and materially sponsored by Defendants and co-conspirators named herein.

75. In SUDAN, between the years 1990 and 1993, members of AL QAEDA undertook the task of writing the *Encyclopedia of the Afghan Jihad.* AL QAEDA wrote another terrorist work entitled *Military Studies in the Jihad against the Tyrants.* It was during this period that OSAMA BIN LADEN and AL QAEDA became fully operational, expanding their terrorist network.

76. OSAMA BIN LADEN organized AL QAEDA into camps dedicated to exportation of terrorism throughout SUDAN (and eventually the world); the main Sudanese training site being a 20-acre site near Soba, 10 kilometers south of Khartoum. OSAMA BIN LADEN and AL QAEDA were sponsored, encouraged and allowed to operate freely in SUDAN. AL QAEDA purchased communications equipment, radios, and rifles for the Sudanese NIF, while the Sudanese government in exchange provided 200 passports to AL QAEDA so that those terrorists could travel internationally with new

identities.

77. In or about the early 1990s, Jamal Al-Fadl went to Hilat Koko, a suburb of Khartoum, where he met with representatives of AL QAEDA and the Sudanese army to discuss the joint manufacture of chemical weapons. AL QAEDA and the Sudanese army cooperated in efforts to mount chemical agents on artillery shells. AL QAEDA at this time also began to experiment with biological warfare – injecting or gassing dogs with cyanide.

78. During the early 1990s, while OSAMA BIN LADEN was being harbored in SUDAN, AL QAEDA grew into a sophisticated international terrorist organization. Several key figures in the organization portrayed AL QAEDA at the time as a multinational corporation complete with a finance committee, investments and well-organized, concealed accounts and operations worldwide.

79. At various times between in or about 1992 and 1996, OSAMA BIN LADEN and MAMDOUH MAHAMUD SALIM worked together with a ranking official in the NIF to obtain communications equipment on behalf of the Sudanese INTELLIGENCE SERVICE.

80. On at least two occasions in the period from in or about 1992 until 1995, members of AL QAEDA transported weapons and explosives from Khartoum to the coastal city of Port Sudan for trans-shipment to the Saudi Arabian peninsula, using vehicles owned by or used in OSAMA BIN LADEN's businesses.

81. In 1993, AL QAEDA paid $210,000.00 for an airplane in Tucson, Arizona, that was then flown to Khartoum, SUDAN. This plane was intended to transport American