UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

MEMORANDUM OPINION AND ORDER

03 MDL 1570 (GBD) (FM)

------------------------------------------------------------x

This document relates to:

*Ashton v. al Qaeda Islamic Army*, 02-cv-6977 (GBD) (FM)
*Federal Insurance Co. v. al Qaida*, 03-cv-6978 (GBD) (FM)
*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-cv-1076 (GBD) (FM)

GEORGE B. DANIELS, District Judge:

On August 31, 2015, this Court authorized the plaintiffs in the specifically identified above-captioned actions to amend their pleadings solely as to Iran, and confirmed that service of the amended complaint was not required. (*See* ECF Nos. 3015 and 3018.) Because the Orders authorizing the filing of the amended complaints and granting the plaintiffs' motions for judgment by default issued on the same day, the plaintiffs in each of these actions did not have an opportunity to formally file their amended complaints as to Iran as stand-alone documents prior to the entry of the orders granting judgment in their favor.

The plaintiffs in any of these actions may file the amended pleadings referenced herein as stand-alone documents. These filings shall be deemed docketed as of August 31, 2015, the date on which the Court formally granted the plaintiffs' motions to amend.

Dated: March 8, 2016
New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE