UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MDL-1570 (GBD)(SN)

**IRAN NOTICE OF AMENDMENT**

-------------------------------------------------------------X

This document relates to: Ashton et al v. al Qaeda Islamic Army, et al.,

No. 02-CV-6977(GBD)(SN).

    Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the above-referenced matter, ECF No. 3237, as permitted and approved by the Court's Order of July 10, 2018, ECF No. 4045. Upon the filing of this Notice of Amendment, the underlying Complaint is deemed amended to add the individual(s) listed below (the "New Plaintiff(s)") as plaintiff(s) raising claims against the Islamic Republic of Iran. The underlying Complaint is deemed amended to include the allegations, as indicated below, of (a) the Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237, or (b) the Amended Complaint, Burnett v. Islamic Republic of Iran, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53. The amendment effected through this Notice of Amendment supplements by incorporation into, but does not displace, the underlying Complaint. This Notice of Amendment relates solely to the Islamic Republic of Iran and does not apply to any other defendant.

    Upon filing this Iran Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within that complaint; all prior filings in

connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each New Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at Havlish v. Bin Laden, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; In re Terrorist Attacks on September 11, 2001, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against Iran, as set forth in the following complaint [**check only one complaint**]:

x         Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237

            Amended Complaint, Burnett v. Islamic Republic of Iran, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart lists the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

|   | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at filing (or death) | New Plaintiff's Citizenship/Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Atwood, Gerald | NY | USA | Atwood, Gerald T. | Child | N/A |
| 2 | Atwood, Margaret | NY | USA | Atwood, Gerald T. | Child | N/A |
| 3 | Swat Atwood, Barbara Ann | NY | USA | Atwood, Gerald T. | Parent and legal guardian on behalf of R. A., minor child of 9/11 Decedent Gerald T. Atwood | N/A |
| 4 | Bosco, Maureen | FL | USA | Bosco, Richard Edward | Parent | N/A |
| 5 | Butler, Stephen | NY | USA | Butler, Thomas M. | Sibling | N/A |
| 6 | Cruikshank, Christine | NY | USA | Cruikshank, Robert | Child | N/A |
| 7 | Cruikshank, Douglas | NY | USA | Cruikshank, Robert | Child | N/A |

|  | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at filing (or death) | New Plaintiff's Citizenship/Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 8 | Dean, Sr., Malcolm | NY | USA | Dean, William | Personal Representative of the Estate of Eleanor Dean, deceased Parent of 9/11 Decedent William Dean | N/A |
| 9 | Harris, Lloyd | NY | USA | Harris, Stewart D. | Sibling | N/A |
| 10 | Jacobs, Matthew | MA | USA | Jacobs, Ariel L. | Personal Representative of the Estate of Daniel Jacobs, deceased Sibling of 9/11 Decedent Ariel L. Jacobs | N/A |
| 11 | McErlean, Kathy | NY | USA | McErlean, Jr., John T. | Personal Representative of the Estate of Thomas M. McErlean, deceased Sibling of 9/11 Decedent John T. McErlean, Jr. | N/A |
| 12 | Ruggiere, Mark | NY | USA | Ruggiere, Bart | Sibling | N/A |
| 13 | Tilkaren, Bissondai | NY | USA | Thackurdeen, Goumatie | Sibling | N/A |

Dated:  July 18, 2019

        Respectfully submitted,

        KREINDLER & KREINDLER LLP

        BY:   /s/ James P. Kreindler
        James P. Kreindler, Esq.
        Andrew J. Maloney III, Esq.
        750 Third Avenue, 32nd Floor
        New York, New York 10017
        Tel: (212) 687-8181
        COUNSEL FOR PLAINTIFFS