USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

IN RE:                                                          **03 MDL 1570 (GBD) (SN)**

TERRORIST ATTACKS ON                                            **JUDGMENT**
SEPTEMBER 11, 2001

-------------------------------------------------------------X

This document relates to:

    Ashton et al v. al Qaeda Islamic Army, et al., 02 Civ. 6977 (GBD) (SN)

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in

the Court's Memorandum Decision and Order dated February 14, 2020, Magistrate Judge Sarah

Netburn's December 19, 2019 Report and Recommendation (the "Report"), recommending that

this Court grant in part and deny in part Plaintiffs' motion; (Report, ECF No.5387, at 8), is adopted

as it pertains to Plaintiffs James Della Bella, Jason Schoenholtz, and Terrence M. Smith, Jr.

Plaintiffs motion for Final Judgments (ECF No. 4718), is granted as it pertains to Plaintiffs James

Della Bella, Jason Schoenholtz, and Terrence M. Smith Jr., it is

    ORDERED that the Ashton Plaintiffs identified in the attached Exhibit A are awarded judgment

for solatium damages as set forth in Exhibit A; and it is

    ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent per

annum, all interest compounded annually over the same period; and it is

    ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded

damages awards that may be approved on the same basis as currently approved for those Plaintiffs

Appearing on Exhibit A or in prior filings.

**Dated:** New York, New York
February 18, 2020

RUBY J. KRAJICK

---
Clerk of Court

BY:

---
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/18/2020



# EXHIBIT A

| | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages Amount |
|---|---|---|---|---|
| 3 | Andrea Della Bella | James Della Bella | Stepchild | $8,500,000 |
| 6 | Alexander Steinman | Jason Schoenholtz | Stepsibling | $2,125,000 |
| 7 | William W. Haynes | Terrence M. Smith, Jr. | Stepchild | $8,500,000 |