UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

## ▮▮▮▮▮ FINAL ORDER OF JUDGMENT ON BEHALF OF *ASHTON 21* PLAINTIFFS IDENTIFIED AT EXHIBIT A

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibits A-1 and A-2 to this Order, plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02-cv-6977 (GBD) (SN) ("*Ashton*"), who are each an immediate family member of a victim killed in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran ("Iran") entered on 08/26/2015, together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants;

**ORDERED** that final judgment is entered against Iran and on behalf of the Plaintiffs in *Ashton*, as identified in the attached Exhibits A-1 and A-2, who are each an immediate family member of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibits A-1 and A-2, and it is

**ORDERED** that Plaintiffs identified in Exhibits A-1 and A-2 are awarded: solatium damages in the amount as set forth in Exhibits A-1 and A-2; and it is

**ORDERED** that the *Ashton* Plaintiffs identified in Exhibits A-1 and A-2 are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that Plaintiffs identified in Exhibits A-1 and A-2 may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue, and it is

**ORDERED** that the remaining *Ashton* Plaintiffs not appearing on Exhibits A-1 or A-2, may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages for decedents pain and suffering from the September 11 attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibits A-1 and A-2.

Dated: New York, New York
October 5, 2021

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# EXHIBIT A-1

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Terrance | | Aiken | | Cassandra | | Aiken | | Sibling | $ 4,250,000.00 |
| 2 | Terrance | | Aiken | | Georgia | | Burgess | | Sibling | $ 4,250,000.00 |
| 3 | Terrance | | Aiken | | Kanian | | Aiken | | Child | $ 8,500,000.00 |
| 4 | Terrance | | Aiken | | Kecia | | Aiken-Dorismond | | Sibling | $ 4,250,000.00 |
| 5 | Terrance | | Aiken | | Michael | | Aiken | | Sibling | $ 4,250,000.00 |
| 6 | Patrick | | Aranyos | | Stephanie | L. | Aranyos | | Sibling | $ 4,250,000.00 |
| 7 | Peter | | Bielfeld | | Brittany | | Bielfeld | | Child | $ 8,500,000.00 |
| 8 | Gary | | Box | | Brigette | | Box | | Child | $ 8,500,000.00 |
| 9 | Gary | | Box | | Dalton | | Box | | Child | $ 8,500,000.00 |
| 10 | Irina | | Buslo | | Ngoran | | Dje | | Spouse | $ 12,500,000.00 |
| 11 | Thomas | M. | Butler | | William | | Butler | | Sibling | $ 4,250,000.00 |
| 12 | Eugene | | Clark | | Garry | Delano | Clark, Sr. | | Sibling | $ 4,250,000.00 |
| 13 | Eugene | | Clark | | Patrick N. Courtney, as Personal Representative of the estate of Larry | | Courtney | | Partner | $ 12,500,000.00 |
| 14 | Eugene | | Clark | | Regina | | Gans | | Sibling | $ 4,250,000.00 |
| 15 | Gregory | A. | Clark | | Sarah | | Clark | | Child | $ 8,500,000.00 |
| 16 | Ruben | D. | Correa | | Susan | | Correa | | Spouse | $ 12,500,000.00 |
| 17 | Conrod | | Cottoy, Sr. | | Conrod | | Cottoy, Jr. | | Child | $ 8,500,000.00 |
| 18 | Conrod | | Cottoy, Sr. | | Corey | | Cottoy | | Child | $ 8,500,000.00 |
| 19 | Conrod | | Cottoy, Sr. | | Kojo | | Cottoy | | Child | $ 8,500,000.00 |
| 20 | Grace | | Cua | | Nicole | | Cua | | Child | $ 8,500,000.00 |
| 21 | Grace | | Cua | | Patrick | | Cua | | Child | $ 8,500,000.00 |
| 22 | Laurence | | Curia | | Cherilyn | | McMullen | | Sibling | $ 4,250,000.00 |
| 23 | Joseph | | Della Pietra | | Lisa | | Della Pietra | | Sibling | $ 4,250,000.00 |
| 24 | Joseph | | Della Pietra | | Sandra | | Della Pietra | | Parent | $ 8,500,000.00 |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | Douglas | | Distefano | | Ann | | Distefano | | Sibling | $ 4,250,000.00 |
| 26 | Douglas | | Distefano | | Frank | | Distefano | | Parent | $ 8,500,000.00 |
| 27 | Douglas | | Distefano | | Sharon | | Distefano | | Parent | $ 8,500,000.00 |
| 28 | William | L. | Fallon, Jr. | | Elizabeth Fallon, as Personal Representative of the Estate of Elizabeth | | Fallon | | Parent | $ 8,500,000.00 |
| 29 | William | L. | Fallon, Jr. | | Elizabeth Fallon, as Personal Representative of the Estate of William | | Fallon | | Parent | $ 8,500,000.00 |
| 30 | Thomas | | Foley | | Carrie Foley, as Personal Representative of the Estate of Daniel | | Foley | | Sibling | $ 4,250,000.00 |
| 31 | Thomas | | Foley | | Joanne Foley, as Personal Representative of the Estate of Patricia | | Foley | | Parent | $ 8,500,000.00 |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | Thomas | | Foley | | Joanne Foley, as Personal Representative of the Estate of Thomas | | Foley | | Parent | $ 8,500,000.00 |
| 33 | Andrew | | Friedman | | Wendi Gabrieli, as Personal Representative of the Estate of Elaine | | Friedman | | Parent | $ 8,500,000.00 |
| 34 | Andrew | | Friedman | | Wendi Gabrieli, as Personal Representative of the Estate of Melvin | | Friedman | | Parent | $ 8,500,000.00 |
| 35 | William | A. | Gardner | | Gregory | | Ardison-Gardner | | Child | $ 8,500,000.00 |
| 36 | Suzanne | | Geraty | | Erin | | Durkin | | Sibling | $ 4,250,000.00 |
| 37 | Suzanne | | Geraty | | Sean | | Geraty | | Sibling | $ 4,250,000.00 |
| 38 | Paul | J. | Gill | | Lorraine | | Betancourt | | Parent | $ 8,500,000.00 |
| 39 | Paul | J. | Gill | | Michelle | M. | Gill-Martinez | | Sibling | $ 4,250,000.00 |
| 40 | Paul | J. | Gill | | Tina | J. | Lampart | | Spouse | $ 12,500,000.00 |
| 41 | John | | Giordano | | Jessica | | Giordano | | Child | $ 8,500,000.00 |
| 42 | John | | Giordano | | Jonathan | | Giordano | | Child | $ 8,500,000.00 |
| 43 | John | | Giordano | | Jordan | | Giordano | | Child | $ 8,500,000.00 |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 44 | Calvin |  | Gooding |  | Celia | Rose | Gooding |  | Child | $ 8,500,000.00 |
| 45 | Calvin | J. | Gooding |  | Lachanze |  | Sapp-Gooding |  | Spouse | $ 12,500,000.00 |
| 46 | Calvin | J. | Gooding |  | Zaya | Lachanze | Gooding |  | Child | $ 8,500,000.00 |
| 47 | Thomas |  | Hannafin |  | Kayla |  | Hannafin |  | Child | $ 8,500,000.00 |
| 48 | Thomas |  | Hannafin |  | Thomas |  | Hannafin |  | Child | $ 8,500,000.00 |
| 49 | Anthony |  | Hawkins |  | Chaniqua |  | Wynter |  | Sibling | $ 4,250,000.00 |
| 50 | Brian |  | Hickey |  | Daniel |  | Hickey |  | Child | $ 8,500,000.00 |
| 51 | Brian |  | Hickey |  | Dennis |  | Hickey |  | Child | $ 8,500,000.00 |
| 52 | Brian |  | Hickey |  | Jaclyn |  | LaBarbera |  | Child | $ 8,500,000.00 |
| 53 | Brian |  | Hickey |  | Kevin |  | Hickey |  | Child | $ 8,500,000.00 |
| 54 | Brian |  | Hickey |  | Loretta |  | Petronzi |  | Sibling | $ 4,250,000.00 |
| 55 | Brian |  | Hickey |  | Mary |  | Truelson |  | Sibling | $ 4,250,000.00 |
| 56 | Milagros |  | Hromada |  | Ana |  | Arvelo |  | Parent | $ 8,500,000.00 |
| 57 | Milagros |  | Hromada |  | Awilda |  | Breban |  | Sibling | $ 4,250,000.00 |
| 58 | Milagros |  | Hromada |  | Brunilda |  | Rodriguez |  | Sibling | $ 4,250,000.00 |
| 59 | Milagros |  | Hromada |  | Doris |  | Martinez |  | Sibling | $ 4,250,000.00 |
| 60 | Milagros |  | Hromada |  | Mariano |  | Arvelo, Jr. |  | Sibling | $ 4,250,000.00 |
| 61 | Milagros |  | Hromada |  | Robin |  | Arvelo |  | Sibling | $ 4,250,000.00 |
| 62 | Milagros |  | Hromada |  | RoseMarie |  | Delgado |  | Sibling | $ 4,250,000.00 |
| 63 |  |  |  |  | Joan O'Brien, as Personal Representative of the Estate of Carol |  | Iskyan |  | Parent | $ 8,500,000.00 |
|  | John |  | Iskyan |  |  |  |  |  |  |  |
| 64 | Shari |  | Kandell |  | Beatrice |  | Kandell |  | Parent | $ 8,500,000.00 |
|  | Shari |  | Kandell |  | Steven |  | Kandell |  | Sibling | $ 4,250,000.00 |
| 65 | Raymond | Fai | Kwok |  | Yun Yu |  | Zheng |  | Spouse | $ 12,500,000.00 |
| 66 | Charles | A. | McCrann |  | Maxine |  | McCrann |  | Child | $ 8,500,000.00 |
| 67 |  |  |  |  |  |  |  |  |  |  |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 68 | Henry | A. | Miller, Jr. | | Wayne Miller, as Personal Representative of the Estate of Beatrice | | Miller | | Parent | $ 8,500,000.00 |
| 69 | Henry | A. | Miller, Jr. | | Wayne Miller, as Personal Representative of the Estate of Henry | | Miller | | Parent | $ 8,500,000.00 |
| 70 | William | | Minardi | | Christine | | Minardi | | Child | $ 8,500,000.00 |
| 71 | William | | Minardi | | James | | Minardi | | Sibling | $ 4,250,000.00 |
| 72 | William | | Minardi | | Joanne | | Pitino | | Sibling | $ 4,250,000.00 |
| 73 | William | | Minardi | | Mary | | Vogt | | Sibling | $ 4,250,000.00 |
| 74 | William | | Minardi | | Robert | | Minardi | | Child | $ 8,500,000.00 |
| 75 | William | | Minardi | | Stephanie | | Minardi | | Spouse | $ 12,500,000.00 |
| 76 | William | | Minardi | | William | | Minardi | | Child | $ 8,500,000.00 |
| 77 | Thomas | | Mingione | | Amanda | | Mingione | | Child | $ 8,500,000.00 |
| 78 | Thomas | | Mingione | | Jennifer | | Mingione | | Spouse | $ 12,500,000.00 |
| 79 | Krishna | | Moorthy | | Anita | | Moorthy | | Child | $ 8,500,000.00 |
| 80 | Krishna | | Moorthy | | Saradha | | Moorthy | | Spouse | $ 12,500,000.00 |
| 81 | Krishna | | Moorthy | | Sriarm | | Moorthy | | Child | $ 8,500,000.00 |
| 82 | Michel | | Pelletier | | Sydney | | Pelletier-Martinelli | | Child | $ 8,500,000.00 |
| 83 | Joseph | | Perroncino | | Deborah | | Cassano | | Sibling | $ 4,250,000.00 |
| 84 | Joseph | | Perroncino | | Doreen | | Reith | | Sibling | $ 4,250,000.00 |
| 85 | Joseph | | Perroncino | | Stephen | | Perroncino | | Sibling | $ 4,250,000.00 |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 86 | | | | | Stephen Perroncino, as Personal Representative of the Estate of Joseph | | Perroncino | Sr. | Parent | $ 8,500,000.00 |
| 87 | Joseph | | Perroncino | | Joseph | | Pfeifer | | Sibling | $ 4,250,000.00 |
| 88 | Kevin | | Pfeifer | | Mary | | Machinski | | Sibling | $ 4,250,000.00 |
| 89 | Kevin | O. | Pfeifer | | Jennifer | | Reilly | | Spouse | $ 12,500,000.00 |
| 90 | Kevin | W. | Reilly | | Katherine | | Rohner | | Parent | $ 8,500,000.00 |
| 91 | Scott | | Rohner | | Susan | | Rossinow | | Spouse | $ 12,500,000.00 |
| 92 | Norman | | Rossinow | | Vasiliy | | Rijov | | Spouse | $ 12,500,000.00 |
| 93 | Tatiana | | Ryjova | | Kevin | | Shah | | Child | $ 8,500,000.00 |
| 94 | Jayesh | | Shah | | Nikita | | Shah | | Child | $ 8,500,000.00 |
| 95 | Jayesh | | Shah | | Niloy | | Shah | | Sibling | $ 4,250,000.00 |
| 96 | Jayesh | | Shah | | Alexa | | Smagala | | Child | $ 8,500,000.00 |
| 97 | Stanley | S. | Smagala, Jr. | | Vatchpol | | Srinuan | | Sibling | $ 4,250,000.00 |
| 98 | Saranya | | Srinuan | | Dennis | | Stack | | Sibling | $ 4,250,000.00 |
| 99 | Lawrence | T. | Stack | | Kevin | | Stack | | Sibling | $ 4,250,000.00 |
| 100 | Lawrence | T. | Stack | | Thomas | | Stack | | Sibling | $ 4,250,000.00 |
| 101 | Lawrence | T. | Stack | | Barbara | Joan | Theurkauf | | Sibling | $ 4,250,000.00 |
| 102 | Thomas | F. | Theurkauf, Jr. | | Charles | H. | Theurkauf | | Child | $ 8,500,000.00 |
| 103 | Thomas | F. | Theurkauf, Jr. | | Edward | | Theurkauf | | Child | $ 8,500,000.00 |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 104 | Thomas | F. | Theurkauf, Jr. | | Barbara Theurkauf and Patricia Theurkauf, as Personal Representatives of the Estate of Helen | C. | Theurkauf | | Parent | $ 8,500,000.00 |
| 105 | Thomas | F. | Theurkauf, Jr. | | Patricia | Ann | Theurkauf | | Sibling | $ 4,250,000.00 |
| 106 | Thomas | F. | Theurkauf, Jr. | | Thomas Francis Theurkauf, III., as Personal Representative of the Estate of Robin | | Theurkauf | | Spouse | $ 12,500,000.00 |
| 107 | Thomas | F. | Theurkauf, Jr. | | Thomas | Francis | Theurkauf, III | | Child | $ 8,500,000.00 |
| 108 | Thomas | F. | Theurkauf, Jr. | | Barbara Theurkauf and Patricia Theurkauf, as Personal Representatives of the Estate of Thomas | Francis | Theurkauf, Sr. | | Parent | $ 8,500,000.00 |
| 109 | Thomas | F. | Theurkauf, Jr. | | William | | Theurkauf | | Sibling | $ 4,250,000.00 |

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 110 | Pauline | | Tull-Francis | | Calvin | | Tull | | Child | $ 8,500,000.00 |
| 111 | Pauline | | Tull-Francis | | Francine | | Tull-Lindo | | Child | $ 8,500,000.00 |
| 112 | Pauline | | Tull-Francis | | Jennifer | | Tull | | Child | $ 8,500,000.00 |
| 113 | Pendyala | | Vamsikrishna | | Nadadur S. Kumar, as Personal Representative of the Estate of Prasanna | | Kalahasthi | | Spouse | $ 12,500,000.00 |
| 114 | Joseph | | Vilardo | | Nicole | | Vilardo | | Child | $ 8,500,000.00 |
| 115 | Joanne | F. | Weil | | Judith | | Weil | | Parent | $ 8,500,000.00 |
| 116 | Neil | | Wright | | Daniel | | Wright | | Child | $ 8,500,000.00 |
| 117 | Neil | | Wright | | Jack | Colin | Wright | | Child | $ 8,500,000.00 |
| 118 | Joseph | | Zaccoli | | Anthony | | Zaccoli | | Sibling | $ 4,250,000.00 |
| 119 | Joseph | | Zaccoli | | Bette | | Zaccoli Cozy | | Parent | $ 8,500,000.00 |
| 120 | Joseph | | Zaccoli | | Bret | | Zaccoli | | Sibling | $ 4,250,000.00 |
| 121 | Joseph | | Zaccoli | | Lori | | Zaccoli Davies | | Sibling | $ 4,250,000.00 |
| 122 | Joseph | | Zaccoli | | Santo | | Zaccoli | | Parent | $ 8,500,000.00 |

# EXHIBIT A-2

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Graham | A. | Berkeley | | Christopher | | Berkeley | | Sibling | $ 4,250,000.00 |
| 2 | Graham | A. | Berkeley | | Roger | | Berkeley | | Sibling | $ 4,250,000.00 |
| 3 | Ana | | Debarrera | | Geisel | Dagne | Barrera Pocasangre | | Child | $ 8,500,000.00 |
| 4 | Ana | | Debarrera | | Karen | Lisbeth | Barrera Pocasangre | | Child | $ 8,500,000.00 |
| 5 | Ana | | Debarrera | | Linda | Morena | Barrera Pocasangre | | Child | $ 8,500,000.00 |
| 6 | Ana | | Debarrera | | Lombardo | Ernesto | Barrera | | Child | $ 8,500,000.00 |
| 7 | Ana | | Debarrera | | Mauricio | Ernesto | Barrera Pocasangre | | Child | $ 8,500,000.00 |
| 8 | Andrew | | Knox | | Stuart | John | Knox | | Sibling | $ 4,250,000.00 |
| 9 | Bernard | | Mascarenhas | | Sven | | Mascarenhas | | Child | $ 8,500,000.00 |