UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/2022

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Ashton, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-6977
    Bauer et al., v. al Qaeda Islamic Army, et al., No. 02-cv-7236

The Court's review of the Bauer Plaintiffs' motion for default judgment against the Taliban has revealed items requiring clarification. ECF No. 7516. Exhibit C of that motion lists plaintiffs requesting solatium damages. ECF No. 7517-3. The exhibit states that these plaintiffs previously received identical solatium judgments as part of judgments against Iran (the "Iranian Judgments"). In those judgments, several plaintiffs' names were redacted because they were minor children. It appears that their names may be listed in the new motion. These plaintiffs are listed in Table 1. It also appears that there may be differences between plaintiffs' names in the Iranian Judgments and the names in Exhibit C. These parties' names in Exhibit C and what the Court believes their names were in the Iranian Judgments are in Table 2.

The <u>Bauer</u> Plaintiffs shall file a letter by April 15, 2022, confirming that the parties in Table 1 are parties whose names were redacted in the original Iran default judgments and that, despite any name changes or typographical issues, the parties identified in Table 2 are the same people.

**SO ORDERED.**

Dated: April 7, 2022
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

| Table 1: Redacted Plaintiffs ||
|---|---|
| **Plaintiff Name** | **Iranian Solatium Award (ECF No.)** |
| Andrew T. Beamer | 3341 |
| Morgan K. Beamer | 3341 |
| Alyson V. Bowden Hart | 3387 |
| Sara Bowden Hart | 3387 |
| Jack Bowman Henry | 3387 |
| Liam Bowman Henry | 3387 |
| Thomas M. Brennan, Jr. | 3387 |
| Catherine A. Brennan | 3387 |
| Alessandra Bustillo | 3387 |
| William M. Cunningham | 3387 |
| Alison M. Danahy | 3387 |
| Grace A. Danahy | 3387 |
| Emerson Glick | 3387 |
| Harris Goldstein | 3387 |
| Kevin J. Hannaford, Jr. | 3387 |
| Patrick J. Hannaford | 3387 |
| Donald T. Jones, III | 3387 |
| Joseph D. Keller | 3387 |
| Sydnie R. Keller | 3387 |
| Sophia Lewis | 3387 |
| Jason J. Tarantino | 3387 |
| Matthew J. Vasel | 3387 |
| Aidan York | 3387 |

| Table 2: Plaintiffs with Different Names | | |
|---|---|---|
| **Plaintiff Name in ECF No. 7513-3** | **Plaintiff Name in Iranian Solatium Award** | **Iranian Solatium Award (ECF No.)** |
| Margaret Beamer | Peggy Beamer | 3341 |
| Michele Beamer-Sorenson | Michelle Beamer | 3341 |
| Melissa Beamer | Melissa Wilson | 3341 |
| Lisa Torres | Lisa Lopez | 3387 |
| Bernadette T. Hayes | Bernadette Cunningham | 3387 |
| Jacqueline D. Scales | Jacqueline D'Ambrosi | 3387 |
| Kathleen T. Danahy | Kathleen Samuelson | 3387 |
| Lawrence Felt | Larry Felt | 3341 |
| Filomena G. Santorelli | Grace Santorelli | 3387 |
| Joanna Glick Danino | Joanna Glick | 3387 |
| Margaret Wager | Margaret Johnson | 3387 |
| Holly A. Tanz | Holly Ann Kane | 3387 |
| Heidi Mennona | Heidi Meyer | 3387 |
| Dawn Meyer-Fuchs | Dawn Meyer | 3387 |
| Heather Vulpone | Heather Meyer | 3387 |
| Kristine Meyer | Kristine Riordan | 3387 |
| Connor J. Murphy | Connor K. Murphy | 3387 |
| Sally F. Ryan | Sally Heyser | 3387 |
| John F. Murphy | Jack Murphy | 3387 |
| Barbara Stang | Barbara Orsini | 3387 |
| Catherine A. Stover | Catherine Price | 3387 |
| Laura Wyatt | Laura Sanders | 3408 |
| Ellen Hughes | Ellen Schlag | 3387 |
| Jean Nebbia | Jean Schlag | 3387 |
| Sasha Butler | Sasha Tanner | 3387 |
| Nicole Tanner-D'Ambrosio | Nicole Tanner | 3387 |
| Phyllis A. Kelly | Phyllis Zisa Kelly | 3387 |