UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Ashton, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-6977
    Burlingame v. Bin Laden, et al., No. 02-cv-7230

The request for a default judgment against the Taliban at ECF No. 7579 duplicates an updated motion at ECF No. 7678. The Clerk of the Court is therefore respectfully directed to terminate the motion at ECF No. 7579 and at ECF No. 1586 in Ashton, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-6977.

SO ORDERED.

Dated: April 7, 2022
       New York, New York

_____
SARAH NETBURN
United States Magistrate Judge