```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

```
------------------------------------------------------------X
```

**03-MD-01570 (GBD)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2022

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Ashton, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-6977
    Burlingame, et al. v. Bin Laden, et al., No. 02-cv-7230
    All cases

    Plaintiffs in Ashton, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-6977, and member case Burlingame, et al. v. Bin Laden, et al., No. 02-cv-7230, move for default judgment against the Taliban. ECF No. 8363. In support, they have filed a set of expert reports under seal and by disc. ECF No. 8364-3. The Court has directed that "all expert reports submitted in support of a default judgment shall be filed on ECF. These materials may be sealed, with access restricted to the Court and any applicable parties." ECF No. 7963. The plaintiffs shall therefore file their experts reports on ECF in accordance with that Order at their earliest convenience.

    For avoidance of doubt, the Court's order at ECF No. 7963 applies to all motions for default judgment regardless of the defendant and supersedes the Court's prior order on filing expert reports at ECF No. 7067.

**SO ORDERED.**

Dated: September 19, 2022
       New York, New York

                                       SARAH NETBURN
                                       United States Magistrate Judge