UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
IN RE:                              :        ORDER
                                    :
TERRORIST ATTACKS ON                :        03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                  :
------------------------------------x

This document relates to:

> *Ashton, et al. v. Al Qaeda, et al.*, No. 02-cv-06977
> *Federal Ins. Co., et al. v. Al Qaida, et al.*, No. 03-cv-06978
> *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-09849
> *Estate of John P. O'Neill, et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-01922
> *Cont'l Cas. Co., et al. v. Al Qaeda Islamic Army, et al.*, No. 04-cv-05970
> *Estate of John P. O'Neill, Sr., et al. v. Republic of the Sudan, et al.*, No. 18-cv-12114
> *Aronow, et al. v. Republic of Sudan*, No. 20-cv-07733
> *Betru, et al. v. The Republic of Sudan*, No. 20-cv-10615
> *Parker, et al. v. The Republic of the Sudan*, No. 20-cv-10657
> *Nolan, et al. v. The Republic of the Sudan*, No. 20-cv-10720

GEORGE B. DANIELS, United States District Judge:

Regarding the Rule 72 objections (ECF No. 8717) to Magistrate Judge Netburn's Reports and Recommendations (ECF Nos. 7942 and 8549) on the Republic of Sudan's January 8, 2021 motion to dismiss (ECF No. 6574), this Court is prepared to hear oral argument on April 19, 2023 at 10:00 a.m.

Dated: January 19, 2023
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge

1