UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

**TERRORIST ATTACKS ON
SEPTEMBER 11, 2001**

03-MD-01570 (GBD)(SN)

**ORDER**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Ashton, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-06977
    Burlingame, et al. v. Bin Laden, et al., No. 02-cv-07230
    Bauer, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-07236
    Ashton, et al. v. Kingdom of Saudi Arabia, No. 17-cv-02003
    Ryan, et al. v. Islamic Republic of Iran, et al., No. 20-cv-00266

        The Court orders the substitution of counsel described in ECF Nos. 8835 and 8836. John F. Schutty of the Law Office of John F. Schutty, P.C., is substituted in place of Wiggins, Childs, Pantazis, Fisher & Goldfarb LLC as counsel of record for Kristen Breitweiser, individually; Kristen Breitweiser as personal representative of the Estate of Ronald Michael Breitweiser; Caroline Breitweiser; Patricia Ryan, individually; Patricia Ryan as personal representative of the Estate of John J. Ryan, Jr.; Laura Ryan; Colin Ryan; and Kristen Ryan.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 21, 2023
                New York, New York