UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD) (SN)

### FINAL JUDGMENT ON BEHALF OF *ASHTON 25* PLAINTIFFS IDENTIFIED AT EXHIBITS A AND B

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibits A and B to this Order, plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02-cv-6977 (S.D.N.Y.) (GBD) (SN) ("*Ashton*"), who are each the estate of a victim killed in the terrorist attacks on September 11, 2001 or the immediate family member of such victims, and the Judgment by Default for liability only against the Islamic Republic of Iran ("Iran") entered on 08/31/2015, together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants; and it is further

**ORDERED** that final judgment is entered against Iran and on behalf of the Plaintiffs in *Ashton*, as identified in the attached who are the Personal Representatives of the estates of victims killed in the terrorist attacks on September 11, 2001, as described in Exhibit A; and it is further

**ORDERED** that Plaintiffs, on behalf of the estates identified in Exhibit A, are awarded economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted at ECF No. 8854; and it is further

**ORDERED** that Plaintiffs, on behalf of the estates identified in Exhibit A, are awarded final damages judgments that include the economic losses listed in Exhibit A, as well

as Plaintiffs' previously awarded compensatory damages for decedents' pain and suffering at ECF No. 3226, in an amount of $2,000,000 per estate; and it is further

**ORDERED** that Plaintiffs identified in Exhibit B, who are each an immediate family member of individuals killed in the terrorist attacks on September 11, 2001 as described in Exhibit B, are awarded solatium damages in the amounts set forth in Exhibit B; and it is further

**ORDERED** that Plaintiffs identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is further

**ORDERED** that Plaintiffs Jill A. Gartenberg Pila and Mary Machcinski & Joseph Pfeifer are awarded on their economic damages awards identified in Exhibit A prejudgment interest of 4.96 percent per annum, compounded annually, running from November 1, 2022 until the date of judgment; and it is further

**ORDERED** that Plaintiffs Carmen Suarez and Evelyn Tepedino are awarded on their economic damages awards identified in Exhibit A prejudgment interest of 4.96 percent per annum, compounded annually, running from February 1, 2023 until the date of judgment; and it is further

**ORDERED** that Plaintiffs identified in Exhibits A and B may submit an application for punitive damages, or other damages (to the extent such awards have not previously been ordered), at a later date consistent with any future rulings made by this Court on this issue.

Furthermore, this Court respectfully directs the Clerk of Court to close the open motions at ECF No. 8849 in Case No. 03-md-1570 and ECF No. 1913 in Case No. 02-cv-6977.

Dated: June 26, 2023
New York, New York

**SO ORDERED:**

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

Exhibit A

9/11 Decedent Estates

US Nationals

| # | PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | CIVIL DOCKET NUMBER | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARDED | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jill | A. | Gartenberg Pila | | James | | Gartenberg | | 02-cv-6977 | $ 2,000,000.00 | $ 6,985,826.00 | $ 8,985,826.00 |
| 2 | Mary and Joseph | | Machcinski[1] (Mary) & Pfeifer (Joseph) | | Kevin | | Pfeifer | | 02-cv-6977 | $ 2,000,000.00 | $ 1,635,247.00 | $ 3,635,247.00 |
| 3 | Carmen | | Suarez | | Ramon | | Suarez | | 02-cv-6977 | $ 2,000,000.00 | $ 853,170.00 | $ 2,853,170.00 |
| 4 | Evelyn | | Tepedino | | Jody | Tepedino | Nichilo[2] | | 02-cv-6977 | $ 2,000,000.00 | $ 1,523,998.00 | $ 3,523,998.00 |

| | Total Judgment Amount | $ 18,998,241.00 |
|---|---|---|

| # | Alternative Names |
|---|---|
| 1 | Counsel have spelled her name as Machinksi (ECF 8246) and Machinski (ECF 1402 in 02-cv-06977) |
| 2 | Last name appears as Nicholo in ECF 3226 |

Exhibit B — Immediate Family Member Solatiums of 9/11 Decedents — US Nationals

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ramon | | Suarez | | Seghni | | Suarez | | Child | $ 8,500,000.00 |
| 1 | Ramon | | Suarez | | Ramon | | Suarez | Jr | Child | $ 8,500,000.00 |

| Total Judgment Amount | $ 17,000,000.00 |
|---|---|