# EXHIBIT J

## Exhibit J: Default Judgment Awards Requested the Following Plaintiffs

| Estate of | Heirs | Relation | Solatium Damages | Con. Pain & Suffering | Economic Loss | Totals | Treble Damages |
|---|---|---|---|---|---|---|---|
| Joseph Dickey Jr. | Dickey, Irene | Spouse/PR | $12,500,000.00 | $2,000,000.00 | $16,022,303.00 | $30,522,303.00 | $91,566,909.00 |
| Joseph Dickey Jr. | Dickey, Joseph III | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |
| Joseph Dickey Jr. | Dickey, Elizabeth | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |
| **Total Default Judgment Against the Taliban Sought by Family of Joseph Dickey Jr.** | | | | | | **$47,522,303.00** | **$142,566,909.00** |

| Estate of | Heirs | Relation | Solatium Damages | Con. Pain & Suffering | Economic Loss | Totals | Treble Damages |
|---|---|---|---|---|---|---|---|
| Robert Eaton | Eaton, Jacqueline | Spouse/PR | $12,500,000.00 | $2,000,000.00 | $20,689,993.00 | $35,189,993.00 | $105,569,979.00 |
| **Total Default Judgment Against the Taliban Sought by Family of Robert Eaton** | | | | | | **$35,189,993.00** | **$105,569,979.00** |

| Estate of | Heirs | Relation | Solatium Damages | Con. Pain & Suffering | Economic Loss | Totals | Treble Damages |
|---|---|---|---|---|---|---|---|
| James Kelly | Kelly, Joanne | Spouse/PR | $12,500,000.00 | $2,000,000.00 | $19,639,410.00 | $34,139,410.00 | $102,418,230.00 |
| James Kelly | Kelly, Brianne | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |
| James Kelly | Kelly, Kaitlyn | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |
| James Kelly | Kelly, Colleen | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |
| James Kelly | Kelly, Erin | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |
| **Total Default Judgment Against the Taliban Sought by Family of James Kelly** | | | | | | **$68,139,410.00** | **$204,418,230.00** |

| Estate of | Heirs | Relation | Solatium Damages | Con. Pain & Suffering | Economic Loss | Totals | Treble Damages |
|---|---|---|---|---|---|---|---|
| Timothy O'Brien | O'Brien, Lisa | Spouse/PR | $12,500,000.00 | $2,000,000.00 | $94,984,220.00 | $109,484,220.00 | $328,452,660.00 |
| Timothy O'Brien | O'Brien, John | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |
| Timothy O'Brien | O'Brien, Madeline | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |
| Timothy O'Brien | O'Brien, Jacqueline | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |
| **Total Default Judgment Against the Taliban Sought by Family of Timothy O'Brien** | | | | | | **$134,984,220.00** | **$404,952,660.00** |

| Estate of | Heirs | Relation | Solatium Damages | Con. Pain & Suffering | Economic Loss | Totals | Treble Damages |
|---|---|---|---|---|---|---|---|
| Michael Seaman | Seaman, Dara | Spouse/PR | $12,500,000.00 | $2,000,000.00 | $15,768,595.00 | $30,268,595.00 | $90,805,785.00 |
| Michael Seaman | Seaman, Michaella | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |
| Michael Seaman | Seaman, Mary | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |
| Michael Seaman | Seaman, Edward | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |
| **Total Default Judgment Against the Taliban Sought by Family of Michael Seaman** | | | | | | **$55,768,595.00** | **$167,305,785.00** |

| Estate of | Heirs | Relation | Solatium Damages | Con. Pain & Suffering | Economic Loss | Totals | Treble Damages |
|---|---|---|---|---|---|---|---|
| Robert Sliwak | Sliwak, Susan | Spouse/PR | $12,500,000.00 | $2,000,000.00 | $3,698,489.00 | $18,198,489.00 | $54,595,467.00 |
| Robert Sliwak | Sliwak, Ryan | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |

| Estate of | Heirs | Relation | Solatium Damages | Con. Pain & Suffering | Economic Loss | Totals | Treble Damages |
|---|---|---|---|---|---|---|---|
| Robert Sliwak | Sliwak, Kyle | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |
| Robert Sliwak | Sliwak, Nicole | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |
| **Total Default Judgment Against the Taliban Sought by Family of Robert Sliwak** | | | | | | **$43,698,489.00** | **$131,095,467.00** |

| Estate of | Heirs | Relation | Solatium Damages | Con. Pain & Suffering | Economic Loss | Totals | Treble Damages |
|---|---|---|---|---|---|---|---|
| John Wallice, Jr. | Wallice, Allison | Spouse/PR | $12,500,000.00 | $2,000,000.00 | $16,298,335.00 | $30,798,335.00 | $92,395,005.00 |
| John Wallice, Jr. | Wallice III, John | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |
| John Wallice, Jr. | Wallice, Christian | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |
| John Wallice, Jr. | Wallice, Patrick | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |
| **Total Default Judgment Against the Taliban Sought by Family of John Wallice, Jr.** | | | | | | **$56,298,335.00** | **$168,895,005.00** |

| Estate of | Heirs | Relation | Solatium Damages | Con. Pain & Suffering | Economic Loss | Totals | Treble Damages |
|---|---|---|---|---|---|---|---|
| Farrell Lynch | Lynch, Eileen | Spouse/PR | $12,500,000.00 | $2,000,000.00 | $18,289,614.00 | $32,789,614.00 | $98,368,842.00 |
| Farrell Lynch | Lynch, Anne | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |
| Farrell Lynch | Lynch, Kathleen | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |
| Farrell Lynch | Lynch, Meaghan | Child | $8,500,000.00 | | | $8,500,000.00 | $25,500,000.00 |
| **Total Default Judgment Against the Taliban Sought by Family of Farrell Lynch** | | | | | | **$58,298,614.00** | **$174,868,842.00** |