UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03 MD 1570 (GBD) (SN) |

**This document relates to**:
*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Havlish, et al. v. Bin Laden, et al.*, No. 03-cv-9848 (GBD)(SN)

### DECLARATION IN SUPPORT OF MOTION FOR WITHDRAWAL

I, Kathryn E. Ghotbi, declare as follows, pursuant to 28 U.S.C. § 1746:

1. Pursuant to Local Civil Rule 1.4 and Local Criminal Rule 1.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I respectfully request leave of the Court to withdraw my appearance as counsel for the Ashton Plaintiffs in the above-captioned action and its related actions.

2. As of December 21, 2023, I will no longer be associated with the law firm of Sher Tremonte LLP.

3. The Ashton Plaintiffs consent to my withdrawal. Michael Tremonte, Theresa Trzaskoma, and Noam Biale of the law firm of Sher Tremonte LLP will remain as counsel of record to the Ashton Plaintiffs.

4. Because the motion herein will not result in a change of the law firm representing the Ashton Plaintiffs, I respectfully submit that my withdrawal as counsel of record will not affect this action in any way, will not alter the posture of the case, and will not prejudice any parties.

5. I do not assert a retaining or charging lien concerning the Ashton Plaintiffs.

6. For the foregoing reasons, I hereby request that I be removed as counsel of record from the Electronic Case Filing system, and that no documents, notices, or other pleadings in the action be served upon me.

7. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York  
      December 15, 2023

By: */s/ Kathryn E. Ghotbi*  
      Kathryn E. Ghotbi  
SHER TREMONTE LLP  
90 Broad Street, 23rd Floor  
New York, New York 10004  
Telephone: (212) 202-2600  
Facsimile: (212) 202-4156  
kghotbi@shertremonte.com