# EXHIBIT B

Exhibit B - Burlingame XIII Solatiums (All US Nationals)

| # | Personal Representative ||||  Claimant |||||| 9/11 Decedent ||||||| Claim Information ||| Solatium Damages ||||| Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | |
| 1 | | | | | Dohee | | Kang | | USA | Joon Koo | | Kang | | USA | 9/11/01 | NY | 02cv07230 | 1463 at 89 | 02cv07230, 152 | Spouse | | | $ 12,500,000.00 | | |
| 2 | | | | | Joon Hee | | Kang | | USA | Joon Koo | | Kang | | USA | 9/11/01 | NY | 02cv07230 | 1463 at 89 | 02cv07230, 152 | Child | | | $ 8,500,000.00 | | |
| 3 | | | | | Jee Won | | Kang | | USA | Joon Koo | | Kang | | USA | 9/11/01 | NY | 02cv07230 | 1463 at 89 | 02cv07230, 152 | Child | | | $ 8,500,000.00 | | |
| 4 | | | | | Madeline | Lew | Moy | | USA | Teddington | | Moy | | USA | 9/11/01 | VA | 02cv07230 | 1463 at 90 | 02cv07230, 156 | Spouse | | | $ 12,500,000.00 | | |
| 5 | | | | | Jessica | | Moy | | USA | Teddington | | Moy | | USA | 9/11/01 | VA | 02cv07230 | 1463 at 90 | 02cv07230, 156 | Child | | | $ 8,500,000.00 | | |
| 6 | | | | | Daniel | | Moy | | USA | Teddington | | Moy | | USA | 9/11/01 | VA | 02cv07230 | 1463 at 90 | 02cv07230, 156 | Child | | | $ 8,500,000.00 | | |