# EXHIBIT B

Ex. B

| # | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Notes |
| 1 | | | | | Stephen | James | Carson | | US | James | Joseph | Carson | Jr. | US | 9/11/2001 | NY | 18cv05320 | 18cv05320, 7 at 11 | 9722 at 3 | Sibling | N/A | N/A | $4,250,000.00 | N/A | |
| 2 | | | | | William | Joseph | Carson | | US | James | Joseph | Carson | Jr. | US | 9/11/2001 | NY | 18cv05320 | 18cv05320, 7 at 11 | 9722 at 3 | Sibling | N/A | N/A | $4,250,000.00 | N/A | |
| 3 | | | | | Deborah | Camille | Cremona | | US | Godwin | Orville | Forde | | United Kingdom | 9/11/2001 | NY | 18cv12276 | 18cv12276, 1 at 7 | 9761 at 3 | Spouse | N/A | N/A | $12,500,000.00 | N/A | |
| 4 | | | | | Catherine | | Hartz | Allen | US | John | Clinton | Hartz | | US | 9/11/2001 | NY | 02cv06977 | 02cv06977, 465 at 11 | 9451 at 3 | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 5 | | | | | John | Clinton | Hartz | Jr. | US | John | Clinton | Hartz | | US | 9/11/2001 | NY | 02cv06977 | 02cv06977, 465 at 11 | 9451 at 3 | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 6 | | | | | Christine | | Kuveikis | | US | Thomas | Joseph | Kuveikis | | US | 9/11/2001 | NY | 21cv10239 | 21cv10239, 1 at 6 | N/A | Sibling | N/A | N/A | $4,250,000.00 | N/A | Claimant's last name was previously "Peschel"; motion to correct is pending at ECF No. 9806 |
| 7 | Michael | | McGuire | | Terrence | Joseph | McGuire | | US | Patrick | Joseph | McGuire | | US | 9/11/2001 | NY | 19cv11776 | 19cv11776, 5 at 5 | 9723 at 3, 9732 | Sibling (Deceased) | N/A | N/A | $4,250,000.00 | N/A | |
| 8 | Anthony | F. | Russo | | Anthony | S. | Russo | | US | Michael | Thomas | Russo | | US | 9/11/2001 | NY | 18cv12387 | 18cv12387, 1 at 1 | 9721 at 3 | Parent (Deceased) | N/A | N/A | $8,500,000.00 | N/A | |