UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
IN RE:                                                    :        ORDER
                                                          :
TERRORIST ATTACKS ON                                      :        03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                                        :
                                                          :
------------------------------------x

This document relates to:

> *Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD) (SN) (and member case *Burlingame, et al. v. Bin Laden, et al.*, 02-cv-7230 (GBD) (SN))

## ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE *BURLINGAME XIII* PLAINTIFFS LISTED IN EXHIBIT A

GEORGE B. DANIELS, United States District Judge:

The *Burlingame XIII* Plaintiffs listed in Exhibit A move for entry of partial final default judgment against Defendant the Islamic Republic of Iran. (ECF No. 9802.[1]) Upon consideration of the evidence and arguments set forth in the Declaration of Frank H. Granito, III, Esq. and the exhibits thereto (ECF Nos. 9803), and in light of the default judgment as to liability against the Islamic Republic of Iran entered on August 31, 2015 (ECF No. 3021), together with the entire record in this case, it is hereby

**ORDERED** that service of process in the above-captioned case was properly effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (*see* ECF No. 1238); and it is

**ORDERED** that partial final default judgment is entered on behalf of the *Burlingame XIII* Plaintiffs identified in Exhibit A against the Islamic Republic of Iran; and it is

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

**ORDERED** that the *Burlingame XIII* Plaintiffs identified in Exhibit A are awarded solatium damages as set forth therein; and it is

**ORDERED** that the *Burlingame XIII* Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the *Burlingame XIII* Plaintiffs identified in Exhibit A may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that *Burlingame* Plaintiffs not appearing in Exhibit A may submit in later stages applications for damages awards to the extent they have not done so already.

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibit A. The Clerk of Court is further directed to close the motions at:

- ECF No. 9802 in 03-md-1570,
- ECF No. 2059 in 02-cv-6977, and
- ECF No. 319 in 02-cv-7230.

Dated: June 17, 2024
New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge

# Exhibit A

| | Plaintiff | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount |
| 1 | Dohee | | Kang | | USA | Joon Koo | | Kang | | USA | 9/11/01 | NY | 02cv07230 | 1463 at 89 | 02cv07230, 152 | Spouse | | | $ 12,500,000.00 |
| 2 | Joon Hee | | Kang | | USA | Joon Koo | | Kang | | USA | 9/11/01 | NY | 02cv07230 | 1463 at 89 | 02cv07230, 152 | Child | | | $ 8,500,000.00 |
| 3 | Jee Won | | Kang | | USA | Joon Koo | | Kang | | USA | 9/11/01 | NY | 02cv07230 | 1463 at 89 | 02cv07230, 152 | Child | | | $ 8,500,000.00 |
| 4 | Madeline | Lew | Moy | | USA | Teddington | | Moy | | USA | 9/11/01 | VA | 02cv07230 | 1463 at 90 | 02cv07230, 156 | Spouse | | | $ 12,500,000.00 |
| 5 | Jessica | | Moy | | USA | Teddington | | Moy | | USA | 9/11/01 | VA | 02cv07230 | 1463 at 90 | 02cv07230, 156 | Child | | | $ 8,500,000.00 |
| 6 | Daniel | | Moy | | USA | Teddington | | Moy | | USA | 9/11/01 | VA | 02cv07230 | 1463 at 90 | 02cv07230, 156 | Child | | | $ 8,500,000.00 |