Exhibit B1 - Ashton Estates (all US nationals)

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | | Economic Damages | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | Notes |
| 1 | Kurt | | Foster | | Claudia | | Foster | | US | 9/11/01 | NY | 02cv06977 | 1463 at 8 | | 3226 at 2; 8275-1 at 5, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 7/1/2024 | 6/18/24 | | $ 5,072,471.00 | $ 15,217,413.00 | |