# DEFAULT JUGDMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

Motion: ECF No. __2095__

Memorandum of law: ECF No. _____

Declaration & supporting exhibits: ECF No. __2096__

**PLAINTIFFS**
Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
| B-1 | United States national estate plaintiffs w/o prior economic damages judgments | ATA (18 USC s. 2333); FSIA (28 USC s. 1605A); common law |
| B-2 | non United States national estate plaintiff w/o prior economic damages judgments | FSIA (28 USC s. 1605A); common-law; ATS (28 USC s. 1350); TVPA (28 USC s. 1350 note) |
| C | United States national solatium plaintiffs w/o prior judgments | FSIA (28 USC s. 1605A); ATA (18 USC s. 2333); common-law |

**DEFENDANTS**
Please list all defendants the plaintiffs are moving against:

Islamic Republic of Iran

**COMPLIANCE**

As stated in ECF No. _____ at ¶ __3-5__, counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

As stated in ECF No. _____ at ¶ __12 and 15__, these plaintiffs have not previously received judgments against these defendants.

Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on __06__ / __19__ / __2024__.

**SUBJECT MATTER JURISDICTION**

☑ The Court previously addressed subject matter jurisdiction over these claims in ECF No. __3021__

☐ The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**

☑ The Court previously addressed personal jurisdiction over these defendants in ECF No. __3021__

☐ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**

☐ This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☐ resolution of a new issue: _____

☑ This motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *list entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| 02-cv-6977 (S.D.N.Y.) (GBD) (SN) ECF No. 465 (6th Amended Cmp.) | 03-md-1570 (SDNY) ECF 9929 (pending) | ECF No. 3015 | ECF No. 1238 (09/16/2005) | ECF No. 2510 (12/22/2011) | ECF No. 3021 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |