| | Personal Representative | | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | Notes |
| 1 | Arlene | | Beyer | | Paul | M. | Beyer | | US | 9/11/01 | NY | 02cv06977 | 1463 at 62 | | 3226 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 4,166,944.00 | $ 12,500,832.00 | |
| 2 | Geraldine | | Cefalu | | Jason | | Cefalu | | US | 9/11/01 | NY | 02cv06977 | 1463 at 33 | | 3226 at 5; 8275-1 at 3, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 5,228,921.00 | $ 15,686,763.00 | |
| 3 | Susan | | Correa | | Ruben | D. | Correa | | US | 9/11/01 | NY | 02cv06977 | 1463 at 62 | | 3226 at 5; 8275-1 at 4, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 3,492,642.00 | $ 10,477,926.00 | |
| 4 | Christopher | | Della Pietra | | Joseph | | Della Pietra | | US | 9/11/01 | NY | 02cv06977 | 1463 at 57 | | 3226 at 5; 8275-1 at 4, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 4,650,502.00 | $ 13,951,506.00 | |
| 5 | Frank | | Distefano | | Douglas | | Distefano | | US | 9/11/01 | NY | 02cv06977 | 1463 at 35 | 8246 at 4, 8251 | 3226 at 5; 8275-1 at 4, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 3,018,031.00 | $ 9,054,093.00 | |
| 6 | Elisabet | | Gardner | | William | A. | Gardner | | US | 9/11/01 | NY | 02cv06977 | 1463 at 57 | | 3226 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 1,889,445.00 | $ 5,668,335.00 | |
| 7 | Carol | | Haran | | James | | Haran | | US | 9/11/01 | NY | 02cv06977 | 1463 at 37 | | 3226 at 5; 8275-1 at 6, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 3,951,307.00 | $ 11,853,921.00 | |
| 8 | Delores | | Legree | | Anthony | | Hawkins | | US | 9/11/01 | NY | 02cv06977 | 1463 at 39 | | 3226 at 6 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 1,546,715.00 | $ 4,640,145.00 | |
| 9 | Joy | | Johnston | | William | | Johnston | Jr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 63 | | 3226 at 5; 8275-1 at 6, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 1,765,639.00 | $ 5,296,917.00 | Decedent's last name is listed as Johnson, 1463 at 63 and 3226 at 5. PR's last name is listed as Johnson, 1463 at 63 |
| 10 | Arsen | | Kolpakov | | Irina | | Kolpakova | | US | 9/11/01 | NY | 02cv06977 | 1463 at 50 | | 3226 at 7 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 2,184,186.00 | $ 6,552,558.00 | Decedent's last name is listed as Kolpakov on 1463 at 50 and 3226 at 7. PR's last name is listed as Kolpakov on 1463 at 50 |
| 11 | Yun Yu | | Zheng | | Raymond | Kui Fai | Kwok | | US | 9/11/01 | NY | 02cv06977 | 1463 at 55 | | 3226 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 3,655,918.00 | $ 10,967,754.00 | |
| 12 | Christy | | Ferer | | Neil | D. | Levin | | US | 9/11/01 | NY | 02cv06977 | 1463 at 61 | | 3226 at 5; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 10,476,126.00 | $ 31,428,378.00 | |
| 13 | Enrica | | Naccarato | | Lorraine | | Lisi | | US | 9/11/01 | NY | 02cv06977 | 1463 at 41 | | 3226 at 5; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 2,427,782.00 | $ 7,283,346.00 | |
| 14 | Yvonne | | Ramirez | | Linda | C. | Mair Grayling | | US | 9/11/01 | NY | 02cv06977 | 1463 at 30 | 8246 at 4, 8251 | 3226 at 5; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 1,562,132.00 | $ 4,686,396.00 | |
| 15 | Susan | | McDermott | | Matthew | T. | McDermott | | US | 9/11/01 | NY | 02cv06977 | 1463 at 40 | | 3226 at 5; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 28,132,860.00 | $ 84,398,580.00 | |
| 16 | Richard | A. | Pitino | | William | G. | Minardi | | US | 9/11/01 | NY | 02cv06977 | 1463 at 48 | | 3226 at 5; 8275-1 at 8, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 15,829,586.00 | $ 47,488,758.00 | |
| 17 | Diane | | Monahan | | John | G. | Monahan | | US | 9/11/01 | NY | 02cv06977 | 1463 at 40 | | 3226 at 5; 8275-1 at 8, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 2,141,695.00 | $ 6,425,085.00 | |
| 18 | Nancy | | Moroney | | Dennis | | Moroney | | US | 9/11/01 | NY | 02cv06977 | 1463 at 41 | | 3226 at 5; 8275-1 at 8, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 12,095,705.00 | $ 36,287,115.00 | |
| 19 | Elizabeth | | Murphy | | Charles | A. | Murphy | | US | 9/11/01 | NY | 02cv06977 | 1463 at 41 | | 3226 at 5; 8275-1 at 8, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 5,408,230.00 | $ 16,224,690.00 | |
| 20 | Sampath | | Pakkala | | Deepa | | Pakkala | | US | 9/11/01 | NY | 02cv06977 | 1463 at 59 | | 3226 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 4,916,372.00 | $ 14,749,116.00 | |
| 21 | Donna | | Paolillo | | John | | Paolillo | | US | 9/11/01 | NY | 02cv06977 | 1463 at 19 | | 3226 at 5; 8275-1 at 9, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 3,489,218.00 | $ 10,467,654.00 | |
| 22 | Jyothi | J. | Shah | | Jayesh | | Shah | | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | | 3226 at 7 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 6,789,309.00 | $ 20,367,927.00 | |
| 23 | Suzanne | | Swaine | | John | F. | Swaine | | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | | 3226 at 5; 8275-1 at 10, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 26,657,154.00 | $ 79,971,462.00 | |
| 24 | Nadadur | S. | Kumar | | Pendyala | | Vamsikrishna | | US | 9/11/01 | NY | 02cv06977 | 1463 at 50 | | 3226 at 7 | $ 2,000,000.00 | $ 6,000,000.00 | | 7/1/24 | | $ 6,096,254.00 | $ 18,288,762.00 | |