USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
|---|---|

This document relates to:
*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Burlingame v. Bin Laden, et al.*, 02-cv-7230 (GBD)(SN)
*Ashton et al. v. The Kingdom of Saudi Arabia*, 17-cv-2003 (GBD)(SN)

## ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals who are the Personal Representative for a family member of individuals killed as a result of the terrorist attacks on September 11, 2001; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned cases;

That Counsel for the Plaintiffs is directed to enter the substituted Plaintiffs' names, as identified on the attached Exhibit, into the Court's ECF system.

FURTHERMORE, the Court respectfully directs the Clerk of the Court to terminate the motions in No. 03-md-01570 at ECF No. 10128, No. 02-cv-06977 at ECF No. 2124, 02-cv-7230 at ECF No. 340, and No. 17-cv-2003 at ECF No. 327.

---

The motion to substitute personal representatives is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: August 5, 2024
       New York, New York

# EXHIBIT A

Exhibit A

| # | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | SUBSTITUTE PERSONAL REPRESENTATIVE | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | RELATIONSHIP TO DECEDENT | EXISTING PLEADING THAT REFERS TO PLAINTIFF | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | STATE OF RESIDENCY AT THE TIME COMPLAINT WAS FILED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Thomas | | Faughnan | | Thomas Faughnan, as Personal Representative of the Estate of Thomas Faughnan, deceased Parent of Christopher Faughnan | | Parent | 02cv07230, 149; 17cv02003, 21 at 338 | Christopher | | Faughnan | | CO |
| 2 | Barbara | D. | Genco | | Jennifer Genco Harrington, as Guardian of the Person and Property of Barbara D. Genco, an Incapacitated Person | | Parent | 02cv7230, 150; 17cv02003, 304 | Peter | Victor | Genco | | NY |
| 3 | Howard | | Heller | | Roberta Heller, as Personal Representative of the Estate of Howard Heller, deceased Parent of H. Joseph Heller | | Parent | 02cv07230, 151; 17cv02003, 118 | H. Joseph | | Heller | | FL |
| 4 | Richard | | Champion | | John Dismuke Champion, as Personal Representative of the Estate of Richard Champion, deceased Sibling of Marjorie Salamone | | Sibling | 02cv07230, 160; 17cv02003, 115 | Marjorie | | Salamone | | AL |
| 5 | Antoinetta | | Salvaterra | | Carmen Salvaterra, as Personal Representative of the Estate of Antoinetta Salvaterra, deceased Parent of Frank Salvaterra | | Parent | 02cv07230, 160; 17cv02003, 130 | Frank | | Salvaterra | | MD |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | Zabel | | Voskerijian | | Zaree Voskerijian, as Personal Representative of the Estate of Zabel Voskerijian, deceased Parent of Garo Voskerijian | | Parent | 02cv07230, 163; 17cv02003, 133 | Garo | | Voskerijian | NY |
| 7 | Jean | | Wotton | | Brian Wotton, as Personal Representative of the Estate of Jean Wotton, deceased Parent of Rodney Wotton | | Parent | 02cv07230, ECF 163; 17cv02003, 134 | Rodney | | Wotton | NJ |
| 8 | Jean Wotton, as Personal Representative of the Estate of Stewart Wotton, deceased Parent of Rodney Wotton | | Wotton | | Brian Wotton, as Personal Representative of the Estate of Stewart Wotton, deceased Parent of Rodney Wotton | | Parent | 02cv07230, 163; 17cv02003, 137 | Rodney | | Wotton | NJ |