**Ray Robinson Law**
Co. L.P.A.

6100 Oak Tree Blvd., Suite 200
Cleveland, Ohio 44131
216-328-2128 • www.rayrob.com



Sandra M. Kelly'

'Admitted in OH, CA

Judge George B. Daniels
500 Pearl Street, Courtroom 11A
New York, NY 1007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2024
```

July 29, 2024

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001        ECF Case 03 MDL 1570 (GBD) (SN)

This document relates to:
*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

<u>**Dae Jin Ryook individually and as Administrator of the Estate of Christina S. Ryook, Deceased, and all survivors of Christina S. Ryook's Motion to Withdraw Pleadings Pleadings**</u>

Plaintiff's counsel hereby requests this Court for an Order granting the withdraw of the pleadings listed below. Counsel has just recently taken over this matter from Kreindler & Kreindler LLP, and was not aware that they had previously filed the same Motions and received judgments.

We have sent an email to ecf_error@nysd.uscourts.gov on July 24, 2024 requesting that they mark the filings in error.

Case No. 03-MD-01570:
ECF NO. 10158 – Proposed Order for Default Judgment w/ exhibits A, B-1, and C.    Dated 07/24/2024
ECF No. 10149 – Motion to Seal Documents Exhibits                                  Dated: 07/22/2024
ECF No. 10134 – Declaration of Sandra M. Kelly w/exhibits                          Dated: 07/19/2024
ECF No. 10131 – Memorandum of Law in Support of Motion for Default Judgment        Dated: 07/19/2024
ECF No. 10129 – Notice of Motion for Default Judgment                              Dated: 07/19/2024

Case No: 02-cv-6977:
Document No. 2135 – Proposed Order for Default Judgment w/exhibits A, B-1, and C   Dated: 7/24/2024
Document No. 2133 – Motion to Seal Documents w/exhibits                            Dated: 07/22/2024
Document No. 2129 – Declaration of Sandra M. Kelly w/exhibits                      Dated: 07/19/2024
Document No. 2127 – Memorandum of Law in Support of Motion for Default Judgment    Dated: 07/19/2024

1

Judge George B. Daniels
July 29, 2024

Document No. 2125 – Notice of Motion for Default Judgment          Dated: 07/19/2024

Dated: July 29, 2024                    Respectfully submitted,

                                        Ray Robinson Law Co., LPA

                                        BY: /s/ Sandra M. Kelly
                                        Sandra M. Kelly
                                        6100 Oak Tree Blvd., Suite 200
                                        Cleveland, Ohio 44131
                                        Tel: (216) 328-2128
                                        *Counsel for Plaintiff*

---

The motion is GRANTED. The Clerk of Court is hereby directed to vacate the pleadings listed above.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: August 5, 2024
       New York, New York