**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :

IN RE:                                   :                  <u>ORDER</u>
                                           :      03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON         :
SEPTEMBER 11, 2001            :
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This document relates to:

> *Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD) (SN)
> *Morris, et al. v. Islamic Republic of Iran*, 18-cv-5321 (GBD) (SN)
> *Jimenez, et al. v. Islamic Republic of Iran*, 18-cv-11875 (GBD) (SN)
> *Aamoth, et al. v. Islamic Republic of Iran*, 18-cv-12276 (GBD) (SN)
> *Bernaerts, et al. v. Islamic Republic of Iran*, 19-cv-11865 (GBD) (SN)
> *King, et al. v. Islamic Republic of Iran*, 22-cv-5193 (GBD) (SN)

**ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE**
**<u>PLAINTIFFS LISTED IN EXHIBITS A AND B</u>**

GEORGE B. DANIELS, United States District Judge:

       The Plaintiffs listed in Exhibits A and B move for entry of partial final default judgment

against Defendant the Islamic Republic of Iran.  (ECF Nos. 9677, 9818, 9829, 9939.[1])

Upon consideration of the evidence and arguments set forth in the Declarations of James P.

Kreindler, Esq. and the exhibits thereto (ECF Nos. 9678, 9940), and in the Declarations of Jerry

S. Goldman, Esq. and the exhibits thereto (ECF Nos. 9820, 9832); and in light of the default

judgments as to liability against the Islamic Republic of Iran entered on August 31, 2015

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket.  *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

(ECF No. 3021[2]) and June 17, 2024 (ECF No. 9931); together with the entire record in this case, it is hereby

**ORDERED** that service of process in the above-captioned cases was properly effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (*see* ECF Nos. 1238, 4685–4686, 6895, 8887, and ECF No. 55 in 18-cv-5321); and it is

**ORDERED** that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran[3]; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein, and as supported by the expert reports and analyses tendered in conjunction with the Kreindler Declarations (*see* ECF Nos. 9680, 9941) and the Goldman Declarations (*see* ECF Nos. 9820, 9832); and it is

**ORDERED** that the Plaintiffs identified in Exhibit B are awarded solatium damages as set forth therein; and it is

**ORDERED** that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein, until the date of judgment; and it is

**ORDERED** that the Plaintiffs receiving solatium damages identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

---

[2] This Court adjudges Iran liable to non-U.S. national *Ashton* Plaintiffs under New York law for substantially the same reasons as stated in this Court's March 26, 2024 and June 17, 2024 Orders. (*See* ECF Nos. 9666, 9931.)

[3] In their moving papers, certain Plaintiffs seek treble damages pursuant to the Anti-Terrorism Act ("ATA"), 18 U.S.C. § 2333. As ATA claims cannot be brought against sovereign defendants, *see* 18 U.S.C. § 2337(2), these Plaintiffs' motions are DENIED as to their requests for treble damages.

**ORDERED** that the Plaintiffs identified in Exhibits A and B may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that Plaintiffs not appearing in Exhibits A and B may submit in later stages applications for damages awards to the extent they have not done so already.

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibits A and B. The Clerk of Court is further directed to close the motions at:

- ECF Nos. 9677, 9818, 9829, and 9939 in 03-md-1570;

- ECF Nos. 2036 and 2095 in 02-cv-6977;

- ECF No. 264 in 18-cv-5321;

- ECF No. 203 in 18-cv-11875;

- ECF No. 229 in 18-cv-12276;

- ECF No. 220 in 19-cv-11865; and

- ECF No. 108 in 22-cv-5193.

Dated:   September 3, 2024
         New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge

3

# Exhibit A

| # | Plaintiff First | Middle | Last | Suffix | Decedent First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Susan | | Calcagno | | Philip | V. | Calcagno | | US | 9/11/01 | NY | 02cv06977 | 1463 at 32 | | 3226 at 5; 8275-1 at 3, 8973 | $ - | 9680-14 | 3/1/23 | | $ 1,392,669.00 | |
| 2 | Regina | | Gans | | Eugene | | Clark | | US | 9/11/01 | NY | 02cv06977 | 1463 at 33 | 8246 at 4, 8251 | 3226 at 5; 8275-1 at 3, 8973 | $ - | 9680-15 | 3/1/23 | | $ 231,154.00 | |
| 3 | Felicia | | Corbett Jones | | Joseph | | Corbett | | US | 9/11/01 | NY | 02cv06977 | 1463 at 33 | | 3226 at 3; 8275-1 at 3, 8973 | $ - | 9680-9 | 3/1/23 | | $ 4,110,201.00 | Personal Representative is listed as Felicia Corbett in 1463 at 33 |
| 4 | Brooke | | Deming | | Francis | X. | Deming | | US | 9/11/01 | NY | 02cv06977 | 1463 at 35 | | 3226 at 6; 8275-1 at 4, 8973 | $ - | 9680-16 | 3/1/23 | | $ 5,983,851.00 | |
| 5 | Perry | | Oretzky | | Mary | Lynn | Edwards Angell | | US | 9/11/01 | NY | 02cv06977 | 1463 at 30 | | 3226 at 5; 8275-1 at 4, 8973 | $ - | 9680-12 | 4/1/23 | | $ 1,998,157.00 | Decedent is listed as Lynn Angell in 1463 at 30 and 3226 at 5 |
| 6 | Jeanine | | Frazier | | Clyde | | Frazier | Jr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 36 | | 3226 at 6; 8275-1 at 5, 8973 | $ - | 9680-3 | 3/1/23 | | $ 1,769,922.00 | |
| 7 | Meg | | Bloom | | Thomas | | Glasser | | US | 9/11/01 | NY | 02cv06977 | 1463 at 10 | | 3226 at 3; 8275-1 at 5, 8973 | $ - | 9680-17 | 3/1/23 | | $ 14,494,168.00 | |
| 8 | Allison | | Hobbs | | Thomas | A. | Hobbs | | US | 9/11/01 | NY | 02cv06977 | 1463 at 37 | | 3226 at 6; 8275-1 at 6, 8973 | $ - | 9680-11 | 8/1/23 | | $ 3,137,796.00 | |
| 9 | Maureen | | Kennedy | | Robert | C. | Kennedy | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | | 3226 at 6; 8275-1 at 6, 8973 | $ - | 9680-4 | 3/1/23 | | $ 1,450,312.00 | |
| 10 | Kimberly | | LaMantia | | Stephen | | LaMantia | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | | 3226 at 8 | $ - | 9680-8 | 4/1/23 | | $ 9,465,390.00 | |
| 11 | Jason | | Seymour | | Jacqueline | | Norton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 15 | 8246 at 4, 8251 | 3226 at 5; 8275-1 at 8, 8973 | $ - | 9680-18 | 3/1/23 | | $ 3,657,628.00 | |
| 12 | Jason | | Seymour | | Robert | G. | Norton | | US | 9/11/01 | NY | 02cv06977 | 1463 at 15 | 8246 at 4, 8251 | 3226 at 5; 8275-1 at 8, 8973 | $ - | 9680-19 | 3/1/23 | | $ 519,673.00 | |
| 13 | Joanna | | Ostrowski | | James | | Ostrowski | | US | 9/11/01 | NY | 02cv06977 | 1463 at 42 | | 3226 at 6 | $ - | 9680-20 | 8/1/23 | | $ 3,196,906.00 | |
| 14 | Theresa | | Regan | | Donald | J. | Regan | | US | 9/11/01 | NY | 02cv06977 | 1463 at 54 | | 3226 at 8; 8275-1 at 9, 8973 | $ - | 9680-13 | 3/1/23 | | $ 3,003,752.00 | |
| 15 | Rodney | | Callum | | Michell | L. | Robotham | | US | 9/11/01 | NY | 02cv06977 | 1463 at 28 | | 3226 at 5; 8275-1 at 9, 8973 | $ - | 9680-21 | 3/1/23 | | $ 4,088,242.00 | |
| 16 | Lauren | | Rosenzweig Morton | | Phillip | | Rosenzweig | | US | 9/11/01 | NY | 02cv06977 | 1463 at 52 | | 3226 at 7; 8275-1 at 9, 8973 | $ - | 9680-6 | 3/1/23 | | $ 10,973,377.00 | |
| 17 | Nancy | | Raeside Shea | | Joseph | P. | Shea | | US | 9/11/01 | NY | 02cv06977 | 1463 at 22 | | 3226 at 4; 8275-1 at 10, 8973 | $ - | 9680-7 | 3/1/23 | | $ 27,717,220.00 | Personal Representative is listed as Nancy Shea in 1463 at 22 |
| 18 | Dena | | Smagala | | Stanley | S. | Smagala | Jr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 63 | | 3226 at 8; 8275-1 at 10, 8973 | $ - | 9680-22 | 3/1/23 | | $ 4,411,875.00 | |
| 19 | Jill | | Tarrou | | Michael | C. | Tarrou | | US | 9/11/01 | NY | 02cv06977 | 1463 at 52 | | 3226 at 7 | $ - | 9680-23 | 4/1/24 | | $ 1,030,247.00 | |
| 20 | Robert | | Spadafora | | James | A. | Trentini | | US | 9/11/01 | NY | 02cv06977 | 1463 at 23 | | 3226 at 4; 8275-1 at 11, 8973 | $ - | 9680-24 | 3/1/23 | | $ 1,200,647.00 | |
| 21 | Robert | | Spadafora | | Mary | | Trentini | | US | 9/11/01 | NY | 02cv06977 | 1463 at 23 | | 3226 at 4; 8275-1 at 11, 8973 | $ - | 9680-25 | 3/1/23 | | $ 829,005.00 | |
| 22 | Mary | | Tselepis | | William | P. | Tselepis | Jr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | | 3226 at 7; 8275-1 at 11, 8973 | $ - | 9680-10 | 4/1/23 | | $ 7,994,971.00 | |
| 23 | Elizabeth | Anne | Vandevander | | Jon | C. | Vandevander | | US | 9/11/01 | NY | 02cv06977 | 1463 at 31 | | 3226 at 5; 8275-1 at 11, 8973 | $ - | 9680-26 | 3/1/23 | | $ 10,464,313.00 | Personal Representative is listed as Anne Vandevander in |
| 24 | Patricia | | Vilardo | | Joseph | | Vilardo | | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | | 3226 at 7; 8275-1 at 11, 8973 | $ - | 9680-5 | 3/1/23 | | $ 10,603,217.00 | |
| 25 | Paul | | Kiefer | | Brian | | Warner | | US | 9/11/01 | NY | 02cv06977 | 1463 at 38 | | 3226 at 6; 8275-1 at 11, 8973 | $ - | 9680-27 | 3/1/23 | | $ 6,350,298.00 | |

| # | Plaintiff, as Personal Representative of the Estate of 9/11 Decedent | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | Economic Damages | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount | |
| 26 | Judith | | Weil | | Joanne | F. | Weil | | US | 9/11/01 | NY | 02cv06977 | 1463 at 60 | 8246 at 4, 8251 | 3226 at 8; 8275 1 at 11, 8973 | $    - | 9680-28 | 3/1/23 | | $   2,398,784.00 | |
| 27 | Helen | | Zaccoli | | Joseph | | Zaccoli | | US | 9/11/01 | NY | 02cv06977 | 1463 at 61 | | 3226 at 8 | $    - | 9680-2 | 2/1/23 | | $   4,097,292.00 | |
| 28 | Melissa | | Van Ness Fatha | | Syed | Abdul | Fatha | | India | 9/11/01 | NY | 02cv06977 | 1463 at 8 | | 3226 at 2; 8275 1 at 4, 8973 | $    - | 9680-1 | 4/1/23 | | $    546,892.00 | |
| 29 | Kurt | | Foster | | Claudia | | Foster | | US | 9/11/01 | NY | 02cv06977 | 1463 at 8 | | 3226 at 2; 8275 1 at 5, 8973 | $    - | 9941-3 | 7/1/24 | | $   5,072,471.00 | |
| 30 | Charles | Leslie | Berkeley | | Graham | | Berkeley | | United Kingdom | 9/11/01 | NY | 02cv06977 | 1463 at 49 | 9929, 9953 | 3226 at 5 | $    - | 9941-2 | 7/1/24 | | $   4,174,439.00 | |
| 31 | Patricia | | Carrington | | Jeremy | Mark | Carrington | | United Kingdom | 9/11/01 | NY | 02cv06977 | 1463 at 33 | | 3226 at 5 | $    - | 9941-1 | 7/1/24 | | $   6,641,259.00 | |
| 32 | Linda | | Alvarez | | Juan | Pablo Alvarez | Cisneros | | Guatemala | 9/11/01 | NY | 22cv05193 | 22cv05193, 1 at 4 | | N/A | $    - | 9820-5, at 1 | 5/1/24 | | $   2,205,587.00 | |
| 33 | Jermaine | | Cook | | Helen | | Cook | | Honduras | 9/11/01 | NY | 18cv12276 | 18cv12276, 1 at 4 | 7403 at 3-4, 7429 | N/A | $    - | 9820-5, at 24 | 5/1/24 | | $   2,143,658.00 | |
| 34 | Gillian | | Gransaull-Joseph | | Stephen | | Joseph | | Trinidad and Tobago | 9/11/01 | NY | 22cv05193 | 22cv05193, 1 at 4 | | N/A | $    - | 9820-5, at 47 | 3/1/24 | | $   2,385,475.00 | |
| 35 | Zahro a/k/a Zakhro | | Kamardinova | | Gavkharoy | | Kamardinova | | Uzbekistan | 9/11/01 | NY | 18cv11875 | 18cv11875, 6 at 1 | | N/A | $    - | 9820-5, at 70 | 3/1/24 | | $    905,157.00 | |
| 36 | Haleema | | Salie | | Rahma | | Salie | | Sri Lanka | 9/11/01 | NY | 18cv05321 | 18cv05321, 6 at 7 | | N/A | $    - | 9832, at 1 | 7/1/24 | | $   4,972,584.00 | |
| 37 | Josephine | | Fink | | Derek | O. | Sword | | United Kingdom | 9/11/01 | NY | 19cv11865 | 19cv11865, 1 at 7 | 8134, 8139 (granting 8134) | N/A | $    - | 9832, at 24 | 7/1/24 | | $  10,161,541.00 | |

# **<u>Exhibit B</u>**

| # | (Plaintiff, as Personal Representative of the Estate of Solatium Plaintiff) | | | | Plaintiff | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount |
| 1 | | | | | Patricia | | Carrington | | US | Jeremy | | Carrington | | US | 9/11/01 | NY | 02cv06977 | 1463 at 33 | 02cv06977, 997 | Spouse | | | $ 12,500,000.00 |
| 2 | | | | | Matthew | | Clark | | US | Gregory | A. | Clark | | US | 9/11/01 | NY | 02cv06977 | 1463 at 5 | 02cv06977, 2029 | Child | | | $ 8,500,000.00 |
| 3 | Paula | | Hayes Cottoy | | Abeeku | Ngozi | Cottoy | | US | Conrod | | Cottoy | Sr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 34 | 02cv06977, 2034 | Child | | | $ 8,500,000.00 |
| 4 | | | | | Keithroy | | Maynard | II | US | Keithroy | | Maynard | | US | 9/11/01 | NY | 02cv06977 | 1463 at 40 | 02cv06977, 1978 | Child | | | $ 8,500,000.00 |
| 5 | Mary | | Vogt | | Elizabeth | A. | Minardi | | US | William | G. | Minardi | | US | 9/11/01 | NY | 02cv06977 | 1463 at 48 | 02cv06977, 2030 | Parent | | | $ 8,500,000.00 |
| 6 | | | | | Joanna | | Ostrowski | | US | James | | Ostrowski | | US | 9/11/01 | NY | 02cv06977 | 1463 at 42 | 02cv06977, 996 | Spouse | | | $ 12,500,000.00 |
| 7 | | | | | David | | Rosenberg | | US | Peter | | Vega | | US | 9/11/01 | NY | 02cv06977 | 1463 at 11 | 02cv06977, 1978 | Sibling | | | $ 4,250,000.00 |
| 8 | | | | | Sonia | | Shah | | US | Jayesh | | Shah | | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | 02cv06977, 1978 | Child | | | $ 8,500,000.00 |
| 9 | | | | | Gina | | Tarrou | | US | Michael | | Tarrou | | US | 9/11/01 | NY | 02cv06977 | 1463 at 52 | 02cv06977, 2027 | Child | | | $ 8,500,000.00 |
| 10 | Niloy | | Shah | | Malti | | Shah | | US | Jayesh | Shantilal | Shah | | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | 02cv06977, 2085 | Parent | | | $ 8,500,000.00 |
| 11 | | | | | Ondre | Raymond | Forde | | United Kingdom | Godwin | Orville | Forde | | United Kingdom | 9/11/01 | NY | 18cv12276 | 18cv12276, 1 at 7-8 | 9761 at 3 | Child | | | $ 8,500,000.00 |