UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

-----------------------------------------------------------------X

**03-MD-01570 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Ashton et al. v. al Qaeda Islamic Army, et al., 02-cv-6977 (GBD)(SN)
    Schneider, et al. v. Islamic Republic of Iran, 02-cv-7209 (GBD)(SN)
    Ashton et al. v. The Kingdom of Saudi Arabia, 17-cv-2003 (GBD)(SN)

The plaintiffs listed in Exhibit A move for partial final default judgments against the Islamic Republic of Iran. ECF No. 10293.[1] Their filing, however, suffers from formatting issues—e.g., economic damages amounts do not line up with plaintiffs' names—and violates the Court's previous instructions concerning default judgment motions. See ECF Nos. 9355, 9435. Accordingly, the Court DENIES the motion without prejudice.

Finalized versions of the default judgment motion cover sheet, standardized exhibits, and checklist can be accessed by emailing Netburn_NYSDchambers@nysd.uscourts.gov. Plaintiffs' counsel should use these forms in preparing all future default judgment motions and should send completed spreadsheets to chambers at the above email address.

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

The Clerk of the Court is respectfully directed to terminate the motions at ECF No. 10293 and in 02-cv-07209 at ECF No. 142.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  September 5, 2024
        New York, New York

2

# Exhibit A

| | Personal Representative | | | | | 9/11 Decedent | | |
|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix |
| 1 | Cheryl | | Schneider | | Ian | | Schneider | |
| 2 | Jonathan | | Connors | | Jonathan | | Connors | |
| 3 | Matilde | | Salcedo | | Esmerlin | | Salcedo | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |