UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br> ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

### [PROPOSED] FINAL DEFAULT JUDGMENT AGAINST THE TALIBAN ON BEHALF OF *ASHTON 2* PLAINTIFFS

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibits B and C to this Order, plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02-cv-6977 (S.D.N.Y.) (GBD) (SN) ("*Ashton*"), who are the estates of victims killed in the terrorist attacks on September 11, 2001 and the immediate family members or the functional equivalents of those victims killed in the terrorist attacks on September 11, 2001, respectively, and the Judgment by Default for liability only against the Taliban entered on May 12, 2006, together with the entire record in this case, it is hereby;

**ORDERED** that final judgments are entered against the Taliban and on behalf of the Plaintiffs in *Ashton,* who are the Personal Representatives of the estates of victims killed in the terrorist attacks on September 11, 2001, for economic loss against the Taliban as described in Exhibit B (combined with the previously partial judgment granted to those parties for conscious pain and suffering for total final judgments in the amounts set forth on Exhibit B); and it is further

**ORDERED** that each individual listed in Exhibit C, who is either the immediate family member (or the functional equivalent) of a victim killed in the terrorist attacks on September 11, 2001, is awarded solatium damages in the amounts set forth therein; and it is further

**ORDERED** that each *Ashton* Plaintiff listed in Exhibits B and C who asserted claims under the Anti-Terrorism Act (18 U.S.C. 2333), is awarded treble damages;

**ORDERED** that the *Ashton* Plaintiffs identified in Exhibits B and C are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is further

**ORDERED** that the *Ashton* Plaintiffs identified in Exhibits B and C may submit applications for punitive damages, or other damages (to the extent such awards have not previously been ordered), at a later date consistent with any future rulings made by this Court on this issue; and it is further

**ORDERED** that the remaining *Ashton* Plaintiffs not appearing in Exhibits B or C may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages for decedents' pain and suffering from the September 11, 2001 attacks, they will be approved consistent with those approved herein for other plaintiffs in this action.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10413.

Dated: New York, New York
_____, 2024

**SO ORDERED:**

_____
GEORGE B. DANIELS
United States District Judge