USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) ECF Case |
|---|---|

This document relates to:
*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

**Motion to Substitute Parties Pursuant to Federal Rule of Civil Procedure 15(d)**

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties as identified on Exhibit A as Kreindler *Ashton* Plaintiffs in the above-referenced action. Each of the 6 individuals being substituted into the case is the duly-appointed new Personal Representative of the estate of an individual killed on September 11, 2001 in the terrorist attacks (a "9/11 decedent") or is the duly-appointed Personal Representative of the estate of a now-deceased immediate family member of a 9/11 decedent.

Exhibit A identifies the 6 individuals to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency at the time the complaint was filed, the existing pleading that refers to the plaintiff, and the decedent for whose estate the proposed substitute plaintiff is now the duly-appointed Personal Representative.

Should this Court grant the relief requested in the proposed Order, Plaintiffs will add the substituted parties individually as named plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office.

Dated: October 30, 2024
New York, NY

/s/ *Andrew J. Maloney, III, Esq.*
Andrew J. Maloney
Kreindler & Kreindler, LLP
485 Lexington Ave, 28th Fl
New York, NY 10017

The motion to substitute is GRANTED.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: October 31, 2024
New York, New York

# EXHIBIT A

| # | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | SUBSTITUTE PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | RELATIONSHIP to 9/11 DECEDENT | CASE NUMBER | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | State of Residency of 9/11 DECEDENT at Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Margit | | Arias | | Valerie Mills Michaels as Personal Representative of the Estate of Margit | | Arias | | Spouse | 02cv06977 | Adam | Peter | Arias | | NY |
| 2 | Margit as Personal Representative of the Estate of Adam | | Arias | | Valerie Mills Michaels as Personal Representative of the Estate of Adam | Peter | Arias | | Self | 02cv06977 | Adam | Peter | Arias | | NY |
| 3 | Conrod | | Cottoy | Jr | Paula Hayes Cottoy as Personal Representative of the Estate of Conrod | | Cottoy | Jr | Child | 02cv06977 | Conrod | | Cottoy | Sr | NJ |
| 4 | George | | McLaughlin | Sr | Linda McLaughlin as Personal Representative of the Estate of George | | McLaughlin | Sr | Parent | 02cv06977 | George | P | McLaughlin | Jr | NJ |
| 5 | George McLaughlin, Sr as Personal Representative of the Estate of Dorothy | | McLaughlin | | Linda McLaughlin as Personal Representative of the Estate of Dorothy | | McLaughlin | | Parent | 02cv06977 | George | P | McLaughlin | Jr | NJ |
| 6 | George McLaughlin, Sr as Personal Representative of the Estate of George | | McLaughlin | Jr | Linda Mclaughlin as Personal Representative of the Estate of George | | McLaughlin | Jr | Self | 02cv06977 | George | P | McLaughlin | Jr | NJ |