UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton, et al. v. Republic of Sudan, et al.*, Case No. 02-CV-6977 (GBD; SN)
*Betru, et al. v. Republic of Sudan, et al.*, Case No. 20-CV-10615 (GBD; SN)
*Clarke, et al. v. Republic of Sudan, et al.*, Case No. 23-CV-7736 (GBD; SN)

## CLERK'S CERTIFICATE OF DEFAULT

I, Daniel Ortiz, Acting Clerk of the United States District Court for the Southern District of New York, do hereby certify that the *Ashton, Betru and Clarke* Plaintiffs commenced this action against defendant the Republic of the Sudan ("Sudan") with the filing of the Ashton Amended Sudan Complaint ("AASC") on November 19, 2020 (ECF No. 6537), and service of the AASC was accepted by Sudan's counsel upon filing; Sudan moved to dismiss the AASC, but said motion was denied by the Honorable George B. Daniels on August 10, 2023 (ECF No. 9278); Sudan appealed the District Court's ruling to the U.S. Court of Appeals for the Second Circuit, but said appeal was dismissed on September 3, 2024, and the Second Circuit issued its Mandate on September 24, 2024 (ECF No. 10394). *See* Declaration of Andrew J. Maloney, III in Support of the *Ashton, Betru and Clarke* Plaintiffs' Request for Issuance of Clerk's Certificate of Default, filed on November 5, 2024 (ECF No. 10494).

I further certify that the docket entries in the above captioned cases indicate that Sudan has not filed an answer or otherwise responded to the AASC within fourteen (14) days of the issuance of the Mandate, as required under Fed. R. Civ. P. 12(a)(4)(A), and the time for Sudan to have done

2

so has now expired. The default of defendant Sudan is hereby noted in favor of the *Ashton, Betru and Clarke* Plaintiffs listed in their complaints attached as Exhibits 1, 2, and 3:

Dated: New York, New York
_____ \_\_\_, 2024

Daniel Ortiz
Acting Clerk of Court

By: _____
    Deputy Clerk