EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (RCC)
ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-12-06

*This document relates only to: Ashton v. Al Qaeda Islamic Army,* 02-CV-6977 (RCC)

*This document is filed on behalf of those plaintiffs in the above case seeking unliquidated damages for losses as they relate to personal injuries and deaths suffered by victims of the September 11th Terrorist Attacks. Those plaintiffs are listed in Exhibit A hereto.*

## DEFAULT JUDGMENT

This action having been commenced on September 4, 2002, in the United States District

Court for the Southern District of New York by the filing of the *Ashton* Summons and

Complaint; the First Amended Complaint was filed on September 10, 2002, the Consolidated

Master Complaint was filed on March 6, 2003, the First Amended Consolidated Master

Complaint was filed on August 5, 2003, the Second Amended Consolidated Master Complaint

was filed on August 13, 2003, the Third Amended Consolidated Master Compliant was filed on

September 5, 2003, the Fourth Amended Consolidated Master Complaint was filed on March 10,

2004, the Fifth Amended Consolidated Master Complaint was filed on September 20, 2004, and

the Sixth Amended Consolidated Master Complaint was filed on September 30, 2005; each of

the defendants listed in Exhibit B were served by publication pursuant to an Order of this Court

dated September 16, 2004, permitting service by publication, and proofs of such service were

filed on dates set forth in Exhibit B, those defendants not having answered or otherwise defended

against the *Ashton* complaint, and the time for answering or otherwise defending against the

*Ashton* complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs listed in Exhibit A as

seeking unliquidated damages for losses, have Judgment against the defendants listed in Exhibit

B, and shall be entitled to a hearing before this Court to establish the aggregate value of the *subject to deletions submitted by Plaintiffs*

Plaintiffs' unliquidated damages.


Dated: New York, New York
~~April~~ ___, 2006

May 12

United States District Judge

This document was entered on the docket on:

-2-

# Exhibit B

## Defendants

| DEFENDANT | TYPE | DATE OF SERVICE | ANSWER DUE | | PROOF FILED |
|---|---|---|---|---|---|
| | | | | | |
| Abd al Rahim al Nashiri, a/k/a Bilal Bin Marwan a/k/a Mullah Bilal | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Abdulrahman Alamoudi | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Abu Musab Zarqawi a/k/a Khalayleh Ahmed Fadel | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Abu Zubaydah | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Ahmed Khalil Ibrahim Samir al Ani | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Akida Bank Private Limited a/k/a Akida Islamic Bank | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| al Hijrah Construction and Development, Ltd. | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| al Qaeda Islamic Army | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Albert Freidrich Armand Huber a/k/a Ahmed Huber | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Ali Ghaleb Himmat | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Aqeel al Aqeel | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Ayman al Zawahiri | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Bank al Taqwa | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Benevolence International Foundation, Inc. | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Dallah Avco Trans Arabia Co. Ltd. | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Egyptian Islamic Jihad | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Faruq al Hijazi | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Global Diamond Resource | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Global Relief Foundation, Inc. | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Gulbuddin Hekmatyar | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Gum Arabic Co. Ltd. | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Hassan A.A. Bahfzallah | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |

| | | | | | |
|---|---|---|---|---|---|
| Hassan al Turabi | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Khalid Sheikh Mohammed | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Mamoun Darkazanli | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Mamoun Darkazanli Import-Export Company | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Mansour al Kadi | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Miga Malaysian Swiss Gulf and    African Chamber | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Mohamed Bahareth | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Mohamed Bayazid | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Mohamed Galeb Kalaje Zouaydi a/k/a Abu Talha | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Mohamed Jamal Khalifa | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Mounir el Motassadeq | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Mufti Mohamed Rashid | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Muhammad Omar | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Muslim Brotherhood | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Mustafa Ahmed al Hisawi | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Muwaffaq Foundation | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Nada Management Organization SA a/k/a al Taqwa Mangement Organization | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Nasco Nasreddin Holdings SA | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| National Islamic Front Party | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| New Diamond Holdings | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Omar al Bayoumi a/k/a Abu Imard | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Osama Bin Laden | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Piedmont Poultry | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Ramzi Mohamed Abdullah Binalshibh a/k/a Ramzi | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |

| | | | | | |
|---|---|---|---|---|---|
| Mohamed | | | | | |
| SAAR Foundation | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Saddam Hussein | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Said Bahaji | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Saif al Adel | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Sanabel al Kheer, Inc. | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Sana-Bell Inc. | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Sanabil al Khair | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Sheikh Yusuf al Qardawi | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Sherif Sedky | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Shiekh Adil Jalil Batterjee | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Shiekh Omar Bakri Muhammad | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Success Foundation | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Sulaiman al Ali | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Tadamon Islamic Bank | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Taha Yassin Ramadan | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Taibah International Aid Association | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| The Estate of Abdelaziz al Omari | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| The Estate of Ahmed al Ghamdi | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| The Estate of Ahmed al Nami | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| The Estate of Ahmed Ibrahim A. al Haznawi | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| The Estate of Fayez Ahmed | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| The Estate of Hamza al Ghamdi | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| The Estate of Hani Hanjour | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| The Estate of Khalid al Midhar | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |

| | | | | | |
|---|---|---|---|---|---|
| The Estate of Majed Moqed | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| The Estate of Marwan al Shehhi | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| The Estate of Mohald al Shehri | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| The Estate of Mohamed Atta | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| The Estate of Nawaf al Hazmi | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| The Estate of Saeed al Ghamdi | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| The Estate of Salem al Hazmi | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| The Estate of Sata M.A. al Suqami | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| The Estate of Wail al Shehri | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| The Estate of Waleed M. al Shehri | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| The Estate of Ziad Samir Jarrah | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| The Taliban | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Yousef M. Nada Establishment | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Youssef M. Nada | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |
| Zacarias Moussaoui | MDL Publication | 13-Jan-05 | 14-Mar-05 | | 4-Mar-05 & 16-Mar-05 |