# **EXHIBIT 4**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:

      TERROR ATTACKS ON
      SEPTEMBER 11, 2001

-------------------------------------------------------X

03-MDL-1570 (GBD)(SN)

**SUDAN NOTICE
OF AMENDMENT**

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)
*York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN)

      Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the above-referenced matter, ECF No. 3237, as permitted and approved by the Court's Order of December 1, 2020, ECF No. 6547. Upon the filing of this Notice of Amendment, the underlying Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs") as plaintiffs raising claims against the Republic of the Sudan. The underlying Complaint is deemed amended to include the factual allegations, jurisdictional allegations, and jury trial demand, as indicated below, of (a) the Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF No. 6539, or (b) the *Ashton* Amended Complaint as to Sudan Defendant in *Ashton v. the Republic of the Sudan*, No. 02-cv-6977, ECF No. 6537 (in 03-md-1570)(hereinafter, the "*Ashton* Sudan Amended Complaint"), as well as all causes of action specified below. The amendment effected through this Notice of Amendment supplements by incorporation into, but does not displace, the underlying Complaint. This Notice of Amendment relates solely to the Republic of Sudan and not apply to any other defendant.

      Upon filing this Sudan Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as

specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [**check only one complaint**] and the following causes of action set forth in that complaint:

☐     **Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF N. 6539 (check all causes of action that apply):**

        ☐     COUNT I – Claims under Section 1605A(c) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(c), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[1]

        ☐     COUNT II – Claims under Sections 1605A(d) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(d), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[2]

        ☐     COUNT III – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA), on behalf of all "U.S. National" Plaintiffs.[3]

        ☐     COUNT IV – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a), on behalf of all "U.S. National" Plaintiffs.

---

[1] Section 1605A of the Foreign Sovereign Immunities Act grants a right of action to (1) nationals of the United States, (2) members of the armed forces, (3) employees of the U.S. government (including individuals performing a contract awarded by the U.S. government) acting within the scope of employment, and legal representatives of persons described in (1), (2), or (3).

[2] See preceding footnote.

[3] The causes of action pursuant to the ATA, 18 U.S.C. § 2331 et seq., are asserted on behalf of Plaintiffs who are U.S. Nationals; estates, heirs, and survivors of U.S. Nationals; U.S. Nationals who are members of a putative class represented by such Plaintiffs; Plaintiffs who are subrogated to the rights of U.S. Nationals who incurred physical injuries to property and related losses as a result of the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks. The term "U.S. National Plaintiffs" in the context claims under JASTA or the ATA refers to all such parties.

☐     COUNT V – Committing actions of international terrorism in violation of 18 U.S.C. § 2333, on behalf of all "U.S. National" Plaintiffs. [4]

☐     COUNT VI – Wrongful death, on behalf of all Plaintiffs bringing Wrongful Death claim.

☐     COUNT VII – Negligence, on behalf of all Plaintiffs.

☐     COUNT VIII – Survival, on behalf of all Plaintiffs bring wrongful death claims.

☐     COUNT IX – Alien Tort Claims Act, on behalf of all Alien National Plaintiffs. [5]

☐     COUNT X – Assault and Battery, on behalf of all Plaintiffs bringing wrongful death and personal injury claims.

☐     COUNT XI – Conspiracy, on behalf of all Plaintiffs.

☐     COUNT XII – Negligent and/or intentional infliction of emotional distress on behalf of all Plaintiffs.

☐     COUNT XIV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Supervising Employees and Agents, on behalf of all Plaintiffs.

☐     COUNT XV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents, on behalf of all Plaintiffs.

☐     COUNT XVI – 18 U.S.C. § 1962(a)-(d) – Civil RICO, on behalf of all Plaintiffs.

☐     COUNT XVII – Trespass, on behalf of all Plaintiffs asserting claims for property damage and economic injuries.

☐     COUNT XVIII – Violations of international law, on behalf of all Plaintiffs.

---

[4] See preceding footnote.

[5] The causes of action pursuant to the Alien Tort Claims Act (ATCA), 28 U.S.C. § 1350, are asserted on behalf of Plaintiffs who are Alien Nationals; estates, heirs, and survivors of Alien Nationals who are not themselves U.S. Nationals; Alien Nationals who are members of a putative class represented by such Plaintiffs; subrogated to the rights of Alien Nationals who incurred injuries to property and related losses as a result of the September 11th attacks; and assignees of Alien Nationals killed or injured in the September 11th attacks.

■    *Ashton* **Sudan Amended Complaint, ECF No. 6537 (check all causes of actions that apply):**

    ■    First Cause of Action to Recover for Personal Injury and Wrongful Death Damages Pursuant to Section 1605A of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A.

    ■    Second Cause of Action to Recover Personal Injury and Wrongful Death Damages Pursuant to Section 1605B of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605B (JASTA) and the Anti-Terrorism Acts.

    ■    Third Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to State Tort Law.

    ■    Fourth Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to the Alien Tort Claims Act.

    ■    Fifth Cause of Action for Punitive Damages.

    ☐    Sixth Cause of Action for Property Damage.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001.  For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

|   | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Abbate, Renee | New Jersey | U.S. Citizen | Michael Tanner | Sister | *Bauer* action[6] Paragraph 25 |
| 2 | Abernathy, Gretchen | New Jersey | U.S. Citizen | W. David Bauer, II | Sister | *Bauer* action Paragraph 5 |

---

[6] *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

| 3 | Barrett, Elaine | New Jersey | U.S. Citizen | Donna Giordano | Sister | *Bauer* action Paragraph 41 |
|---|---|---|---|---|---|---|
| 4 | Bauer, Est. of Dorothy Bauer | New Jersey | U.S. Citizen | W. David Bauer, II | Mother | *Bauer* action Paragraph 5 |
| 5 | Bauer, Jacqueline | Pennsylvania | U.S. Citizen | W. David Bauer, II | Daughter | *Bauer* action Paragraph 5 |
| 6 | Bauer, Robert G. | Pennsylvania | U.S. Citizen | W. David Bauer, II | Brother | *Bauer* action Paragraph 5 |
| 7 | Bauer, Stephen | New Jersey | U.S. Citizen | W. David Bauer, II | Son | *Bauer* action Paragraph 5 |
| 8 | Bauer, Virginia | New Jersey | U.S. Citizen | W. David Bauer, II | Wife | *Bauer* action Paragraph 5 |
| 9 | Bauer, Sr., Est. of Walter D. | New Jersey | U.S. Citizen | W. David Bauer, II | Father | *Bauer* action Paragraph 5 |
| 10 | Bauer, III, W. David | New York | U.S. Citizen | W. David Bauer, II | Son | *Bauer* action Paragraph 5 |
| 11 | Bauer-Pollard, Heidi | New Jersey | U.S. Citizen | W. David Bauer, II | Sister | *Bauer* action Paragraph 5 |
| 12 | Beamer, Andrew T. | New Jersey | U.S. Citizen | Todd M. Beamer | Son | *Bauer* action Paragraph 44 |
| 13 | Beamer, David | Ohio | U.S. Citizen | Todd M. Beamer | Father | *Bauer* action Paragraph 44 |
| 14 | Beamer, David. P. | New Jersey | U.S. Citizen | Todd M. Beamer | Son | *Bauer* action Paragraph 44 |
| 15 | Beamer, Lisa | New Jersey | U.S. Citizen | Todd M. Beamer | Wife | *Bauer* action Paragraph 44 |
| 16 | Beamer, Margaret | Ohio | U.S. Citizen | Todd M. Beamer | Mother | *Bauer* action Paragraph 44 |
| 17 | Beamer, Morgan K. | New Jersey | U.S. Citizen | Todd M. Beamer | Daughter | *Bauer* action Paragraph 44 |
| 18 | Beamer-Sorensen, Michele | Ohio | U.S. Citizen | Todd M. Beamer | Sister | *Bauer* action Paragraph 44 |
| 19 | Beatini, Daria | New Jersey | U.S. Citizen | Paul F. Beatini | Daughter | *Bauer* action Paragraph 46 |
| 20 | Beatini, Est. of Doris Beatini | New Jersey | U.S. Citizen | Paul F. Beatini | Mother | *Bauer* action Paragraph 46 |
| 21 | Beatini, Julia | New Jersey | U.S. Citizen | Paul F. Beatini | Daughter | *Bauer* action Paragraph 46 |
| 22 | Beatini, Mark | New Jersey | U.S. Citizen | Paul F. Beatini | Brother | *Bauer* action Paragraph 46 |
| 23 | Beatini, Est. of Michael C. | New Jersey | U.S. Citizen | Paul F. Beatini | Father | *Bauer* action Paragraph 46 |
| 24 | Beatini, Est. of Michael L. | New Jersey | U.S. Citizen | Paul F. Beatini | Brother | *Bauer* action Paragraph 46 |
| 25 | Beatini, Nanda | New Jersey | U.S. Citizen | Paul F. Beatini | Sister | *Bauer* action Paragraph 46 |

Dated: January 29, 2021

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

                                                    03-MDL-1570 (GBD)(SN)
In Re:
        TERROR ATTACKS ON                   **SUDAN NOTICE**
        SEPTEMBER 11, 2001                  **OF AMENDMENT**

------------------------------------------------------X
This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)
*York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN)

        Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the

above-referenced matter, ECF No. 3237, as permitted and approved by the Court's Order of

December 1, 2020, ECF No. 6547.  Upon the filing of this Notice of Amendment, the underlying

Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs") as

plaintiffs raising claims against the Republic of the Sudan.  The underlying Complaint is deemed

amended to include the factual allegations, jurisdictional allegations, and jury trial demand, as

indicated below, of (a) the Consolidated Amended Complaint as to the Republic of the Sudan

("SCAC"), ECF No. 6539, or (b) the *Ashton* Amended Complaint as to Sudan Defendant in

*Ashton v. the Republic of the Sudan*, No. 02-cv-6977, ECF No. 6537 (in 03-md-

1570)(hereinafter, the "*Ashton* Sudan Amended Complaint"), as well as all causes of action

specified below.  The amendment effected through this Notice of Amendment supplements by

incorporation into, but does not displace, the underlying Complaint.  This Notice of Amendment

relates solely to the Republic of Sudan and not apply to any other defendant.

        Upon filing this Sudan Notice of Amendment, each New Plaintiff is deemed to have

adopted all factual and jurisdictional allegations of the complaint that has been joined as

specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [**check only one complaint**] and the following causes of action set forth in that complaint:

☐      **Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF N. 6539 (check all causes of action that apply):**

        ☐      COUNT I – Claims under Section 1605A(c) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(c), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[1]

        ☐      COUNT II – Claims under Sections 1605A(d) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(d), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[2]

        ☐      COUNT III – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA), on behalf of all "U.S. National" Plaintiffs.[3]

        ☐      COUNT IV – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a), on behalf of all "U.S. National" Plaintiffs.

---

[1] Section 1605A of the Foreign Sovereign Immunities Act grants a right of action to (1) nationals of the United States, (2) members of the armed forces, (3) employees of the U.S. government (including individuals performing a contract awarded by the U.S. government) acting within the scope of employment, and legal representatives of persons described in (1), (2), or (3).

[2] See preceding footnote.

[3] The causes of action pursuant to the ATA, 18 U.S.C. § 2331 et seq., are asserted on behalf of Plaintiffs who are U.S. Nationals; estates, heirs, and survivors of U.S. Nationals; U.S. Nationals who are members of a putative class represented by such Plaintiffs; Plaintiffs who are subrogated to the rights of U.S. Nationals who incurred physical injuries to property and related losses as a result of the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks. The term "U.S. National Plaintiffs" in the context claims under JASTA or the ATA refers to all such parties.

☐    COUNT V – Committing actions of international terrorism in violation of 18 U.S.C. § 2333, on behalf of all "U.S. National" Plaintiffs. [4]

☐    COUNT VI – Wrongful death, on behalf of all Plaintiffs bringing Wrongful Death claim.

☐    COUNT VII – Negligence, on behalf of all Plaintiffs.

☐    COUNT VIII – Survival, on behalf of all Plaintiffs bring wrongful death claims.

☐    COUNT IX – Alien Tort Claims Act, on behalf of all Alien National Plaintiffs. [5]

☐    COUNT X – Assault and Battery, on behalf of all Plaintiffs bringing wrongful death and personal injury claims.

☐    COUNT XI – Conspiracy, on behalf of all Plaintiffs.

☐    COUNT XII – Negligent and/or intentional infliction of emotional distress on behalf of all Plaintiffs.

☐    COUNT XIV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Supervising Employees and Agents, on behalf of all Plaintiffs.

☐    COUNT XV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents, on behalf of all Plaintiffs.

☐    COUNT XVI – 18 U.S.C. § 1962(a)-(d) – Civil RICO, on behalf of all Plaintiffs.

☐    COUNT XVII – Trespass, on behalf of all Plaintiffs asserting claims for property damage and economic injuries.

☐    COUNT XVIII – Violations of international law, on behalf of all Plaintiffs.

---

[4] See preceding footnote.

[5] The causes of action pursuant to the Alien Tort Claims Act (ATCA), 28 U.S.C. § 1350, are asserted on behalf of Plaintiffs who are Alien Nationals; estates, heirs, and survivors of Alien Nationals who are not themselves U.S. Nationals; Alien Nationals who are members of a putative class represented by such Plaintiffs; subrogated to the rights of Alien Nationals who incurred injuries to property and related losses as a result of the September 11th attacks; and assignees of Alien Nationals killed or injured in the September 11th attacks.

- **_Ashton_ Sudan Amended Complaint, ECF No. 6537 (check all causes of actions that apply):**

  - First Cause of Action to Recover for Personal Injury and Wrongful Death Damages Pursuant to Section 1605A of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A.

  - Second Cause of Action to Recover Personal Injury and Wrongful Death Damages Pursuant to Section 1605B of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605B (JASTA) and the Anti-Terrorism Acts.

  - Third Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to State Tort Law.

  - Fourth Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to the Alien Tort Claims Act.

  - Fifth Cause of Action for Punitive Damages.

  - ☐ Sixth Cause of Action for Property Damage.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001.  For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

|   | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Beatini, Susan | New Jersey | U.S. Citizen | Paul F. Beatini | Wife | _Bauer_ action[6] Paragraph 46 |
| 2 | Beatini, Thomas | New Jersey | U.S. Citizen | Paul F. Beatini | Brother | _Bauer_ action Paragraph 46 |

---

[6] _Bauer, et al. v. al Qaeda Islamic Army, et al._, Case No. 02-cv-7236 (GBD)(SN), herein referred to as _Bauer_ action, was consolidated into the _Ashton_ action in the _Ashton_ First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

| 3 | Better, Margarita | Florida | U.S. Citizen | Milton Bustillo | Mother | *Bauer* action Paragraph 29 |
|---|---|---|---|---|---|---|
| 4 | Bharvaney, Pandora | New Jersey | U.S. Citizen | Anil T. Bharvaney | Wife | *Bauer* action Paragraph 27 |
| 5 | Blest, Cynthia | New York | U.S. Citizen | Sean Rooney | Sister | *Bauer* action Paragraph 51 |
| 6 | Bonnett, Cathyann | New York | U.S. Citizen | Colin Bonnett | Wife | *Bauer* action Paragraph 6 |
| 7 | Bonnett, Heather | New York | U.S. Citizen | Colin Bonnett | Sister | *Bauer* action Paragraph 6 |
| 8 | Bonnett, Julia | New York | U.S. Citizen | Colin Bonnett | Mother | *Bauer* action Paragraph 6 |
| 9 | Bonnett, Kody | New York | U.S. Citizen | Colin Bonnett | Son | *Bauer* action Paragraph 6 |
| 10 | Bonoli, Denise | Massachusetts | U.S. Citizen | Jack L. D'Ambrosi, Jr. | Sister | *Bauer* action Paragraph 21 |
| 11 | Bowden, James F. | New Jersey | U.S. Citizen | Thomas H. Bowden, Jr. | Brother | *Bauer* action Paragraph 7 |
| 12 | Bowden-Hart, Alyson V. | South Carolina | U.S. Citizen | Thomas H. Bowden, Jr. | Daughter | *Bauer* action Paragraph 7 |
| 13 | Bowden-Hart, Deborah | South Carolina | U.S. Citizen | Thomas H. Bowden, Jr. | Wife | *Bauer* action Paragraph 7 |
| 14 | Bowden-Hart, Sara J. | South Carolina | U.S. Citizen | Thomas H. Bowden, Jr. | Daughter | *Bauer* action Paragraph 7 |
| 15 | Bowman, Carol A. | Florida | U.S. Citizen | Shawn E. Bowman, Jr. | Mother | *Bauer* action Paragraph 8 |
| 16 | Bowman, James E. | New York | U.S. Citizen | Shawn E. Bowman, Jr. | Brother | *Bauer* action Paragraph 8 |
| 17 | Bowman, Sr., Shawn E. | Florida | U.S. Citizen | Shawn E. Bowman, Jr. | Father | *Bauer* action Paragraph 8 |
| 18 | Bowman Henry, Jack | New Jersey | U.S. Citizen | Shawn E. Bowman, Jr. | Son | *Bauer* action Paragraph 8 |
| 19 | Bowman Henry, Liam | New Jersey | U.S. Citizen | Shawn E. Bowman, Jr. | Son | *Bauer* action Paragraph 8 |
| 20 | Brandofino, Jeanne | New York | U.S. Citizen | Daniel L. Maher | Sister | *Bauer* action Paragraph 17 |
| 21 | Brennan, Anita | Florida | U.S. Citizen | Thomas M. Brennan, Sr. | Mother | *Bauer* action Paragraph 45 |
| 22 | Brennan, Catherine A. | New York | U.S. Citizen | Thomas M. Brennan, Sr. | Daughter | *Bauer* action Paragraph 45 |

Dated: January 29, 2021

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In Re:

      TERROR ATTACKS ON
      SEPTEMBER 11, 2001

------------------------------------------------------X

                 03-MDL-1570 (GBD)(SN)

                 **SUDAN NOTICE**
                 **OF AMENDMENT**

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)
*York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN)

      Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the

above-referenced matter, ECF No. 3237, as permitted and approved by the Court's Order of

December 1, 2020, ECF No. 6547.  Upon the filing of this Notice of Amendment, the underlying

Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs") as

plaintiffs raising claims against the Republic of the Sudan.  The underlying Complaint is deemed

amended to include the factual allegations, jurisdictional allegations, and jury trial demand, as

indicated below, of (a) the Consolidated Amended Complaint as to the Republic of the Sudan

("SCAC"), ECF No. 6539, or (b) the *Ashton* Amended Complaint as to Sudan Defendant in

*Ashton v. the Republic of the Sudan*, No. 02-cv-6977, ECF No. 6537 (in 03-md-

1570)(hereinafter, the "*Ashton* Sudan Amended Complaint"), as well as all causes of action

specified below.  The amendment effected through this Notice of Amendment supplements by

incorporation into, but does not displace, the underlying Complaint.  This Notice of Amendment

relates solely to the Republic of Sudan and not apply to any other defendant.

      Upon filing this Sudan Notice of Amendment, each New Plaintiff is deemed to have

adopted all factual and jurisdictional allegations of the complaint that has been joined as

specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [**check only one complaint**] and the following causes of action set forth in that complaint:

☐ **Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF N. 6539 (check all causes of action that apply):**

    ☐ COUNT I – Claims under Section 1605A(c) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(c), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[1]

    ☐ COUNT II – Claims under Sections 1605A(d) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(d), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[2]

    ☐ COUNT III – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA), on behalf of all "U.S. National" Plaintiffs.[3]

    ☐ COUNT IV – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a), on behalf of all "U.S. National" Plaintiffs.

---

[1] Section 1605A of the Foreign Sovereign Immunities Act grants a right of action to (1) nationals of the United States, (2) members of the armed forces, (3) employees of the U.S. government (including individuals performing a contract awarded by the U.S. government) acting within the scope of employment, and legal representatives of persons described in (1), (2), or (3).

[2] See preceding footnote.

[3] The causes of action pursuant to the ATA, 18 U.S.C. § 2331 et seq., are asserted on behalf of Plaintiffs who are U.S. Nationals; estates, heirs, and survivors of U.S. Nationals; U.S. Nationals who are members of a putative class represented by such Plaintiffs; Plaintiffs who are subrogated to the rights of U.S. Nationals who incurred physical injuries to property and related losses as a result of the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks. The term "U.S. National Plaintiffs" in the context claims under JASTA or the ATA refers to all such parties.

COUNT V – Committing actions of international terrorism in violation of 18 U.S.C. § 2333, on behalf of all "U.S. National" Plaintiffs. [4]

COUNT VI – Wrongful death, on behalf of all Plaintiffs bringing Wrongful Death claim.

COUNT VII – Negligence, on behalf of all Plaintiffs.

COUNT VIII – Survival, on behalf of all Plaintiffs bring wrongful death claims.

COUNT IX – Alien Tort Claims Act, on behalf of all Alien National Plaintiffs. [5]

COUNT X – Assault and Battery, on behalf of all Plaintiffs bringing wrongful death and personal injury claims.

COUNT XI – Conspiracy, on behalf of all Plaintiffs.

COUNT XII – Negligent and/or intentional infliction of emotional distress on behalf of all Plaintiffs.

COUNT XIV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Supervising Employees and Agents, on behalf of all Plaintiffs.

COUNT XV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents, on behalf of all Plaintiffs.

COUNT XVI – 18 U.S.C. § 1962(a)-(d) – Civil RICO, on behalf of all Plaintiffs.

COUNT XVII – Trespass, on behalf of all Plaintiffs asserting claims for property damage and economic injuries.

COUNT XVIII – Violations of international law, on behalf of all Plaintiffs.

---

[4] See preceding footnote.

[5] The causes of action pursuant to the Alien Tort Claims Act (ATCA), 28 U.S.C. § 1350, are asserted on behalf of Plaintiffs who are Alien Nationals; estates, heirs, and survivors of Alien Nationals who are not themselves U.S. Nationals; Alien Nationals who are members of a putative class represented by such Plaintiffs; subrogated to the rights of Alien Nationals who incurred injuries to property and related losses as a result of the September 11th attacks; and assignees of Alien Nationals killed or injured in the September 11th attacks.

- ***Ashton* Sudan Amended Complaint, ECF No. 6537 (check all causes of actions that apply):**

    - First Cause of Action to Recover for Personal Injury and Wrongful Death Damages Pursuant to Section 1605A of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A.

    - Second Cause of Action to Recover Personal Injury and Wrongful Death Damages Pursuant to Section 1605B of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605B (JASTA) and the Anti-Terrorism Acts.

    - Third Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to State Tort Law.

    - Fourth Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to the Alien Tort Claims Act.

    - Fifth Cause of Action for Punitive Damages.

    - ☐ Sixth Cause of Action for Property Damage.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001.  For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Brennan, John O. | New York | U.S. Citizen | Thomas M. Brennan, Sr. | Brother | *Bauer* action[6] Paragraph 45 |
| 2 | Brennan, John V. | Florida | U.S. Citizen | Thomas M. Brennan, Sr. | Father | *Bauer* action Paragraph 45 |

---

[6] *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

| 3 | Brennan, Michael | New York | U.S. Citizen | Thomas M. Brennan, Sr. | Brother | *Bauer* action Paragraph 45 |
|---|---|---|---|---|---|---|
| 4 | Brennan, Paul | New York | U.S. Citizen | Thomas M. Brennan, Sr. | Brother | *Bauer* action Paragraph 45 |
| 5 | Brennan, Jr., Thomas M. | New York | U.S. Citizen | Thomas M. Brennan, Sr. | Son | *Bauer* action Paragraph 45 |
| 6 | Brennan Waterhouse, Jennifer | New York | U.S. Citizen | Thomas M. Brennan, Sr. | Wife | *Bauer* action Paragraph 45 |
| 7 | Bustillo, Alessandra | New York | U.S. Citizen | Milton Bustillo | Daughter | *Bauer* action Paragraph 29 |
| 8 | Bustillo, Dissa | New Jersey | U.S. Citizen | Milton Bustillo | Sister | *Bauer* action Paragraph 29 |
| 9 | Bustillo, Sr., Est. of Gilberto | Venezuela | Colombian Citizen | Milton Bustillo | Father | *Bauer* action Paragraph 29 |
| 10 | Bustillo, Jr. Gilberto | New Jersey | U.S. Citizen | Milton Bustillo | Brother | *Bauer* action Paragraph 29 |
| 11 | Bustillo, Henry | New Jersey | U.S. Citizen | Milton Bustillo | Brother | *Bauer* action Paragraph 29 |
| 12 | Bustillo, Mirna | Florida | U.S. Citizen | Milton Bustillo | Sister | *Bauer* action Paragraph 29 |
| 13 | Butler, Sasha | New Jersey | U.S. Citizen | Michael Tanner | Daughter | *Bauer* action Paragraph 25 |
| 14 | Candela, Elizabeth | New Jersey | U.S. Citizen | John Anthony Candela | Wife | *Bauer* action Paragraph 9 |
| 15 | Candela, John Arthur | New Jersey | U.S. Citizen | John Anthony Candela | Son | *Bauer* action Paragraph 9 |
| 16 | Candela,  Est. of John C. | New Jersey | U.S. Citizen | John Anthony Candela | Father | *Bauer* action Paragraph 9 |
| 17 | Candela, Joseph G. | New Jersey | U.S. Citizen | John Anthony Candela | Brother | *Bauer* action Paragraph 9 |
| 18 | Candela, Juliette | New Jersey | U.S. Citizen | John Anthony Candela | Daughter | *Bauer* action Paragraph 9 |
| 19 | Candela, Est. of Phyllis | New Jersey | U.S. Citizen | John Anthony Candela | Mother | *Bauer* action Paragraph 9 |
| 20 | Carlino, Est. Marie | New York | U.S. Citizen | Edward Carlino | Wife | *Bauer* action Paragraph 26 |
| 21 | Carlino, Mary | New York | U.S. Citizen | Edward Carlino | Mother | *Bauer* action Paragraph 26 |
| 22 | Carlino, Salvatore | New York | U.S. Citizen | Edward Carlino | Father | *Bauer* action Paragraph 26 |
| 23 | Cunningham, Andrew | United Kingdom | United Kingdom | Cunningham, Michael J. | Brother | *Bauer* action Paragraph 50 |
| 24 | Cunningham, Julieanne | United Kingdom | United Kingdom | Cunningham, Michael J. | Sister | *Bauer* action Paragraph 50 |

Dated: January 29, 2021

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:

      TERROR ATTACKS ON
      SEPTEMBER 11, 2001

-------------------------------------------------------X

03-MDL-1570 (GBD)(SN)

**SUDAN NOTICE
OF AMENDMENT**

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)
*York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN)

      Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the
above-referenced matter, ECF No. 1463 (in 03-md-1570), as permitted and approved by the
Court's Order of December 1, 2020, ECF No. 6547.  Upon the filing of this Notice of
Amendment, the underlying Complaint is deemed amended to add the individuals listed below
(the "New Plaintiffs") as plaintiffs raising claims against the Republic of the Sudan.  The
underlying Complaint is deemed amended to include the factual allegations, jurisdictional
allegations, and jury trial demand, as indicated below, of (a) the Consolidated Amended
Complaint as to the Republic of the Sudan ("SCAC"), ECF No. 6539, or (b) the *Ashton*
Amended Complaint as to Sudan Defendant in *Ashton v. the Republic of the Sudan*, No. 02-cv-
6977, ECF No. 6537 (in 03-md-1570)(hereinafter, the "*Ashton* Sudan Amended Complaint"), as
well as all causes of action specified below.  The amendment effected through this Notice of
Amendment supplements by incorporation into, but does not displace, the underlying Complaint.
This Notice of Amendment relates solely to the Republic of Sudan and not apply to any other
defendant.

      Upon filing this Sudan Notice of Amendment, each New Plaintiff is deemed to have
adopted all factual and jurisdictional allegations of the complaint that has been joined as

1

specified below; all prior filings in connection with that complaint; and all prior Orders and

rulings of the Court in connection with that complaint.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference the following

factual allegations, jurisdictional allegations, and jury trial demand in the following complaint

[**check only one complaint**] and the following causes of action set forth in that complaint:

☐　　**Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF N. 6539 (check all causes of action that apply):**

　　☐　　COUNT I – Claims under Section 1605A(c) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(c), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[1]

　　☐　　COUNT II – Claims under Sections 1605A(d) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(d), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[2]

　　☐　　COUNT III – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA), on behalf of all "U.S. National" Plaintiffs.[3]

　　☐　　COUNT IV – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a), on behalf of all "U.S. National" Plaintiffs.

---

[1] Section 1605A of the Foreign Sovereign Immunities Act grants a right of action to (1) nationals of the United States, (2) members of the armed forces, (3) employees of the U.S. government (including individuals performing a contract awarded by the U.S. government) acting within the scope of employment, and legal representatives of persons described in (1), (2), or (3).

[2] See preceding footnote.

[3] The causes of action pursuant to the ATA, 18 U.S.C. § 2331 et seq., are asserted on behalf of Plaintiffs who are U.S. Nationals; estates, heirs, and survivors of U.S. Nationals; U.S. Nationals who are members of a putative class represented by such Plaintiffs; Plaintiffs who are subrogated to the rights of U.S. Nationals who incurred physical injuries to property and related losses as a result of the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks. The term "U.S. National Plaintiffs" in the context claims under JASTA or the ATA refers to all such parties.

☐  COUNT V – Committing actions of international terrorism in violation of 18 U.S.C. § 2333, on behalf of all "U.S. National" Plaintiffs. [4]

☐  COUNT VI – Wrongful death, on behalf of all Plaintiffs bringing Wrongful Death claim.

☐  COUNT VII – Negligence, on behalf of all Plaintiffs.

☐  COUNT VIII – Survival, on behalf of all Plaintiffs bring wrongful death claims.

☐  COUNT IX – Alien Tort Claims Act, on behalf of all Alien National Plaintiffs.[5]

☐  COUNT X – Assault and Battery, on behalf of all Plaintiffs bringing wrongful death and personal injury claims.

☐  COUNT XI – Conspiracy, on behalf of all Plaintiffs.

☐  COUNT XII – Negligent and/or intentional infliction of emotional distress on behalf of all Plaintiffs.

☐  COUNT XIV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Supervising Employees and Agents, on behalf of all Plaintiffs.

☐  COUNT XV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents, on behalf of all Plaintiffs.

☐  COUNT XVI – 18 U.S.C. § 1962(a)-(d) – Civil RICO, on behalf of all Plaintiffs.

☐  COUNT XVII – Trespass, on behalf of all Plaintiffs asserting claims for property damage and economic injuries.

☐  COUNT XVIII – Violations of international law, on behalf of all Plaintiffs.

---

[4] See preceding footnote.

[5] The causes of action pursuant to the Alien Tort Claims Act (ATCA), 28 U.S.C. § 1350, are asserted on behalf of Plaintiffs who are Alien Nationals; estates, heirs, and survivors of Alien Nationals who are not themselves U.S. Nationals; Alien Nationals who are members of a putative class represented by such Plaintiffs; subrogated to the rights of Alien Nationals who incurred injuries to property and related losses as a result of the September 11th attacks; and assignees of Alien Nationals killed or injured in the September 11th attacks.

■   *Ashton* **Sudan Amended Complaint, ECF No. 6537 (check all causes of actions that apply):**

   ■   First Cause of Action to Recover for Personal Injury and Wrongful Death Damages Pursuant to Section 1605A of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A.

   ■   Second Cause of Action to Recover Personal Injury and Wrongful Death Damages Pursuant to Section 1605B of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605B (JASTA) and the Anti-Terrorism Acts.

   ■   Third Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to State Tort Law.

   ■   Fourth Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to the Alien Tort Claims Act.

   ■   Fifth Cause of Action for Punitive Damages.

   ☐   Sixth Cause of Action for Property Damage.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001.  For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Cunningham, Paul | United Kingdom | United Kingdom | Michael J. Cunningham | Brother | *Bauer* action[6] Paragraph 50 |
| 2 | Cunningham, Sean | United Kingdom | United Kingdom | Michael J. Cunningham | Brother | *Bauer* action Paragraph 50 |

---

[6] *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

| 3 | Cunningham, Teresa | New Jersey | U.S. Citizen | Michael J. Cunningham | Wife | *Bauer* action Paragraph 50 |
|---|---|---|---|---|---|---|
| 4 | Cunningham, William | New Jersey | U.S. Citizen | Michael J. Cunningham | Son | *Bauer* action Paragraph 50 |
| 5 | D'Alessandro, Rose | New Jersey | U.S. Citizen | Joseph J. Keller | Wife | *Bauer* action Paragraph 36 |
| 6 | D'Ambola, Domenick | New Jersey | U.S. Citizen | Donna Giordano | Father | *Bauer* action Paragraph 41 |
| 7 | D'Ambola, Est. of Jessamine | New Jersey | U.S. Citizen | Donna Giordano | Mother | *Bauer* action Paragraph 41 |
| 8 | D'Ambrosi, Dean J. | Virginia | U.S. Citizen | Jack L. D'Ambrosi, Jr. | Brother | *Bauer* action Paragraph 21 |
| 9 | D'Ambrosi, Emily | New Jersey | U.S. Citizen | Jack L. D'Ambrosi, Jr. | Daughter | *Bauer* action Paragraph 21 |
| 10 | D'Abmrosi, Sr., Est. Jack L. | New Jersey | U.S. Citizen | Jack L. D'Ambrosi, Jr. | Father | *Bauer* action Paragraph 21 |
| 11 | D'Ambrosi, Karen | New Jersey | U.S. Citizen | Jack L. D'Ambrosi, Jr. | Wife | *Bauer* action Paragraph 21 |
| 12 | Danahy, Alison M. | New York | U.S. Citizen | Patrick W. Danahy | Daughter | *Bauer* action Paragraph 47 |
| 13 | Danahy, Grace A. | New York | U.S. Citizen | Patrick W. Danahy | Daughter | *Bauer* action Paragraph 47 |
| 14 | Danahy, Kathleen T. | New York | U.S. Citizen | Patrick W. Danahy | Daughter | *Bauer* action Paragraph 47 |
| 15 | Danahy, Mary | New York | U.S. Citizen | Patrick W. Danahy | Wife | *Bauer* action Paragraph 47 |
| 16 | Dembicki, Janyne V. | New Jersey | U.S. Citizen | Scott Vasel | Sister | *Bauer* action Paragraph 14 |
| 17 | DiMeglio, Daniel | Massachusetts | U.S. Citizen | David DiMeglio | Brother | *Bauer* action Paragraph 39 |
| 18 | DiMeglio, John | Massachusetts | U.S. Citizen | David DiMeglio | Father | *Bauer* action Paragraph 39 |
| 19 | DiMeglio, Patti S. | New Hampshire | U.S. Citizen | David DiMeglio | Mother | *Bauer* action Paragraph 39 |
| 20 | Dougherty, Mary Beth | New York | U.S. Citizen | Kevin Murphy | Sister | *Bauer* action Paragraph 11 |
| 21 | Eckert, Est. of Beverly | Connecticut | U.S. Citizen | Sean Rooney | Wife | *Bauer* action Paragraph 51 |
| 22 | Felt, Adrienne P. | California | U.S. Citizen | Edward P. Felt | Daughter | *Bauer* action Paragraph 35 |
| 23 | Felt, Gordon | New York | U.S. Citizen | Edward P. Felt | Brother | *Bauer* action Paragraph 35 |
| 24 | Felt, Kathryn | New Jersey | U.S. Citizen | Edward P. Felt | Daughter | *Bauer* action Paragraph 35 |

| 25 | Felt, Lawrence | Virginia | U.S. Citizen | Edward P. Felt | Brother | *Bauer* action Paragraph 35 |

Dated: January 29, 2021

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
Baumeister & Samuel, P.C.
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

                                           03-MDL-1570 (GBD)(SN)

In Re:

       TERROR ATTACKS ON           **SUDAN NOTICE**
       SEPTEMBER 11, 2001               **OF AMENDMENT**

------------------------------------------------------X
This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)
*York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN)

      Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the

above-referenced matter, ECF No. 3237, as permitted and approved by the Court's Order of

December 1, 2020, ECF No. 6547. Upon the filing of this Notice of Amendment, the underlying

Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs") as

plaintiffs raising claims against the Republic of the Sudan. The underlying Complaint is deemed

amended to include the factual allegations, jurisdictional allegations, and jury trial demand, as

indicated below, of (a) the Consolidated Amended Complaint as to the Republic of the Sudan

("SCAC"), ECF No. 6539, or (b) the *Ashton* Amended Complaint as to Sudan Defendant in

*Ashton v. the Republic of the Sudan*, No. 02-cv-6977, ECF No. 6537 (in 03-md-

1570)(hereinafter, the "*Ashton* Sudan Amended Complaint"), as well as all causes of action

specified below. The amendment effected through this Notice of Amendment supplements by

incorporation into, but does not displace, the underlying Complaint. This Notice of Amendment

relates solely to the Republic of Sudan and not apply to any other defendant.

      Upon filing this Sudan Notice of Amendment, each New Plaintiff is deemed to have

adopted all factual and jurisdictional allegations of the complaint that has been joined as

specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [**check only one complaint**] and the following causes of action set forth in that complaint:

□     **Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF N. 6539 (check all causes of action that apply):**

       □    COUNT I – Claims under Section 1605A(c) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(c), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[1]

       □    COUNT II – Claims under Sections 1605A(d) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(d), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[2]

       □    COUNT III – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA), on behalf of all "U.S. National" Plaintiffs.[3]

       □    COUNT IV – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a), on behalf of all "U.S. National" Plaintiffs.

---

[1] Section 1605A of the Foreign Sovereign Immunities Act grants a right of action to (1) nationals of the United States, (2) members of the armed forces, (3) employees of the U.S. government (including individuals performing a contract awarded by the U.S. government) acting within the scope of employment, and legal representatives of persons described in (1), (2), or (3).

[2] See preceding footnote.

[3] The causes of action pursuant to the ATA, 18 U.S.C. § 2331 et seq., are asserted on behalf of Plaintiffs who are U.S. Nationals; estates, heirs, and survivors of U.S. Nationals; U.S. Nationals who are members of a putative class represented by such Plaintiffs; Plaintiffs who are subrogated to the rights of U.S. Nationals who incurred physical injuries to property and related losses as a result of the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks. The term "U.S. National Plaintiffs" in the context claims under JASTA or the ATA refers to all such parties.

☐    COUNT V – Committing actions of international terrorism in violation of 18 U.S.C. § 2333, on behalf of all "U.S. National" Plaintiffs. [4]

☐    COUNT VI – Wrongful death, on behalf of all Plaintiffs bringing Wrongful Death claim.

☐    COUNT VII – Negligence, on behalf of all Plaintiffs.

☐    COUNT VIII – Survival, on behalf of all Plaintiffs bring wrongful death claims.

☐    COUNT IX – Alien Tort Claims Act, on behalf of all Alien National Plaintiffs.[5]

☐    COUNT X – Assault and Battery, on behalf of all Plaintiffs bringing wrongful death and personal injury claims.

☐    COUNT XI – Conspiracy, on behalf of all Plaintiffs.

☐    COUNT XII – Negligent and/or intentional infliction of emotional distress on behalf of all Plaintiffs.

☐    COUNT XIV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Supervising Employees and Agents, on behalf of all Plaintiffs.

☐    COUNT XV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents, on behalf of all Plaintiffs.

☐    COUNT XVI – 18 U.S.C. § 1962(a)-(d) – Civil RICO, on behalf of all Plaintiffs.

☐    COUNT XVII – Trespass, on behalf of all Plaintiffs asserting claims for property damage and economic injuries.

☐    COUNT XVIII – Violations of international law, on behalf of all Plaintiffs.

---

[4] See preceding footnote.

[5] The causes of action pursuant to the Alien Tort Claims Act (ATCA), 28 U.S.C. § 1350, are asserted on behalf of Plaintiffs who are Alien Nationals; estates, heirs, and survivors of Alien Nationals who are not themselves U.S. Nationals; Alien Nationals who are members of a putative class represented by such Plaintiffs; subrogated to the rights of Alien Nationals who incurred injuries to property and related losses as a result of the September 11th attacks; and assignees of Alien Nationals killed or injured in the September 11th attacks.

- ***Ashton*** **Sudan Amended Complaint, ECF No. 6537 (check all causes of actions that apply):**

  - First Cause of Action to Recover for Personal Injury and Wrongful Death Damages Pursuant to Section 1605A of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A.

  - Second Cause of Action to Recover Personal Injury and Wrongful Death Damages Pursuant to Section 1605B of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605B (JASTA) and the Anti-Terrorism Acts.

  - Third Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to State Tort Law.

  - Fourth Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to the Alien Tort Claims Act.

  - Fifth Cause of Action for Punitive Damages.

  - ☐ Sixth Cause of Action for Property Damage.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001.  For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

|  | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Felt, Sandra V. | New Jersey | U.S. Citizen | Edward P. Felt | Wife | *Bauer* action[6] Paragraph 35 |
| 2 | Felt, Shirley A. | New York | U.S. Citizen | Edward P. Felt | Mother | *Bauer* action Paragraph 35 |

---

[6] *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

| 3 | Ferrell, Michele | New Jersey | U.S. Citizen | Donald T. Jones, II | Wife | *Bauer* action Paragraph 13 |
|---|---|---|---|---|---|---|
| 4 | Foster, Megan | New Jersey | U.S. Citizen | Noel Foster | Daughter | *York* action[7] Paragraph 8 |
| 5 | Foster, Nancy | New Jersey | U.S. Citizen | Noel Foster | Wife | *York* action Paragraph 8 |
| 6 | Foster, Nicole | New Jersey | U.S. Citizen | Noel Foster | Daughter | *York* Action Paragraph 8 |
| 7 | Gallucci, Alyssa | California | U.S. Citizen | Vincenzo Gallucci | Daughter | *Bauer* action Paragraph 16 |
| 8 | Gallucci, Angela | New Jersey | U.S. Citizen | Vincenzo Gallucci | Mother | *Bauer* action Paragraph 16 |
| 9 | Gallucci, Barbara | New Jersey | U.S. Citizen | Vincenzo Gallucci | Wife | *Bauer* action Paragraph 16 |
| 10 | Gallucci, Est. of Joseph | New Jersey | U.S. Citizen | Vincenzo Gallucci | Father | *Bauer* action Paragraph 16 |
| 11 | Gallucci, Joseph D. | Washington | U.S. Citizen | Vincenzo Gallucci | Son | *Bauer* action Paragraph 16 |
| 12 | Giordano, Michael | New Jersey | U.S. Citizen | Donna Giordano | Son | *Bauer* action Paragraph 41 |
| 13 | Glick, Emerson | New Hampshire | U.S. Citizen | Jeremy Glick | Daughter | *Bauer* action Paragraph 37 |
| 14 | Glick, Jared | New Jersey | U.S. Citizen | Jeremy Glick | Brother | *Bauer* action Paragraph 37 |
| 15 | Glick, Jed | New York | U.S. Citizen | Jeremy Glick | Brother | *Bauer* action Paragraph 37 |
| 16 | Glick, Jennifer | New Jersey | U.S. Citizen | Jeremy Glick | Sister | *Bauer* action Paragraph 37 |
| 17 | Glick, Joan | New Jersey | U.S. Citizen | Jeremy Glick | Mother | *Bauer* action Paragraph 37 |
| 18 | Glick, Jonah | Japan | U.S. Citizen | Jeremy Glick | Brother | *Bauer* action Paragraph 37 |
| 19 | Glick, Lloyd | New Jersey | U.S. Citizen | Jeremy Glick | Father | *Bauer* action Paragraph 37 |
| 20 | Glick-Best, Lyzbeth | New Hampshire | U.S. Citizen | Jeremy Glick | Wife | *Bauer* action Paragraph 37 |
| 21 | Glick-Danino, Joanna | New York | U.S. Citizen | Jeremy Glick | Sister | *Bauer* action Paragraph 37 |
| 22 | Goldstein, Hanna | New Jersey | U.S. Citizen | Steven Goldstein | Daughter | *Bauer* action Paragraph 19 |
| 23 | Goldstein, Harris | New Jersey | U.S. Citizen | Steven Goldstein | Son | *Bauer* action Paragraph 19 |
| 24 | Goldstein, Jill | New Jersey | U.S. Citizen | Steven Goldstein | Wife | *Bauer* action Paragraph 19 |
| 25 | Gronlund, Est. of Arthur G. | Florida | U.S. Citizen | Linda K. Gronlund | Father | *Bauer* action Paragraph 38 |

---

[7] *York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN), herein referred to as *York* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

Dated: February 1, 2021

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In Re:

      TERROR ATTACKS ON
      SEPTEMBER 11, 2001

------------------------------------------------------X

03-MDL-1570 (GBD)(SN)

**SUDAN NOTICE
OF AMENDMENT**

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)
*York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN)

Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the above-referenced matter, ECF No. 3237, as permitted and approved by the Court's Order of December 1, 2020, ECF No. 6547. Upon the filing of this Notice of Amendment, the underlying Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs") as plaintiffs raising claims against the Republic of the Sudan. The underlying Complaint is deemed amended to include the factual allegations, jurisdictional allegations, and jury trial demand, as indicated below, of (a) the Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF No. 6539, or (b) the *Ashton* Amended Complaint as to Sudan Defendant in *Ashton v. the Republic of the Sudan*, No. 02-cv-6977, ECF No. 6537 (in 03-md-1570)(hereinafter, the "*Ashton* Sudan Amended Complaint"), as well as all causes of action specified below. The amendment effected through this Notice of Amendment supplements by incorporation into, but does not displace, the underlying Complaint. This Notice of Amendment relates solely to the Republic of Sudan and not apply to any other defendant.

Upon filing this Sudan Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as

specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [**check only one complaint**] and the following causes of action set forth in that complaint:

☐     **Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF N. 6539 (check all causes of action that apply):**

        ☐     COUNT I – Claims under Section 1605A(c) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(c), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[1]

        ☐     COUNT II – Claims under Sections 1605A(d) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(d), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[2]

        ☐     COUNT III – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA), on behalf of all "U.S. National" Plaintiffs.[3]

        ☐     COUNT IV – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a), on behalf of all "U.S. National" Plaintiffs.

---

[1] Section 1605A of the Foreign Sovereign Immunities Act grants a right of action to (1) nationals of the United States, (2) members of the armed forces, (3) employees of the U.S. government (including individuals performing a contract awarded by the U.S. government) acting within the scope of employment, and legal representatives of persons described in (1), (2), or (3).

[2] See preceding footnote.

[3] The causes of action pursuant to the ATA, 18 U.S.C. § 2331 et seq., are asserted on behalf of Plaintiffs who are U.S. Nationals; estates, heirs, and survivors of U.S. Nationals; U.S. Nationals who are members of a putative class represented by such Plaintiffs; Plaintiffs who are subrogated to the rights of U.S. Nationals who incurred physical injuries to property and related losses as a result of the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks. The term "U.S. National Plaintiffs" in the context claims under JASTA or the ATA refers to all such parties.

☐    COUNT V – Committing actions of international terrorism in violation of 18 U.S.C. § 2333, on behalf of all "U.S. National" Plaintiffs. [4]

☐    COUNT VI – Wrongful death, on behalf of all Plaintiffs bringing Wrongful Death claim.

☐    COUNT VII – Negligence, on behalf of all Plaintiffs.

☐    COUNT VIII – Survival, on behalf of all Plaintiffs bring wrongful death claims.

☐    COUNT IX – Alien Tort Claims Act, on behalf of all Alien National Plaintiffs.[5]

☐    COUNT X – Assault and Battery, on behalf of all Plaintiffs bringing wrongful death and personal injury claims.

☐    COUNT XI – Conspiracy, on behalf of all Plaintiffs.

☐    COUNT XII – Negligent and/or intentional infliction of emotional distress on behalf of all Plaintiffs.

☐    COUNT XIV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Supervising Employees and Agents, on behalf of all Plaintiffs.

☐    COUNT XV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents, on behalf of all Plaintiffs.

☐    COUNT XVI – 18 U.S.C. § 1962(a)-(d) – Civil RICO, on behalf of all Plaintiffs.

☐    COUNT XVII – Trespass, on behalf of all Plaintiffs asserting claims for property damage and economic injuries.

☐    COUNT XVIII – Violations of international law, on behalf of all Plaintiffs.

---

[4] See preceding footnote.

[5] The causes of action pursuant to the Alien Tort Claims Act (ATCA), 28 U.S.C. § 1350, are asserted on behalf of Plaintiffs who are Alien Nationals; estates, heirs, and survivors of Alien Nationals who are not themselves U.S. Nationals; Alien Nationals who are members of a putative class represented by such Plaintiffs; subrogated to the rights of Alien Nationals who incurred injuries to property and related losses as a result of the September 11th attacks; and assignees of Alien Nationals killed or injured in the September 11th attacks.

- ■ *Ashton* **Sudan Amended Complaint, ECF No. 6537 (check all causes of actions that apply):**

  - ■ First Cause of Action to Recover for Personal Injury and Wrongful Death Damages Pursuant to Section 1605A of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A.

  - ■ Second Cause of Action to Recover Personal Injury and Wrongful Death Damages Pursuant to Section 1605B of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605B (JASTA) and the Anti-Terrorism Acts.

  - ■ Third Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to State Tort Law.

  - ■ Fourth Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to the Alien Tort Claims Act.

  - ■ Fifth Cause of Action for Punitive Damages.

  - ☐ Sixth Cause of Action for Property Damage.

### IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Gronlund, Est. of Doris | New York | U.S. Citizen | Linda K. Gronlund | Mother | *Bauer* action[6] Paragraph 38 |
| 2 | Hannaford, Eileen | New Jersey | U.S. Citizen | Kevin J. Hannaford, Sr. | Wife | *Bauer* action Paragraph 18 |

---

[6] *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

| 3 | Hannaford, Jr., Kevin J. | New Jersey | U.S. Citizen | Kevin J. Hannaford, Sr. | Son | *Bauer* action Paragraph 18 |
|---|---|---|---|---|---|---|
| 4 | Hannaford, Patrick J. | New Jersey | U.S. Citizen | Kevin J. Hannaford, Sr. | Son | *Bauer* action Paragraph |
| 5 | Hayes, Bernadette T. | United Kingdom | United Kingdom | Michael J. Cunningham | Sister | *Bauer* action Paragraph 50 |
| 6 | Hebert, Kathryn | Connecticut | U.S. Citizen | Adam J. Lewis | Sister | *York* action[7] Paragraph 7 |
| 7 | Henry, Jennifer J. | New York | U.S. Citizen | Shawn E. Bowman, Jr. | Wife | *Bauer* action Paragraph 8 |
| 8 | Hicks, Susan | New York | U.S. Citizen | Daniel Smith | Sister | *Ashton* 5th Amended[8] |
| 9 | Hoadley, Est. of Richard | Nevada | U.S. Citizen | Jean H. Peterson | Brother | *Bauer* action Paragraph 34 |
| 10 | Hoadley, Est. of Virginia A. | Nevada | U.S. Citizen | Jean H. Peterson | Mother | *Bauer* action Paragraph 34 |
| 11 | Hoadley, Est. of Walter E. | Nevada | U.S. Citizen | Jean H. Peterson | Father | *Bauer* action Paragraph 34 |
| 12 | Hughes, Ellen | New Jersey | U.S. Citizen | Steven F. Schlag | Sister | *Bauer* action Paragraph 10 |
| 13 | Jack, Est. of Helen M. | Colorado | U.S. Citizen | Bryan C. Jack | Mother | *Bauer* action Paragraph 40 |
| 14 | Jack, Est. of James H. | Colorado | U.S. Citizen | Bryan C. Jack | Father | *Bauer* action Paragraph 40 |
| 15 | Jack, James T. | New Mexico | U.S. Citizen | Bryan C. Jack | Brother | *Bauer* action Paragraph 40 |
| 16 | Johnson, Margaret A. | Florida | U.S. Citizen | Scott Johnson | Mother | *Bauer* action Paragraph 55 |
| 17 | Johnson, Est. of Thomas P. | Delaware | U.S. Citizen | Scott Johnson | Brother | *Bauer* action Paragraph 55 |
| 18 | Johnson, Thomas S. | Florida | U.S. Citizen | Scott Johnson | Father | *Bauer* action Paragraph 55 |
| 19 | Jones, Sr., Est. of Donald T. | New Jersey | U.S. Citizen | Donald T. Jones, II | Father | *Bauer* action Paragraph 13 |
| 20 | Jones, III, Donald T. | New Jersey | U.S. Citizen | Donald T. Jones, II | Son | *Bauer* action Paragraph 13 |
| 21 | Jones, Judith | New Jersey | U.S. Citizen | Donald T. Jones, II | Mother | *Bauer* action Paragraph 13 |
| 22 | Jones, Taylor N. | New Jersey | U.S. Citizen | Donald T. Jones, II | Daughter | *Bauer* action Paragraph 13 |

[7] *York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN), herein referred to as *York* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

[8] Smith Plaintiff was added to *Ashton* 5th Amended Consolidated Master Complaint filed on 09/02/2004, page 4, ECF No. 447.

| 23 | Jones, William B. | New Jersey | U.S. Citizen | Donald T. Jones, II | Brother | *Bauer* action Paragraph 13 |
| 24 | Kane, Adam | New Jersey | U.S. Citizen | Howard Kane | Brother | *Bauer* action Paragraph 53 |
| 25 | Kane, Est. of Bruce | New Jersey | U.S. Citizen | Howard Kane | Mother | *Bauer* action Paragraph 53 |

Dated: February 1, 2021

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

                                        03-MDL-1570 (GBD)(SN)
In Re:
        TERROR ATTACKS ON           **SUDAN NOTICE**
        SEPTEMBER 11, 2001          **OF AMENDMENT**

------------------------------------------------------X
This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)
*York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN)

Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the
above-referenced matter, ECF No. 3237, as permitted and approved by the Court's Order of
December 1, 2020, ECF No. 6547. Upon the filing of this Notice of Amendment, the underlying
Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs") as
plaintiffs raising claims against the Republic of the Sudan. The underlying Complaint is deemed
amended to include the factual allegations, jurisdictional allegations, and jury trial demand, as
indicated below, of (a) the Consolidated Amended Complaint as to the Republic of the Sudan
("SCAC"), ECF No. 6539, or (b) the *Ashton* Amended Complaint as to Sudan Defendant in
*Ashton v. the Republic of the Sudan*, No. 02-cv-6977, ECF No. 6537 (in 03-md-
1570)(hereinafter, the "*Ashton* Sudan Amended Complaint"), as well as all causes of action
specified below. The amendment effected through this Notice of Amendment supplements by
incorporation into, but does not displace, the underlying Complaint. This Notice of Amendment
relates solely to the Republic of Sudan and not apply to any other defendant.

Upon filing this Sudan Notice of Amendment, each New Plaintiff is deemed to have
adopted all factual and jurisdictional allegations of the complaint that has been joined as

1

specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [**check only one complaint**] and the following causes of action set forth in that complaint:

☐ **Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF N. 6539 (check all causes of action that apply):**

    ☐ COUNT I – Claims under Section 1605A(c) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(c), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[1]

    ☐ COUNT II – Claims under Sections 1605A(d) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(d), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[2]

    ☐ COUNT III – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA), on behalf of all "U.S. National" Plaintiffs.[3]

    ☐ COUNT IV – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a), on behalf of all "U.S. National" Plaintiffs.

---

[1] Section 1605A of the Foreign Sovereign Immunities Act grants a right of action to (1) nationals of the United States, (2) members of the armed forces, (3) employees of the U.S. government (including individuals performing a contract awarded by the U.S. government) acting within the scope of employment, and legal representatives of persons described in (1), (2), or (3).

[2] See preceding footnote.

[3] The causes of action pursuant to the ATA, 18 U.S.C. § 2331 et seq., are asserted on behalf of Plaintiffs who are U.S. Nationals; estates, heirs, and survivors of U.S. Nationals; U.S. Nationals who are members of a putative class represented by such Plaintiffs; Plaintiffs who are subrogated to the rights of U.S. Nationals who incurred physical injuries to property and related losses as a result of the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks. The term "U.S. National Plaintiffs" in the context claims under JASTA or the ATA refers to all such parties.

☐     COUNT V – Committing actions of international terrorism in violation of 18 U.S.C. § 2333, on behalf of all "U.S. National" Plaintiffs. [4]

☐     COUNT VI – Wrongful death, on behalf of all Plaintiffs bringing Wrongful Death claim.

☐     COUNT VII – Negligence, on behalf of all Plaintiffs.

☐     COUNT VIII – Survival, on behalf of all Plaintiffs bring wrongful death claims.

☐     COUNT IX – Alien Tort Claims Act, on behalf of all Alien National Plaintiffs. [5]

☐     COUNT X – Assault and Battery, on behalf of all Plaintiffs bringing wrongful death and personal injury claims.

☐     COUNT XI – Conspiracy, on behalf of all Plaintiffs.

☐     COUNT XII – Negligent and/or intentional infliction of emotional distress on behalf of all Plaintiffs.

☐     COUNT XIV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Supervising Employees and Agents, on behalf of all Plaintiffs.

☐     COUNT XV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents, on behalf of all Plaintiffs.

☐     COUNT XVI – 18 U.S.C. § 1962(a)-(d) – Civil RICO, on behalf of all Plaintiffs.

☐     COUNT XVII – Trespass, on behalf of all Plaintiffs asserting claims for property damage and economic injuries.

☐     COUNT XVIII – Violations of international law, on behalf of all Plaintiffs.

---

[4] See preceding footnote.

[5] The causes of action pursuant to the Alien Tort Claims Act (ATCA), 28 U.S.C. § 1350, are asserted on behalf of Plaintiffs who are Alien Nationals; estates, heirs, and survivors of Alien Nationals who are not themselves U.S. Nationals; Alien Nationals who are members of a putative class represented by such Plaintiffs; subrogated to the rights of Alien Nationals who incurred injuries to property and related losses as a result of the September 11th attacks; and assignees of Alien Nationals killed or injured in the September 11th attacks.

- ***Ashton* Sudan Amended Complaint, ECF No. 6537 (check all causes of actions that apply):**

  - First Cause of Action to Recover for Personal Injury and Wrongful Death Damages Pursuant to Section 1605A of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A.

  - Second Cause of Action to Recover Personal Injury and Wrongful Death Damages Pursuant to Section 1605B of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605B (JASTA) and the Anti-Terrorism Acts.

  - Third Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to State Tort Law.

  - Fourth Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to the Alien Tort Claims Act.

  - Fifth Cause of Action for Punitive Damages.

  - ☐ Sixth Cause of Action for Property Damage.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001.  For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Kane, Jason B. | New Jersey | U.S. Citizen | Howard Kane | Son | *Bauer* action[6] Paragraph 53 |
| 2 | Kane, Lori | New Jersey | U.S. Citizen | Howard Kane | Wife | *Bauer* action Paragraph 53 |

---

[6]*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

| 3 | Kane, Rochelle | New Jersey | U.S. Citizen | Howard Kane | Mother | *Bauer* action Paragraph 53 |
|---|---|---|---|---|---|---|
| 4 | Keller, Joseph D. | New Jersey | U.S. Citizen | Joseph J. Keller | Son | *Bauer* action Paragraph 36 |
| 5 | Keller, Sydnie R. | New Jersey | U.S. Citizen | Joseph J. Keller | Daughter | *Bauer* action Paragraph 36 |
| 6 | Kelly, Phyllis | New Jersey | U.S. Citizen | Salvatore Zisa | Sister | *Bauer* action Paragraph 36 |
| 7 | Lewis, Arthur | Connecticut | U.S. Citizen | Adam J. Lewis | Son | *York* action[7] Paragraph 7 |
| 8 | Lewis, Caroline | Connecticut | U.S. Citizen | Adam J. Lewis | Daughter | *York* action Paragraph 7 |
| 9 | Lewis, Geraldine | Connecticut | U.S. Citizen | Adam J. Lewis | Mother | *York* action Paragraph 7 |
| 10 | Lewis, Patricia D. | Connecticut | U.S. Citizen | Adam J. Lewis | Wife | *York* action Paragraph 7 |
| 11 | Lewis, Reilly | Connecticut | U.S. Citizen | Adam J. Lewis | Daughter | *York* action Paragraph 7 |
| 12 | Lewis, Sophia | Connecticut | U.S. Citizen | Adam J. Lewis | Daughter | *York* action Paragraph 7 |
| 13 | Lutz, Jennifer | North Carolina | U.S. Citizen | Joseph J. Keller | Sister | *Bauer* action Paragraph 36 |
| 14 | MacRae, Ann B. | New York | U.S. Citizen | Catherine F. MacRae | Mother | *Bauer* action Paragraph 31 |
| 15 | MacRae, Ann C. | New York | U.S. Citizen | Catherine F. MacRae | Sister | *Bauer* action Paragraph 31 |
| 16 | MacRae, III, Cameron F. | New York | U.S. Citizen | Catherine F. MacRae | Father | *Bauer* action Paragraph 31 |
| 17 | Magee, Mary Beth | Utah | U.S. Citizen | Thomas M. Brennan | Sister | *Bauer* action Paragraph 45 |
| 18 | Magnuson, Audrey | New Jersey | U.S. Citizen | Ronald E. Magnuson | Wife | *Bauer* action Paragraph 20 |
| 19 | Magnuson, Jeffrey | New Jersey | U.S. Citizen | Ronald E. Magnuson | Son | *Bauer* action Paragraph 20 |
| 20 | Magnuson, Knut | Connecticut | U.S. Citizen | Ronald E. Magnuson | Brother | *Bauer* action Paragraph 20 |
| 21 | Magnuson, Sheryl | New Jersey | U.S. Citizen | Ronald E. Magnuson | Daughter | *Bauer* action Paragraph 20 |
| 22 | Maher, Est. of Jeanne | New York | U.S. Citizen | Daniel L. Maher | Mother | *Bauer* action Paragraph 17 |
| 23 | Maher, James | Florida | U.S. Citizen | Daniel L. Maher | Brother | *Bauer* action Paragraph 17 |
| 24 | Maher, Est. of Raymond | Texas | U.S. Citizen | Daniel L. Maher | Brother | *Bauer* action Paragraph 17 |
| 25 | Marasciulo, Maria | New Jersey | U.S. Citizen | Michael Tanner | Sister | *Bauer* action Paragraph 25 |

---

[7] *York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN), herein referred to as *York* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

Dated: February 1, 2021

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:
      TERROR ATTACKS ON
      SEPTEMBER 11, 2001

-------------------------------------------------------X
This document relates to:

03-MDL-1570 (GBD)(SN)

**SUDAN NOTICE**
**OF AMENDMENT**

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)
*York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN)

      Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the above-referenced matter, ECF No. 3237, as permitted and approved by the Court's Order of December 1, 2020, ECF No. 6547. Upon the filing of this Notice of Amendment, the underlying Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs") as plaintiffs raising claims against the Republic of the Sudan. The underlying Complaint is deemed amended to include the factual allegations, jurisdictional allegations, and jury trial demand, as indicated below, of (a) the Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF No. 6539, or (b) the *Ashton* Amended Complaint as to Sudan Defendant in *Ashton v. the Republic of the Sudan*, No. 02-cv-6977, ECF No. 6537 (in 03-md-1570)(hereinafter, the "*Ashton* Sudan Amended Complaint"), as well as all causes of action specified below. The amendment effected through this Notice of Amendment supplements by incorporation into, but does not displace, the underlying Complaint. This Notice of Amendment relates solely to the Republic of Sudan and not apply to any other defendant.

      Upon filing this Sudan Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as

specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [**check only one complaint**] and the following causes of action set forth in that complaint:

□     **Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF N. 6539 (check all causes of action that apply):**

      □     COUNT I – Claims under Section 1605A(c) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(c), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[1]

      □     COUNT II – Claims under Sections 1605A(d) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(d), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[2]

      □     COUNT III – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA), on behalf of all "U.S. National" Plaintiffs.[3]

      □     COUNT IV – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a), on behalf of all "U.S. National" Plaintiffs.

---

[1] Section 1605A of the Foreign Sovereign Immunities Act grants a right of action to (1) nationals of the United States, (2) members of the armed forces, (3) employees of the U.S. government (including individuals performing a contract awarded by the U.S. government) acting within the scope of employment, and legal representatives of persons described in (1), (2), or (3).

[2] See preceding footnote.

[3] The causes of action pursuant to the ATA, 18 U.S.C. § 2331 et seq., are asserted on behalf of Plaintiffs who are U.S. Nationals; estates, heirs, and survivors of U.S. Nationals; U.S. Nationals who are members of a putative class represented by such Plaintiffs; Plaintiffs who are subrogated to the rights of U.S. Nationals who incurred physical injuries to property and related losses as a result of the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks. The term "U.S. National Plaintiffs" in the context claims under JASTA or the ATA refers to all such parties.

☐    COUNT V – Committing actions of international terrorism in violation of 18 U.S.C. § 2333, on behalf of all "U.S. National" Plaintiffs. [4]

☐    COUNT VI – Wrongful death, on behalf of all Plaintiffs bringing Wrongful Death claim.

☐    COUNT VII – Negligence, on behalf of all Plaintiffs.

☐    COUNT VIII – Survival, on behalf of all Plaintiffs bring wrongful death claims.

☐    COUNT IX – Alien Tort Claims Act, on behalf of all Alien National Plaintiffs.[5]

☐    COUNT X – Assault and Battery, on behalf of all Plaintiffs bringing wrongful death and personal injury claims.

☐    COUNT XI – Conspiracy, on behalf of all Plaintiffs.

☐    COUNT XII – Negligent and/or intentional infliction of emotional distress on behalf of all Plaintiffs.

☐    COUNT XIV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Supervising Employees and Agents, on behalf of all Plaintiffs.

☐    COUNT XV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents, on behalf of all Plaintiffs.

☐    COUNT XVI – 18 U.S.C. § 1962(a)-(d) – Civil RICO, on behalf of all Plaintiffs.

☐    COUNT XVII – Trespass, on behalf of all Plaintiffs asserting claims for property damage and economic injuries.

☐    COUNT XVIII – Violations of international law, on behalf of all Plaintiffs.

---

[4] See preceding footnote.

[5] The causes of action pursuant to the Alien Tort Claims Act (ATCA), 28 U.S.C. § 1350, are asserted on behalf of Plaintiffs who are Alien Nationals; estates, heirs, and survivors of Alien Nationals who are not themselves U.S. Nationals; Alien Nationals who are members of a putative class represented by such Plaintiffs; subrogated to the rights of Alien Nationals who incurred injuries to property and related losses as a result of the September 11th attacks; and assignees of Alien Nationals killed or injured in the September 11th attacks.

■   ***Ashton*** **Sudan Amended Complaint, ECF No. 6537 (check all causes of actions that apply):**

■   First Cause of Action to Recover for Personal Injury and Wrongful Death Damages Pursuant to Section 1605A of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A.

■   Second Cause of Action to Recover Personal Injury and Wrongful Death Damages Pursuant to Section 1605B of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605B (JASTA) and the Anti-Terrorism Acts.

■   Third Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to State Tort Law.

■   Fourth Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to the Alien Tort Claims Act.

■   Fifth Cause of Action for Punitive Damages.

☐   Sixth Cause of Action for Property Damage.

### IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001.  For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

|   | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Brady, Joan | New Jersey | U.S. Citizen | John A. Candela | Sister | *Bauer* action[6] Paragraph 9 |
| 2 | Mee, Karen A. | New Jersey | U.S. Citizen | John A. Candela | Sister | *Bauer* action Paragraph 9 |
| 3 | Mennona, Heidi | New Jersey | U.S. Citizen | David R. Meyer | Daughter | *Bauer* action Paragraph 15 |

---

[6] *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

4

| 4 | Meyer, Charles | New Jersey | U.S. Citizen | David R. Meyer | Brother | *Bauer* action Paragraph 15 |
|---|---|---|---|---|---|---|
| 5 | Meyer, Kristine | New Jersey | U.S. Citizen | David R. Meyer | Sister | *Bauer* action Paragraph 15 |
| 6 | Meyer, Margaret | New Jersey | U.S. Citizen | David R. Meyer | Wife | *Bauer* action Paragraph 15 |
| 7 | Meyer-Fuchs, Dawn | New Jersey | U.S. Citizen | David R. Meyer | Daughter | *Bauer* action Paragraph 15 |
| 8 | Montanaro, Est. of Frank | New York | U.S. Citizen | Kristen L. Montanaro | Father | *Bauer* action Paragraph 24 |
| 9 | Montanaro, Jamie | New York | U.S. Citizen | Kristen L. Montanaro | Sister | *Bauer* action Paragraph 24 |
| 10 | Montanaro, Karen | New York | U.S. Citizen | Kristen L. Montanaro | Sister | *Bauer* action Paragraph 24 |
| 11 | Murphy, Beth K. | New York | U.S. Citizen | Kevin Murphy | Wife | *Bauer* action Paragraph 11 |
| 12 | Murphy, Caitlyn B. | New York | U.S. Citizen | Kevin Murphy | Daughter | *Bauer* action Paragraph 11 |
| 13 | Murphy, Connor J. | New York | U.S. Citizen | Kevin Murphy | Son | *Bauer* action Paragraph 11 |
| 14 | Murphy, John F. | Massachusetts | U.S. Citizen | Kevin Murphy | Brother | *Bauer* action Paragraph 11 |
| 15 | Murphy, Michael J. | Ohio | U.S. Citizen | Kevin Murphy | Brother | *Bauer* action Paragraph 11 |
| 16 | Murphy, Jr., Est. of Timothy F. | North Carolina | U.S. Citizen | Kevin Murphy | Father | *Bauer* action Paragraph 11 |
| 17 | Murphy, Timothy P. | New York | U.S. Citizen | Kevin Murphy | Brother | *Bauer* action Paragraph 11 |
| 18 | Nebbia, Jean | Florida | U.S. Citizen | Steven F. Schlag | Sister | *Bauer* action Paragraph 10 |
| 19 | Orsini, Arlene | New Jersey | U.S. Citizen | Ronald Orsini | Wife | *Bauer* action Paragraph 17 |
| 20 | Orsini, Est. of Robert | Nevada | U.S. Citizen | Ronald Orsini | Brother | *Bauer* action Paragraph 17 |
| 21 | Pandolfi, Danielle | New Jersey | U.S. Citizen | Ronald Orsini | Daughter | *Bauer* action Paragraph 17 |
| 22 | Parris, Aubrey | New York | U.S. Citizen | Colin Bonnett | Father | *Bauer* action Paragraph 6 |
| 23 | Passaretta, Pamela | Wash., D.C. | U.S. Citizen | Adam J. Lewis | Sister | *York* action[7] Paragraph 7 |
| 24 | Penavic, Suzanne J. | New York | U.S. Citizen | Joseph Sisolak | Wife | *Bauer* action Paragraph 54 |
| 25 | Powell, Anna J. | New York | U.S. Citizen | Joseph Sisolak | Mother | *Bauer* action Paragraph 54 |

---

[7] *York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN), herein referred to as *York* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

Dated: February 2, 2021

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

                                            03-MDL-1570 (GBD)(SN)

In Re:
        TERROR ATTACKS ON                   **SUDAN NOTICE**
        SEPTEMBER 11, 2001                  **OF AMENDMENT**

-----------------------------------------------------X
This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)
*York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN)

        Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the

above-referenced matter, ECF No. 3237, as permitted and approved by the Court's Order of

December 1, 2020, ECF No. 6547.  Upon the filing of this Notice of Amendment, the underlying

Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs") as

plaintiffs raising claims against the Republic of the Sudan.  The underlying Complaint is deemed

amended to include the factual allegations, jurisdictional allegations, and jury trial demand, as

indicated below, of (a) the Consolidated Amended Complaint as to the Republic of the Sudan

("SCAC"), ECF No. 6539, or (b) the *Ashton* Amended Complaint as to Sudan Defendant in

*Ashton v. the Republic of the Sudan*, No. 02-cv-6977, ECF No. 6537 (in 03-md-

1570)(hereinafter, the "*Ashton* Sudan Amended Complaint"), as well as all causes of action

specified below.  The amendment effected through this Notice of Amendment supplements by

incorporation into, but does not displace, the underlying Complaint.  This Notice of Amendment

relates solely to the Republic of Sudan and not apply to any other defendant.

        Upon filing this Sudan Notice of Amendment, each New Plaintiff is deemed to have

adopted all factual and jurisdictional allegations of the complaint that has been joined as

                                            1

specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [**check <u>only one</u> complaint**] and the following causes of action set forth in that complaint:

☐ **Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF N. 6539 (check all causes of action that apply):**

    ☐ COUNT I – Claims under Section 1605A(c) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(c), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[1]

    ☐ COUNT II – Claims under Sections 1605A(d) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(d), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[2]

    ☐ COUNT III – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA), on behalf of all "U.S. National" Plaintiffs.[3]

    ☐ COUNT IV – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a), on behalf of all "U.S. National" Plaintiffs.

---

[1] Section 1605A of the Foreign Sovereign Immunities Act grants a right of action to (1) nationals of the United States, (2) members of the armed forces, (3) employees of the U.S. government (including individuals performing a contract awarded by the U.S. government) acting within the scope of employment, and legal representatives of persons described in (1), (2), or (3).

[2] See preceding footnote.

[3] The causes of action pursuant to the ATA, 18 U.S.C. § 2331 et seq., are asserted on behalf of Plaintiffs who are U.S. Nationals; estates, heirs, and survivors of U.S. Nationals; U.S. Nationals who are members of a putative class represented by such Plaintiffs; Plaintiffs who are subrogated to the rights of U.S. Nationals who incurred physical injuries to property and related losses as a result of the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks. The term "U.S. National Plaintiffs" in the context claims under JASTA or the ATA refers to all such parties.

    ☐    COUNT V – Committing actions of international terrorism in violation of 18 U.S.C. § 2333, on behalf of all "U.S. National" Plaintiffs. [4]

    ☐    COUNT VI – Wrongful death, on behalf of all Plaintiffs bringing Wrongful Death claim.

    ☐    COUNT VII – Negligence, on behalf of all Plaintiffs.

    ☐    COUNT VIII – Survival, on behalf of all Plaintiffs bring wrongful death claims.

    ☐    COUNT IX – Alien Tort Claims Act, on behalf of all Alien National Plaintiffs.[5]

    ☐    COUNT X – Assault and Battery, on behalf of all Plaintiffs bringing wrongful death and personal injury claims.

    ☐    COUNT XI – Conspiracy, on behalf of all Plaintiffs.

    ☐    COUNT XII – Negligent and/or intentional infliction of emotional distress on behalf of all Plaintiffs.

    ☐    COUNT XIV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Supervising Employees and Agents, on behalf of all Plaintiffs.

    ☐    COUNT XV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents, on behalf of all Plaintiffs.

    ☐    COUNT XVI – 18 U.S.C. § 1962(a)-(d) – Civil RICO, on behalf of all Plaintiffs.

    ☐    COUNT XVII – Trespass, on behalf of all Plaintiffs asserting claims for property damage and economic injuries.

    ☐    COUNT XVIII – Violations of international law, on behalf of all Plaintiffs.

---

[4] See preceding footnote.

[5] The causes of action pursuant to the Alien Tort Claims Act (ATCA), 28 U.S.C. § 1350, are asserted on behalf of Plaintiffs who are Alien Nationals; estates, heirs, and survivors of Alien Nationals who are not themselves U.S. Nationals; Alien Nationals who are members of a putative class represented by such Plaintiffs; subrogated to the rights of Alien Nationals who incurred injuries to property and related losses as a result of the September 11th attacks; and assignees of Alien Nationals killed or injured in the September 11th attacks.

■ ***Ashton*** **Sudan Amended Complaint, ECF No. 6537 (check all causes of actions that apply):**

    ■ First Cause of Action to Recover for Personal Injury and Wrongful Death Damages Pursuant to Section 1605A of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A.

    ■ Second Cause of Action to Recover Personal Injury and Wrongful Death Damages Pursuant to Section 1605B of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605B (JASTA) and the Anti-Terrorism Acts.

    ■ Third Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to State Tort Law.

    ■ Fourth Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to the Alien Tort Claims Act.

    ■ Fifth Cause of Action for Punitive Damages.

    □ Sixth Cause of Action for Property Damage.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Presto, Jane | New Jersey | U.S. Citizen | Salvatore Zisa | Sister | *Bauer* action[6] Paragraph 12 |
| 2 | Price-Salkever, Jennifer | Massachusetts | U.S. Citizen | Jean H. Peterson | Daughter | *Bauer* action Paragraph 34 |

---

[6] *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

| 3 | Rachko, Barbara | Virginia | U.S. Citizen | Bryan C. Jack | Wife | *Bauer* action Paragraph 40 |
|---|---|---|---|---|---|---|
| 4 | Reller, Teresa | New York | U.S. Citizen | Joseph Sisolak | Sister | *Bauer* action Paragraph 54 |
| 5 | Robb, Ellen | New Jersey | U.S. Citizen | Kristen L. Montanaro | Mother | *Bauer* action Paragraph 24 |
| 6 | Rooney, Brendan | New York | U.S. Citizen | Sean Rooney | Brother | *Bauer* action Paragraph 51 |
| 7 | Rooney, Brian | Texas | U.S. Citizen | Sean Rooney | Brother | *Bauer* action Paragraph 51 |
| 8 | Rooney, Maura | New York | U.S. Citizen | Sean Rooney | Sister | *Bauer* action Paragraph 51 |
| 9 | Rooney, Est. of Rosemary | New York | U.S. Citizen | Sean Rooney | Mother | *Bauer* action Paragraph 51 |
| 10 | Rooney, Sheila | New York | U.S. Citizen | Sean Rooney | Sister | *Bauer* action Paragraph 51 |
| 11 | Ryan, Sally F. | North Carolina | U.S. Citizen | Kevin Murphy | Mother | *Bauer* action Paragraph 11 |
| 12 | Sanders, John | Connecticut | U.S. Citizen | Stacey Sanders | Father | *Bauer* action Paragraph 33 |
| 13 | Sanders, Marth L. | Connecticut | U.S. Citizen | Stacey Sanders | Mother | *Bauer* action Paragraph 33 |
| 14 | Santorelli, Filomena Grace | New Jersey | U.S. Citizen | Vincenzo Gallucci | Sister | *Bauer* action Paragraph 16 |
| 15 | Saslow, June | North Carolina | U.S. Citizen | Joseph J. Keller | Mother | *Bauer* action Paragraph 36 |
| 16 | Scales, Jacqueline | New Jersey | U.S. Citizen | Jack L. D'Ambrosi, Jr. | Daughter | *Bauer* action Paragraph 21 |
| 17 | Schlag, Dakota | Utah | U.S. Citizen | Steven F. Schlag | Son | *Bauer* action Paragraph 10 |
| 18 | Schlag, Est. of Donald | New Jersey | U.S. Citizen | Steven F. Schlag | Father | *Bauer* action Paragraph 10 |
| 19 | Schlag, Garrett M. | Utah | U.S. Citizen | Steven F. Schlag | Son | *Bauer* action Paragraph 10 |
| 20 | Schlag, Patricia | New Jersey | U.S. Citizen | Steven F. Schlag | Mother | *Bauer* action Paragraph 10 |
| 21 | Schlag, Sierra | Utah | U.S. Citizen | Steven F. Schlag | Daughter | *Bauer* action Paragraph 10 |
| 22 | Schlag, Tomoko | Utah | U.S. Citizen | Steven F. Schlag | Wife | *Bauer* action Paragraph 10 |
| 23 | Sherwood, Grace P. | Maine | U.S. Citizen | Jean H. Peterson | Daughter | *Bauer* action Paragraph 34 |
| 24 | Sisolak, Est. of Paul | New York | U.S. Citizen | Joseph Sisolak | Father | *Bauer* action Paragraph 54 |
| 25 | Sisolak, Est of Thomas | New York | U.S. Citizen | Joseph Sisolak | Brother | *Bauer* action Paragraph 54 |

5

Dated: February 2, 2021

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

                                     03-MDL-1570 (GBD)(SN)

In Re:

        TERROR ATTACKS ON          **SUDAN NOTICE**
        SEPTEMBER 11, 2001            **OF AMENDMENT**

-------------------------------------------------------X

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)
*York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN)

       Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the

above-referenced matter, ECF No. 3237, as permitted and approved by the Court's Order of

December 1, 2020, ECF No. 6547. Upon the filing of this Notice of Amendment, the underlying

Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs") as

plaintiffs raising claims against the Republic of the Sudan. The underlying Complaint is deemed

amended to include the factual allegations, jurisdictional allegations, and jury trial demand, as

indicated below, of (a) the Consolidated Amended Complaint as to the Republic of the Sudan

("SCAC"), ECF No. 6539, or (b) the *Ashton* Amended Complaint as to Sudan Defendant in

*Ashton v. the Republic of the Sudan*, No. 02-cv-6977, ECF No. 6537 (in 03-md-

1570)(hereinafter, the "*Ashton* Sudan Amended Complaint"), as well as all causes of action

specified below. The amendment effected through this Notice of Amendment supplements by

incorporation into, but does not displace, the underlying Complaint. This Notice of Amendment

relates solely to the Republic of Sudan and not apply to any other defendant.

       Upon filing this Sudan Notice of Amendment, each New Plaintiff is deemed to have

adopted all factual and jurisdictional allegations of the complaint that has been joined as

specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [**check only one complaint**] and the following causes of action set forth in that complaint:

☐     **Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF N. 6539 (check all causes of action that apply):**

        ☐     COUNT I – Claims under Section 1605A(c) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(c), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[1]

        ☐     COUNT II – Claims under Sections 1605A(d) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(d), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[2]

        ☐     COUNT III – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA), on behalf of all "U.S. National" Plaintiffs.[3]

        ☐     COUNT IV – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a), on behalf of all "U.S. National" Plaintiffs.

---

[1] Section 1605A of the Foreign Sovereign Immunities Act grants a right of action to (1) nationals of the United States, (2) members of the armed forces, (3) employees of the U.S. government (including individuals performing a contract awarded by the U.S. government) acting within the scope of employment, and legal representatives of persons described in (1), (2), or (3).

[2] See preceding footnote.

[3] The causes of action pursuant to the ATA, 18 U.S.C. § 2331 et seq., are asserted on behalf of Plaintiffs who are U.S. Nationals; estates, heirs, and survivors of U.S. Nationals; U.S. Nationals who are members of a putative class represented by such Plaintiffs; Plaintiffs who are subrogated to the rights of U.S. Nationals who incurred physical injuries to property and related losses as a result of the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks. The term "U.S. National Plaintiffs" in the context claims under JASTA or the ATA refers to all such parties.

☐      COUNT V – Committing actions of international terrorism in violation of 18 U.S.C. § 2333, on behalf of all "U.S. National" Plaintiffs. [4]

☐      COUNT VI – Wrongful death, on behalf of all Plaintiffs bringing Wrongful Death claim.

☐      COUNT VII – Negligence, on behalf of all Plaintiffs.

☐      COUNT VIII – Survival, on behalf of all Plaintiffs bring wrongful death claims.

☐      COUNT IX – Alien Tort Claims Act, on behalf of all Alien National Plaintiffs. [5]

☐      COUNT X – Assault and Battery, on behalf of all Plaintiffs bringing wrongful death and personal injury claims.

☐      COUNT XI – Conspiracy, on behalf of all Plaintiffs.

☐      COUNT XII – Negligent and/or intentional infliction of emotional distress on behalf of all Plaintiffs.

☐      COUNT XIV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Supervising Employees and Agents, on behalf of all Plaintiffs.

☐      COUNT XV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents, on behalf of all Plaintiffs.

☐      COUNT XVI – 18 U.S.C. § 1962(a)-(d) – Civil RICO, on behalf of all Plaintiffs.

☐      COUNT XVII – Trespass, on behalf of all Plaintiffs asserting claims for property damage and economic injuries.

☐      COUNT XVIII – Violations of international law, on behalf of all Plaintiffs.

---

[4] See preceding footnote.

[5] The causes of action pursuant to the Alien Tort Claims Act (ATCA), 28 U.S.C. § 1350, are asserted on behalf of Plaintiffs who are Alien Nationals; estates, heirs, and survivors of Alien Nationals who are not themselves U.S. Nationals; Alien Nationals who are members of a putative class represented by such Plaintiffs; subrogated to the rights of Alien Nationals who incurred injuries to property and related losses as a result of the September 11th attacks; and assignees of Alien Nationals killed or injured in the September 11th attacks.

- **_Ashton_ Sudan Amended Complaint, ECF No. 6537 (check all causes of actions that apply):**

  - First Cause of Action to Recover for Personal Injury and Wrongful Death Damages Pursuant to Section 1605A of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A.

  - Second Cause of Action to Recover Personal Injury and Wrongful Death Damages Pursuant to Section 1605B of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605B (JASTA) and the Anti-Terrorism Acts.

  - Third Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to State Tort Law.

  - Fourth Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to the Alien Tort Claims Act.

  - Fifth Cause of Action for Punitive Damages.

  - ☐ Sixth Cause of Action for Property Damage.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001.  For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

| | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Smith, Elizabeth | New York | U.S. Citizen | Daniel L. Smith | Daughter | _Ashton_ 5th Amended[6] |
| 2 | Smith, Mary | New York | U.S. Citizen | Daniel L. Smith | Wife | _Ashton_ 5th Amended |
| 3 | Smith, McCarthy | New York | U.S. Citizen | Daniel L. Smith | Brother | _Ashton_ 5th Amended |

[6] Smith Plaintiff was added to _Ashton_ 5th Amended Consolidated Master Complaint filed on 09/02/2004, page 4, ECF No. 447.

| 4 | Smith, Michael | New York | U.S. Citizen | Daniel L. Smith | Son | *Ashton* 5th Amended |
| 5 | Smith, Sean P. | Texas | U.S. Citizen | Daniel L. Smith | Brother | *Ashton* 5th Amended |
| 6 | Speller, Valerie | Connecticut | U.S. Citizen | John A. Candela | Sister | *Bauer* action[7] Paragraph 9 |
| 7 | Spordone, Dayna | New York | U.S. Citizen | Milton Bustillo | Step-Daughter | *Bauer* action Paragraph 29 |
| 8 | Spordone-Bustillo, Laura | New York | U.S. Citizen | Milton Bustillo | Wife | *Bauer* action Paragraph 29 |
| 9 | Stang, Barbara | New Jersey | U.S. Citizen | Ronald E. Orsini | Sister | *Bauer* action Paragraph 17 |
| 10 | Stover, Catherine A. | New Jersey | U.S. Citizen | Jean H. Peterson | Daughter | *Bauer* action Paragraph 34 |
| 11 | Strong, Elsa G. | New York | U.S. Citizen | Linda K. Gronlund | Sister | *Bauer* action Paragraph 38 |
| 12 | Tanner, Giana | New Jersey | U.S. Citizen | Michael Tanner | Daughter | *Bauer* action Paragraph 25 |
| 13 | Tanner, Kenneth C. | Florida | U.S. Citizen | Michael Tanner | Brother | *Bauer* action Paragraph 25 |
| 14 | Tanner, Est. of Mary | New Jersey | U.S. Citizen | Michael Tanner | Mother | *Bauer* action Paragraph 25 |
| 15 | Tanner, Michele | New Jersey | U.S. Citizen | Michael Tanner | Wife | *Bauer* action Paragraph 25 |
| 16 | Tanner-D'Ambrosio, Nicole | New Jersey | U.S. Citizen | Michael Tanner | Sister | *Bauer* action Paragraph 25 |
| 17 | Tanz, Holly A. | New York | U.S. Citizen | Howard Kane | Sister | *Bauer* action Paragraph 53 |
| 18 | Tarantino, Jason J. | New Jersey | U.S. Citizen | Kenneth Joseph Tarantino | Son | *York* action[8] Paragraph 6 |
| 19 | Tarantino, Jennifer | New Jersey | U.S. Citizen | Kenneth Joseph Tarantino | Wife | *York* action Paragraph 6 |
| 20 | Tarantino, Kenneth James | New Jersey | U.S. Citizen | Kenneth Joseph Tarantino | Son | *York* action Paragraph 6 |
| 21 | Torres, Lisa | Arizona | U.S. Citizen | Edward Carlino | Daughter | *Bauer* action Paragraph 26 |

[7] *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

[8] *York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN), herein referred to as *York* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

| 22 | Vasel, Amy | New Jersey | U.S. Citizen | Scott Vasel | Wife | *Bauer* action Paragraph 14 |
| 23 | Vasel, Est. of Charles | New Jersey | U.S. Citizen | Scott Vasel | Father | *Bauer* action Paragraph 14 |
| 24 | Vasel, Est. of Mynda | New Jersey | U.S. Citizen | Scott Vasel | Mother | *Bauer* action Paragraph 14 |
| 25 | Vasel, Matthew J. | New Jersey | U.S. Citizen | Scott Vasel | Son | *Bauer* action Paragraph 14 |

Dated: February 2, 2021

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:

      TERROR ATTACKS ON
      SEPTEMBER 11, 2001

-------------------------------------------------------X

This document relates to:

03-MDL-1570 (GBD)(SN)

**SUDAN NOTICE**
**OF AMENDMENT**

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)
*York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN)

      Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the above-referenced matter, ECF No. 3237, as permitted and approved by the Court's Order of December 1, 2020, ECF No. 6547. Upon the filing of this Notice of Amendment, the underlying Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs") as plaintiffs raising claims against the Republic of the Sudan. The underlying Complaint is deemed amended to include the factual allegations, jurisdictional allegations, and jury trial demand, as indicated below, of (a) the Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF No. 6539, or (b) the *Ashton* Amended Complaint as to Sudan Defendant in *Ashton v. the Republic of the Sudan*, No. 02-cv-6977, ECF No. 6537 (in 03-md-1570)(hereinafter, the "*Ashton* Sudan Amended Complaint"), as well as all causes of action specified below. The amendment effected through this Notice of Amendment supplements by incorporation into, but does not displace, the underlying Complaint. This Notice of Amendment relates solely to the Republic of Sudan and not apply to any other defendant.

      Upon filing this Sudan Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as

specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [check **only one** complaint] and the following causes of action set forth in that complaint:

☐     **Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF N. 6539 (check all causes of action that apply):**

        ☐     COUNT I – Claims under Section 1605A(c) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(c), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[1]

        ☐     COUNT II – Claims under Sections 1605A(d) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(d), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[2]

        ☐     COUNT III – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA), on behalf of all "U.S. National" Plaintiffs.[3]

        ☐     COUNT IV – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a), on behalf of all "U.S. National" Plaintiffs.

---

[1] Section 1605A of the Foreign Sovereign Immunities Act grants a right of action to (1) nationals of the United States, (2) members of the armed forces, (3) employees of the U.S. government (including individuals performing a contract awarded by the U.S. government) acting within the scope of employment, and legal representatives of persons described in (1), (2), or (3).

[2] See preceding footnote.

[3] The causes of action pursuant to the ATA, 18 U.S.C. § 2331 et seq., are asserted on behalf of Plaintiffs who are U.S. Nationals; estates, heirs, and survivors of U.S. Nationals; U.S. Nationals who are members of a putative class represented by such Plaintiffs; Plaintiffs who are subrogated to the rights of U.S. Nationals who incurred physical injuries to property and related losses as a result of the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks. The term "U.S. National Plaintiffs" in the context claims under JASTA or the ATA refers to all such parties.

☐     COUNT V – Committing actions of international terrorism in violation of 18 U.S.C. § 2333, on behalf of all "U.S. National" Plaintiffs. [4]

☐     COUNT VI – Wrongful death, on behalf of all Plaintiffs bringing Wrongful Death claim.

☐     COUNT VII – Negligence, on behalf of all Plaintiffs.

☐     COUNT VIII – Survival, on behalf of all Plaintiffs bring wrongful death claims.

☐     COUNT IX – Alien Tort Claims Act, on behalf of all Alien National Plaintiffs.[5]

☐     COUNT X – Assault and Battery, on behalf of all Plaintiffs bringing wrongful death and personal injury claims.

☐     COUNT XI – Conspiracy, on behalf of all Plaintiffs.

☐     COUNT XII – Negligent and/or intentional infliction of emotional distress on behalf of all Plaintiffs.

☐     COUNT XIV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Supervising Employees and Agents, on behalf of all Plaintiffs.

☐     COUNT XV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents, on behalf of all Plaintiffs.

☐     COUNT XVI – 18 U.S.C. § 1962(a)-(d) – Civil RICO, on behalf of all Plaintiffs.

☐     COUNT XVII – Trespass, on behalf of all Plaintiffs asserting claims for property damage and economic injuries.

☐     COUNT XVIII – Violations of international law, on behalf of all Plaintiffs.

---

[4] See preceding footnote.

[5] The causes of action pursuant to the Alien Tort Claims Act (ATCA), 28 U.S.C. § 1350, are asserted on behalf of Plaintiffs who are Alien Nationals; estates, heirs, and survivors of Alien Nationals who are not themselves U.S. Nationals; Alien Nationals who are members of a putative class represented by such Plaintiffs; subrogated to the rights of Alien Nationals who incurred injuries to property and related losses as a result of the September 11th attacks; and assignees of Alien Nationals killed or injured in the September 11th attacks.

- *Ashton* Sudan Amended Complaint, ECF No. 6537 (check all causes of actions that apply):

  - First Cause of Action to Recover for Personal Injury and Wrongful Death Damages Pursuant to Section 1605A of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A.

  - Second Cause of Action to Recover Personal Injury and Wrongful Death Damages Pursuant to Section 1605B of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605B (JASTA) and the Anti-Terrorism Acts.

  - Third Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to State Tort Law.

  - Fourth Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to the Alien Tort Claims Act.

  - Fifth Cause of Action for Punitive Damages.

  - ☐ Sixth Cause of Action for Property Damage.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001.  For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

|   | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Vasel, Ryan A. | New Jersey | U.S. Citizen | Scott Vasel | Son | *Bauer* action[6] Paragraph |
| 2 | Vulpone, Heather | New Jersey | U.S. Citizen | David R. Meyer | Daughter | *Bauer* action Paragraph |

---

[6] *Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

| 3 | Wager, Margaret | New Jersey | U.S. Citizen | Scott Johnson | Sister | *Bauer* action Paragraph |
|---|---|---|---|---|---|---|
| 4 | Wilson, Melissa | Michigan | U.S. Citizen | Todd M. Beamer | Sister | *Bauer* action Paragraph |
| 5 | Wisniewski, Erica | Florida | U.S. Citizen | Alan L. Wisniewski | Daughter | *Bauer* action Paragraph |
| 6 | Wisniewski, Jessica | New Jersey | U.S. Citizen | Alan L. Wisniewski | Daughter | *Bauer* action Paragraph |
| 7 | Wisniewski, Kathleen | New Jersey | U.S. Citizen | Alan L. Wisniewski | Wife | *Bauer* action Paragraph |
| 8 | Wisniewski, Matthew | New Jersey | U.S. Citizen | Alan L. Wisniewski | Son | *Bauer* action Paragraph |
| 9 | Wisniewski, Est. of Muriel | New Jersey | U.S. Citizen | Alan L. Wisniewski | Mother | *Bauer* action Paragraph |
| 10 | Wyatt, Laura | Connecticut | U.S. Citizen | Stacey Sanders | Sister | *Bauer* action Paragraph |
| 11 | York, Aidan | New Jersey | U.S. Citizen | Kevin P. York | Son | *York* action[7] Paragraph |
| 12 | York, Chiemi | New Jersey | U.S. Citizen | Kevin P. York | Wife | *York* action Paragraph |
| 13 | York, Connor | New Jersey | U.S. Citizen | Kevin P. York | Son | *York* action Paragraph |
| 14 | York, John | Florida | U.S. Citizen | Kevin P. York | Father | *York* action Paragraph |
| 15 | York, Timothy | Arizona | U.S. Citizen | Kevin P. York | Brother | *York* action Paragraph |
| 16 | Zisa, Anthony | New York | U.S. Citizen | Salvatore Zisa | Brother | *Bauer* action Paragraph |
| 17 | Zisa, Christina | New York | U.S. Citizen | Salvatore Zisa | Daughter | *Bauer* action Paragraph |
| 18 | Zisa, Est. of Joseph | New Jersey | U.S. Citizen | Salvatore Zisa | Father | *Bauer* action Paragraph |
| 19 | Zisa, Joseph | New York | U.S. Citizen | Salvatore Zisa | Son | *Bauer* action Paragraph |
| 20 | Zisa, Josephine | New Jersey | U.S. Citizen | Salvatore Zisa | Mother | *Bauer* action Paragraph |
| 21 | Zisa, Roseann | New Jersey | U.S. Citizen | Salvatore Zisa | Wife | *Bauer* action Paragraph |

Dated: February 2, 2021

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

---

[7] *York, et al. v. al Qaeda Islamic Army, et al.*, Case No. 03-cv-5493 (GBD)(SN), herein referred to as *York* action, was consolidated into the *Ashton* action in the *Ashton* First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

In Re:

    03-MDL-1570 (GBD)(SN)

      TERROR ATTACKS ON      **SUDAN NOTICE**
      SEPTEMBER 11, 2001      **OF AMENDMENT**

------------------------------------X

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, Case No. 02-cv-7236 (GBD)(SN)

      Plaintiffs file this Notice of Amendment with respect to the underlying Complaint in the above-referenced matter, ECF No. 3237, as permitted and approved by the Court's Order of December 1, 2020, ECF No. 6547. Upon the filing of this Notice of Amendment, the underlying Complaint is deemed amended to add the individuals listed below (the "New Plaintiffs") as plaintiffs raising claims against the Republic of the Sudan. The underlying Complaint is deemed amended to include the factual allegations, jurisdictional allegations, and jury trial demand, as indicated below, of (a) the Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF No. 6539, or (b) the *Ashton* Amended Complaint as to Sudan Defendant in *Ashton v. the Republic of the Sudan*, No. 02-cv-6977, ECF No. 6537 (in 03-md-1570)(hereinafter, the "*Ashton* Sudan Amended Complaint"), as well as all causes of action specified below. The amendment effected through this Notice of Amendment supplements by incorporation into, but does not displace, the underlying Complaint. This Notice of Amendment relates solely to the Republic of Sudan and not apply to any other defendant.

      Upon filing this Sudan Notice of Amendment, each New Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as

specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## CAUSES OF ACTION

Each New Plaintiff hereby adopts and incorporates herein by reference the following factual allegations, jurisdictional allegations, and jury trial demand in the following complaint [**check <u>only one</u> complaint**] and the following causes of action set forth in that complaint:

☐   **Consolidated Amended Complaint as to the Republic of the Sudan ("SCAC"), ECF N. 6539 (check all causes of action that apply):**

    ☐   COUNT I – Claims under Section 1605A(c) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(c), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[1]

    ☐   COUNT II – Claims under Sections 1605A(d) of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A(d), on behalf of all Plaintiffs granted a private right of action under 28 U.S.C. § 1605A.[2]

    ☐   COUNT III – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(d) (JASTA), on behalf of all "U.S. National" Plaintiffs.[3]

    ☐   COUNT IV – Aiding and Abetting and Conspiring with Al Qaeda to commit the September 11th Attacks upon the United States in violation of 18 U.S.C. § 2333(a), on behalf of all "U.S. National" Plaintiffs.

---

[1] Section 1605A of the Foreign Sovereign Immunities Act grants a right of action to (1) nationals of the United States, (2) members of the armed forces, (3) employees of the U.S. government (including individuals performing a contract awarded by the U.S. government) acting within the scope of employment, and legal representatives of persons described in (1), (2), or (3).

[2] See preceding footnote.

[3] The causes of action pursuant to the ATA, 18 U.S.C. § 2331 et seq., are asserted on behalf of Plaintiffs who are U.S. Nationals; estates, heirs, and survivors of U.S. Nationals; U.S. Nationals who are members of a putative class represented by such Plaintiffs; Plaintiffs who are subrogated to the rights of U.S. Nationals who incurred physical injuries to property and related losses as a result of the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks; and Plaintiffs who are assignees of U.S. Nationals killed or injured in the September 11th attacks. The term "U.S. National Plaintiffs" in the context claims under JASTA or the ATA refers to all such parties.

    □      COUNT V – Committing actions of international terrorism in violation of 18 U.S.C. § 2333, on behalf of all "U.S. National" Plaintiffs. [4]

    □      COUNT VI – Wrongful death, on behalf of all Plaintiffs bringing Wrongful Death claim.

    □      COUNT VII – Negligence, on behalf of all Plaintiffs.

    □      COUNT VIII – Survival, on behalf of all Plaintiffs bring wrongful death claims.

    □      COUNT IX – Alien Tort Claims Act, on behalf of all Alien National Plaintiffs.[5]

    □      COUNT X – Assault and Battery, on behalf of all Plaintiffs bringing wrongful death and personal injury claims.

    □      COUNT XI – Conspiracy, on behalf of all Plaintiffs.

    □      COUNT XII – Negligent and/or intentional infliction of emotional distress on behalf of all Plaintiffs.

    □      COUNT XIV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Supervising Employees and Agents, on behalf of all Plaintiffs.

    □      COUNT XV – Liability pursuant to Restatement (SECOND) of Torts § 317 and Restatement (THIRD) of Agency § 7.05: Hiring, Selecting, and Retaining Employees and Agents, on behalf of all Plaintiffs.

    □      COUNT XVI – 18 U.S.C. § 1962(a)-(d) – Civil RICO, on behalf of all Plaintiffs.

    □      COUNT XVII – Trespass, on behalf of all Plaintiffs asserting claims for property damage and economic injuries.

    □      COUNT XVIII – Violations of international law, on behalf of all Plaintiffs.

---

[4] See preceding footnote.

[5] The causes of action pursuant to the Alien Tort Claims Act (ATCA), 28 U.S.C. § 1350, are asserted on behalf of Plaintiffs who are Alien Nationals; estates, heirs, and survivors of Alien Nationals who are not themselves U.S. Nationals; Alien Nationals who are members of a putative class represented by such Plaintiffs; subrogated to the rights of Alien Nationals who incurred injuries to property and related losses as a result of the September 11th attacks; and assignees of Alien Nationals killed or injured in the September 11th attacks.

- ***Ashton* Sudan Amended Complaint, ECF No. 6537 (check all causes of actions that apply):**

  - First Cause of Action to Recover for Personal Injury and Wrongful Death Damages Pursuant to Section 1605A of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A.

  - Second Cause of Action to Recover Personal Injury and Wrongful Death Damages Pursuant to Section 1605B of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605B (JASTA) and the Anti-Terrorism Acts.

  - Third Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to State Tort Law.

  - Fourth Cause of Action for Personal Injury and Wrongful Death Damages Pursuant to the Alien Tort Claims Act.

  - Fifth Cause of Action for Punitive Damages.

  - ☐ Sixth Cause of Action for Property Damage.

## IDENTIFICATION OF NEW PLAINTIFFS

Each New Plaintiff is or was a survivor of a person who died due to the terrorist attacks of September 11, 2001. For each New Plaintiff, the following chart list the New Plaintiff's name, the New Plaintiff's residency and nationality, the name of the New Plaintiff's deceased family member, the New Plaintiff's relationship to the decedent, and the paragraph(s) of the underlying Complaint discussing the decedent and/or the decedent's estate.

|  | New Plaintiff's Name (alphabetical by last name) | New Plaintiff's State of Residency at Filing (or death) | New Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Name | New Plaintiff's Relationship to 9/11 Decedent | Paragraphs of Complaint Discussing 9/11 Decedent |
|---|---|---|---|---|---|---|
| 1 | Bharvaney, Est. of Govind | N/A | Thailand | Anil T. Bharvaney | Parent | *Bauer*[1] action ¶ 27 |
| 2 | Bharvaney, Kishore | N/A | Thailand | Anil T. Bharvaney | Sibling | *Bauer* action ¶ 27 |
| 3 | Bharvaney, Savitri | N/A | Thailand | Anil T. Bharvaney | Parent | *Bauer* action ¶ 27 |

---

[1] *Bauer, et al. v. al Qaeda Islamic Army, et al.,* Case No. 02-cv-7236 (GBD)(SN), herein referred to as *Bauer* action, was consolidated into the Ashton action in the Ashton First Amended Consolidated Master Complaint filed on 08/01/2003, ECF No. 32.

Dated: October 20, 2021

Respectfully submitted,

BAUMEISTER & SAMUELS, P.C.

/s/ Dorothea M. Capone
COUNSEL FOR PLAINTIFFS
140 Broadway, 46th Floor
New York, NY 10005
Phone: (212) 363-1200
Email: tcapone@baumeisterlaw.com