UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

This document relates to:
*Ashton, et al. v. al Qaeda Islamic Army, et al., Case. No. 02-6977*
*Bauer, et al. v. al Qaeda Islamic Army, et al. Case No. 02-7236*
*Parker, et al. v. The Republic of the Sudan, Case No. 20-10657*

## CLERK'S CERTIFICATE OF DEFAULT

I, Daniel Ortiz, Acting Clerk of the United States District Court for the Southern District of New York, do hereby certify that the *Ashton, Bauer* and *Parker* Plaintiffs commenced this action against defendant the Republic of the Sudan ("Sudan") with the filing of the *Ashton* Amended Sudan Complaint ("AASC") on November 19, 2020 (ECF No. 6537), *Parker* Short Form Complaint on December 17, 2020, and various *Bauer* Notices of Amendments filed on January 29, 2021, February 1, 2021, February 2, 2021 and October 20, 2022. Service of the AASC and *Bauer* Notices of Amendment were accepted by Sudan's counsel upon filing.

That service of the *Parker* Short Form Complaint was effectuated on Sudan through diplomatic channels by the United States Department of State on July 19, 2024, pursuant to 28 U.S.C. § 1608(a)(4), and proof of service was provided to the Clerk's Office by the United States Department of State by letter dated September 11, 2024, and noted on the docket on September 25, 2024. The *Parker* Plaintiffs filed an Affidavit of Service attaching proof of service on September 25, 2024, *see* ECF 10397.

That Sudan moved to dismiss the AASC and *Parker* Short Form Complaint, but said motion was denied by the Honorable George B. Daniels on August 10, 2023 (ECF No. 9278);

1

Sudan appealed the District Court's ruling to the U.S. Court of Appeals for the Second Circuit, but said appeal was dismissed on September 3, 2024, and the Second Circuit issued its Mandate on September 24, 2024 (ECF No. 10394). *See* Declaration of Dorothea M. Capone in Support of the *Ashton, Bauer* and *Parker* Plaintiffs' Request for Issuance of Clerk's Certificate of Default, filed on November 5, 2024 (ECF No. 10503).

    I further certify that the docket entries in the above captioned cases indicate that Sudan has not filed an answer or otherwise responded to the AASC or *Parker* Short Form Complaint within fourteen (14) days of the issuance of the Mandate, as required under Fed. R. Civ. P. 12(a)(4)(A), and the time for Sudan to have done so has now expired. The default of defendant Sudan is hereby noted in favor of the *Ashton, Bauer* and *Parker* Plaintiffs listed in their complaints and notices of amendments attached as Exhibits 1, 2, 3 and 4.

Dated: New York, New York

    _____, 2024

                                            DANIEL ORTIZ
                                       Acting Clerk of Court


By: _____
           Deputy Clerk