# Exhibit B

S.D.N.Y.-N.Y.C.
03-md-1570
22-cv-3228
Daniels, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

        At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of July, two thousand twenty-two.

Present:
        William J. Nardini,
        Eunice C. Lee,
        Myrna Pérez,
            *Circuit Judges*.

_____

*In re Approximately $3.5 Billion of Assets on Deposit at the Federal Reserve Bank of New York in the Name of Da Afghanistan Bank.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

William Wodenshek, et al.,

                *Plaintiffs-Appellants*,

      v.                                                                                              22-965 (L),

Da Afghanistan Bank,

                *Defendant-Appellee*.

_____

*In re Approximately $3.5 Billion of Assets on Deposit at the Federal Reserve Bank of New York in the Name of Da Afghanistan Bank.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sarah Wodenshek, child of 9/11 decedent Christopher Wodenshek, et al.,

*Plaintiffs-Appellants*,

v.  22-975 (Con)

The Taliban,

*Defendant-Appellee.*

---

Appellants in these consolidated appeals move to add the Federal Reserve Bank of New York ("FRBNY") and Da Afghanistan Bank ("DAB") as appellees in the appeal docketed under 2d Cir. 22-965 and the Taliban as appellee in the appeal docketed under 2d Cir. 22-975. They also move to use alternative methods of service on DAB and the Taliban. Upon due consideration it is hereby ORDERED that the motion to add appellees is GRANTED in part, and DAB is designated as an appellee in 2d Cir. 22-965 and the Taliban as an appellee in 22-975. Either of those new appellees is free to move to change their designation once they appear. The motion is DENIED as to the FRBNY without prejudice to the FRBNY moving to either intervene or appear as amicus curiae. The Clerk's Office is directed to amend the captions on the Court's docket to conform to the captions on this order.

It is further ORDERED that the motion to use alternative methods of service is GRANTED. Appellants may serve DAB and the Taliban by the methods described in their motion, specifically:

(1) By publishing notice in *Al Quds Al-Arabi* and *The New York Times* once a week for at least four weeks with either the relevant filings or an electronic address such as a URL or QR code that directs the reader to easily accessible online versions of those papers.

(2) By communications to the Twitter accounts of Taliban First Deputy Prime Minister Abdullah Azzam (@Abdullah_azzam7) and Taliban political spokesman Mohammad Naeem (@IeaOffice), or to any other Twitter accounts reported to belong to Taliban spokespersons.

(3) By communications to the Twitter account to which the DAB's website is linked (@AFGcentralbank).

(4) By email to the account posted on DAB's official website (info@dab.gov.af).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

