# Exhibit A

| Personal Representative or Claimant | Name of Substitute Party | State of Residency | Relationship of Claimant to 9/11 Decedent | Named of 9/11 Decedent | ECF Filing |
|---|---|---|---|---|---|
| Marie Carlino, as Executrix of Edward Carlino, a 9/11 Decedent | Heidi Seelbach, as Administrator C.T.A. of the Estate of Edward Carlino, a 9/11 Decedent | NY | Court Appointed Public Administrator | Edward Carlino | 02-cv-7236, ECF 1<br><br>02-md-6977, ECF11-2<br><br>17-cv-2003, ECF 1 |
| Patricia A. Schlag | Jean Nebbia and Ellen Hughes, as Co-Executrixes of the Estate of Patricia A. Schlag, deceased | FL | Parent | Steven F. Schlag | 03-md-1570, ECF 8715-3<br><br>17-cv-2003, ECF 1 |
| Patricia A. Schlag as Executrix of the Estate of Donald Schlag, deceased | Jean Nebbia and Ellen Hughes as Co-Personal Representatives of the Estate of Donald Schlag, deceased | NJ | Parent | Steven F. Schlag | 03-md-1570, ECF 8715-3<br><br>ECF 8715-3 17-cv-2003, ECF |