# EXHIBIT B

| # | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | |
| 1 | Deborah | | Basham | | Alfred | Todd | Rancke | | US | 9/11/01 | NY | 02cv06977 | 1463 at 20 | | 3226 at 4; 8275-1 at 9, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 6/1/25 | | $ 10,635,883.00 | $ 31,907,649.00 | Personal Representative also appears as Deborah Rancke in 1463 at 20 |
| 2 | Paula | | Berry | | David | S. | Berry | | US | 9/11/01 | NY | 02cv06977 | 1463 at 49 | | 3226 at 7; 8275-1 at 2, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 6/1/25 | | $ 15,806,301.00 | $ 47,418,903.00 | |
| 3 | Donna | | Hickey | | Brian | C. | Hickey | | US | 9/11/01 | NY | 02cv06977 | 1463 at 62 | | 3226 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | | 6/1/25 | | $ 2,990,966.00 | $ 8,972,898.00 | |
| 4 | Marcela | | Leahy | | James | P. | Leahy | | US | 9/11/01 | NY | 02cv06977 | 1463 at 63 | | 3226 at 8; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 6/1/25 | | $ 4,200,710.00 | $ 12,602,130.00 | |
| 5 | Linda | | Sarle | | Paul | F. | Sarle | | US | 9/11/01 | NY | 02cv06977 | 1463 at 48 | | 3226 at 7; 8275-1 at 10, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 6/1/25 | | $ 5,013,787.00 | $ 15,041,361.00 | |
| 6 | Emily | | Terry | | Andrew | | Kates | | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | | 3226 at 7; 8275-1 at 6, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | 6/1/25 | | $ 22,471,741.00 | $ 67,415,223.00 | |