# EXHIBIT A

## DEFAULT JUGDMENT MOTION COVER SHEET

**MDL MOVING PAPERS**

    Motion: ECF No.  10941

    Memorandum of law: ECF No.  10941

    Declaration & supporting exhibits: ECF No.  10942

**PLAINTIFFS**

Please describe each set of plaintiffs requesting judgments in this motion.

| Exhibit | Description of Plaintiffs | Cause(s) of Action |
|---|---|---|
| B | United States national solatium platinifs w/o | FSIA (28 USC s. 1605 A) |
| | prior judgments | |
| | | |
| | | |
| | | |
| | | |

**DEFENDANTS**

Please list all defendants the plaintiffs are moving against:

    Islamic Republic of Iran

**COMPLIANCE**

    As stated in ECF No.  10942  at ¶ 2-6 , counsel followed the quality control measures outlined in ECF No. 3433 and adopted in ECF No. 3435.

    As stated in ECF No.  10942  at ¶  5 , these plaintiffs have not previously received judgments against these defendants.  *

    Excel versions of any tables attached to the proposed order were emailed to Netburn_NYSDChambers@nysd.uscourts.gov on  05  /  08  /  2025 .

**SUBJECT MATTER JURISDICTION**

    ☑ The Court previously addressed subject matter jurisdiction over these claims in ECF No.  3021

    ☐ The Court has not previously addressed subject matter jurisdiction over these claims.

**PERSONAL JURISDICTION**

    ☑ The Court previously addressed personal jurisdiction over these defendants in ECF No.  3021

    ☐ The Court has not addressed personal jurisdiction over these defendants.

**FACTUAL & LEGAL QUESTIONS**

    ☐ This motion requests ☐ new functional equivalence findings; ☐ new personal injury assessments; or ☐ resolution of a new issue: _____

    ☑ This motion does not raise novel factual or legal issues.

**RELEVANT FILINGS**

For each member case, list docket entries for the corresponding filings. Duplicate this page if additional space is needed.

| Member Case & Operative Complaint | Notices of Amendment & Substitutions *list entries relevant to moving plaintiffs* | Alternative Service Order *complete if applicable* | Affidavit of Service | Certificate of Default | Liability Judgment *leave blank if requesting liability judgment* |
|---|---|---|---|---|---|
| 02-cv-07230 (S.D.N.Y) (GBD)(SN) & 03-md-1570 (S.D.N.Y.) (GBD)(SN) ECF No. 465 (6th Amended Cmp.) | 02-cv-07230 (S.D.N.Y.) (GBD) (SN) ECF No.: 386 | ECF No. 3015 | ECF No. 1238 (09/16/2005) | ECF No. 2510 (12/22/2011) | ECF No. 3021 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |