**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                  :

IN RE:                               :                     <u>ORDER</u>
                                   :

TERRORIST ATTACKS ON        :      03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001          :
                                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This document relates to:

*Ashton v. al Qaeda Islamic Army*, 02-cv-6977 (GBD)(SN)
*Schneider v. Islamic Republic of Iran*, 02-cv-7209 (GBD)(SN)
*Rodriguez v. Islamic Republic of Iran*, 18-cv-12347 (GBD)(SN)
*Ashton et al v. Kingdom of Saudi Arabia*, 17-cv-2003 (GBD(SN)

### ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBITS A AND B

GEORGE B. DANIELS, United States District Judge:

        The Plaintiffs listed in Exhibits A and B move for entry of partial final default judgment against Defendant the Islamic Republic of Iran ("Iran"). (ECF Nos. 10375, 10676 and 10815.[1]) Upon consideration of the evidence and arguments set forth in the Declarations of Jonathan C. Reiter and Robert Morgan, and the exhibits thereto (ECF Nos. 10376, 10678, and 10819), and in light of the default judgment as to liability against the Iran (*see* ECF Nos. 3021; *In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD), 2011 WL 13244047, at *39 (S.D.N.Y. Dec. 22, 2011)), together with the entire record in this case, it is hereby

        **ORDERED** that service of process in the above-captioned cases was properly effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (*see* ECF Nos. 1238, 8438); and it is

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

**ORDERED** that the motions for judgment by default against Iran on behalf of Plaintiffs listed in Exhibits A and B are **GRANTED** and judgments as to liability are entered in favor of all Plaintiffs listed in Exhibits A and B against Iran; and it is

**ORDERED** that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibits A and B against Iran; and it is

**ORDERED** that the Plaintiff identified in Exhibit A is awarded economic damages as set forth therein;[2] and it is

**ORDERED** that the Plaintiff identified in Exhibit B is awarded pain and suffering damages as set forth therein; and it is

**ORDERED** that Plaintiff receiving economic damages identified in Exhibit A is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date as indicated in the "Date of Report" column in Exhibit A until the date of judgment; and it is

**ORDERED** that the Plaintiff receiving pain and suffering identified in Exhibit B is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the Plaintiffs identified in Exhibits A and B may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that Plaintiffs not appearing in Exhibits A and B may submit in later stages applications for damages awards to the extent they have not done so already.

---

[2] Plaintiffs represent that Mr. Connors received a previous pain and suffering award but fail to provide the accurate citation to the award for the Court to verify. The Court has not granted him pain and suffering damages here to avoid awarding the same damages twice.

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibits A and B. The Clerk of Court is further directed to close the motions at:

- ECF No. 10375, 10676, 10815 in 03-md-1570;

- ECF No. 2241 in 02-cv-6977;

- ECF Nos. 169, 189, in 02-cv-7209;

- ECF No. 116 in 18-cv-12347;

- ECF No. 369 in 17-cv-2003;


Dated: May 28, 2025
         New York, New York

                                        SO ORDERED.

                                        GEORGE B. DANIELS
                                        United States District Judge

3

# Exhibit A

Exhibit A Economic Damages

| Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | | Economic Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | | Report | Date of Report | Prior Award | Amount | Notes |
| Jonathan | T | Connors | | Jonathan | M | Connors | | USA | 9/11/01 | NY | 02cv7209 | 1 at 14 | 54 at 2; ECF 10374 | | | 8/29/24 | N/A | $   22,675,161.00 | |

# Exhibit B

Exhibit B - Pain and Suffering Damages

| | Personal Representative | | | 9/11 Decedent | | | | | | Claim Information | | | | Pain & Suffering Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Last | Suffix | First | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | | Amount |
| 1 | Rosa | Jimenez | | Luis | Jimenez | Jr. | US | 9/11/01 | NY | 18cv12347 | 18cv12347, 1 at allegation 51, appendix 1 | 9865 | $ | 2,000,000.00 |