Bauer II Plaintiffs - Family
Solatium Damages

**EXHIBIT C**

| | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | Judgment | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Principal | Start Date | End Date | 4.96% Interest | Total | Notes |
| 1 | Stepanie | Z | Parker | | U.S. | Philip | L | Parker | | U.S. | 9/11/01 | WTC | 02-6977 | 03-md-1570, 1463 | 03-md-1570, 8721, 8715-3 at 5, 6 | Child | N/A | 5073 at 3 | $ 8,500,000.00 | $ 25,500,000.00 | $25,500,000.00 | 9/11/2001 | | $ (54,558,283.98) | $(17,058,283.98) | |
| 2 | Bryan | A | Suarez | | U.S. | David | S | Suarez | | U.S. | 9/11/01 | WTC | 02-6977 | 03-md-1570, 1463 | 03-md-1570, 8721, 8715-3 at 5, 6 | Sibling | N/A | 5073 at 3 | $ 4,250,000.00 | $ 12,750,000.00 | $12,750,000.00 | 9/11/2001 | | $ (34,029,141.99) | $ (8,529,141.99) | |
| 3 | Kristen | M | Carpenter | | U.S. | David | S | Suarez | | U.S. | 9/11/01 | WTC | 02-6977 | 03-md-1570, 1463 | 03-md-1570, 8721, 8715-3 at 5, 6 | Sibling | N/A | 5073 at 3 | $ 4,250,000.00 | $ 12,750,000.00 | $12,750,000.00 | 9/11/2001 | | $ (34,029,141.99) | $ (8,529,141.99) | |