UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE: 03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

    Ashton, et al. v. al Qaeda Islamic Army, et al., 02-cv-6977 (GBD) (SN)

    Bauer, et al. v. al Qaeda Islamic Army, et al., No. 02-cv-7236 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 28, 2024, the Plaintiffs listed in Exhibits A, B, and C move for entry of partial final default judgment against Defendant the Taliban. It is ORDERED that partial final judgment is entered on behalf of the Plaintiffs identified in the attached Exhibits A, B, and C against the Taliban; and it is ORDERED that the Plaintiffs identified in the attached Exhibit A are awarded pain and suffering and economic damages as set forth therein; and it is ORDERED that the Plaintiffs identified in the attached Exhibits B and C are awarded solatium damages as set forth in Exhibits B and C; and it is ORDERED that Plaintiffs receiving pain and suffering damages identified in the attached Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is further ORDERED that Plaintiffs receiving economic damages identified in the attached Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date as indicated in the "Date of Report" column in Exhibit A until the date of judgment; and it is further ORDERED that Plaintiffs identified in Exhibits B and C are awarded prejudgment

interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED that the Plaintiffs identified in the attached Exhibit A are awarded treble damages under the Anti-Terrorism Act, 18 U.S.C. § 2333 for the amounts claimed; and it is ORDERED that the Plaintiffs identified in the attached Exhibits A, B and C may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that the Plaintiffs not appearing on Exhibits A, B, or C may submit in later stages applications for damages awards to the extent they have not done so already.

**Dated:**  New York, New York

       August 6, 2025

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:**  *[signature]*
**Deputy Clerk**

# Exhibit A

9/11 Decedents' Estate

Conscious Pain and Suffering and Economic Damages

| | Plaintiff, as Personal Representative of the Estate of 9/11 Decedent | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Joan | Z. | Parker | Philip | Lacey | Parker | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | 5450 at 4 | $2,000,000.00 | $6,000,000.00 | 5470-2, filed under seal. | 1/8/20 | 5775 at 4 | $9,486,305.00 | $28,458,915.00 |
| 2 | Carol | A. | Suarez | | | | | | | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | | | | | 5470-2, filed under seal. | | | | |
| 3 | Manuel | T. | Suarez | David | Scott | Suarez | U.S. | 9/11/01 | NY | 02-6977 | | | 5450 at 4 | $2,000,000.00 | $6,000,000.00 | | 1/8/20 | 5775 at 4 | $17,177,054.00 | $51,531,162.00 |

# Exhibit B

| | Plaintiffs | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |
| 1 | Joan | Z. | Parker | Philip | Lacey | Parker | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Spouse | N/A | 5073 at 3 | $12,500,000.00 | $ 37,500,000.00 |
| 2 | Carol | A. | Suarez | David | Scott | Suarez | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Parent | N/A | 5073 at 3 | $ 8,500,000.00 | $ 25,500,000.00 |
| 3 | Manuel | T. | Suarez | David | Scott | Suarez | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Parent | N/A | 5073 at 3 | $ 8,500,000.00 | $ 25,500,000.00 |

# Exhibit C

**Solatium Damages**

| | Plaintiffs | | | | 9/11 Decedent | | | | | 9/11 Site | Claim Information | | | Solatium Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Nationality on 9/11 | First | Middle | Last | Nationality on 9/11 | Date of Death | | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |
| 1 | Kristen | M. | Carpenter | U.S. | David | Scott | Suarez | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Sibling | N/A | 5073 at 3 | $ 4,250,000.00 | $ 12,750,000.00 |
| 2 | Stephanie | Z. | Parker | U.S. | Philip | Lacey | Parker | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Child | N/A | 5073 at 3 | $ 8,500,000.00 | $ 25,500,000.00 |
| 3 | Bryan | A. | Suarez | U.S. | David | Scott | Suarez | U.S. | 9/11/01 | NY | 02-6977 | 03md1570, 1463 | 03md1570, 8721, 8715-3 at 5, 6 | Sibling | N/A | 5073 at 3 | $ 4,250,000.00 | $ 12,750,000.00 |