# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE:                                                    03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                          **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

    Ashton v. al Qaeda Islamic Army, No. 02-cv-6977 (GBD)(SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated June 9, 2025, the Plaintiffs listed in Exhibits A and B move for entry of partial

final default judgment against Defendant the Taliban. It is ORDERED that partial final judgment

by default is entered on behalf of the Plaintiffs identified in the attached Exhibits A and B against

the Taliban; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded pain and

suffering and economic damages as set forth therein. It is further ORDERED that Plaintiffs

receiving solatium damages identified in Exhibit B are awarded prejudgment interest of 4.96

percent per annum, compounded annually, running from September 11, 2001 until the date of

judgment; and it is ORDERED that the Plaintiffs identified in Exhibits A and B are awarded treble

damages under the Anti-Terrorism Act, 18 U.S.C. § 2333 for the amounts claimed; and it is

ORDERED that the Plaintiffs identified in Exhibits A and B may submit future applications for

punitive or other damages at a later date consistent with any future rulings of this Court; and it is

ORDERED that the Plaintiffs not appearing on Exhibits A or B may submit in later stages

applications for damages awards to the extent they have not done so already.

**Dated:** New York, New York

August 11, 2025

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

BY:

_____
**Deputy Clerk**

# Exhibit A

Exhibit A - Personal Representatives of the Estates of U.S. Nationals with Prior Judgments (Economic loss)    ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | 9/11 Decedent | | | | Nationality on 9/11 | Date of Death | 9/11 Site | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | | | | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | | |
| 1 Sirak | | Betru | | Yeneneh | | Betru | | US | 9/11/01 | VA | 02cv06977 | 8275-1 at 6, 8721 | | Prior Award at 4 | $ 2,000,000.00 | $ 6,000,000.00 | 7979 | 1/1/18 8245 at 4 | | $ 7,957,672.00 | $ 23,873,016.00 | |
| 2 David | | Burford | | Christopher | | Burford | | US | 9/11/01 | VA | 02cv06977 | 8245 at 6, 8721 | | Prior Award at 4 | $ 2,000,000.00 | $ 6,000,000.00 | 7979 | 1/1/18 8245 at 4 | | $ 1,119,928.00 | $ 3,359,784.00 | |
| 3 Susan | | Calcagno | | Philip | | Calcagno | | US | 9/11/01 | NY | 02cv06977 | 1463 at 32 | | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-14 | 3/1/21 10192 at 5 | | $ 1,392,669.00 | $ 4,178,007.00 | |
| 4 Geraldine | | Cefalu | | Jason | | Cefalu | | US | 9/11/01 | NY | 02cv06977 | 1463 at 31 | | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-6 | 3/1/21 10192 at 5 | | $ 5,228,921.00 | $ 15,686,763.00 | |
| 5 Regina | | Gans | | Eugene | | Clark | | US | 9/11/01 | NY | 02cv06977 | 1463 at 33 | 8246 at 4, 8251 | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-15 | 3/1/21 10192 at 5 | | $ 231,154.00 | $ 693,462.00 | |
| 6 Felicia | | Corbett Jones | | Joseph | | Corbett | | US | 9/11/01 | NY | 02cv06977 | | | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-9 | 3/1/21 10192 at 5 | | $ 4,110,201.00 | $ 12,330,603.00 | the Personal Representative is listed as Felicia Corbett in 1463 at 33 |
| 7 Susan | | Correa | | Ruben | D. | Correa | | US | 9/11/01 | NY | 02cv06977 | 1463 at 44 | | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-4 | 7/1/24 10266 at 5 | | $ 3,492,642.00 | $ 10,477,926.00 | |
| 8 Christopher | | Della Pietra | | Joseph | | Della Pietra | | US | 9/11/01 | NY | 02cv06977 | 1463 at 57 | | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-21 | 7/1/24 10266 at 5 | | $ 4,650,502.00 | $ 13,951,506.00 | |
| 9 Brooke | | Deming | | Francis | X. | Deming | | US | 9/11/01 | NY | 02cv06977 | 1463 at 35 | | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-16 | 3/1/21 10192 at 5 | | $ 5,983,851.00 | $ 17,951,553.00 | |
| 10 Kurt | | Foster | | Claudia | | Foster | | US | 9/11/01 | NY | 02cv06977 | 1463 at 9 | | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9941-3 | 1/1/18 10192 at 5 | | $ 5,072,471.00 | $ 15,217,413.00 | |
| 11 Jeanine | | Frazier | | Clyde | | Frazier | | US | 9/11/01 | NY | 02cv06977 | 1463 at 36 | | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-3 | 3/1/21 10192 at 5 | | $ 1,788,922.00 | $ 5,366,766.00 | |
| 12 Michelle | | Fredericks | | Andrew | | Fredericks | | US | 9/11/01 | NY | 02cv06977 | 8275-1 at 12, 8721 | | 8245 at 4 | $ 2,000,000.00 | $ 6,000,000.00 | 7979 | 1/1/18 8245 at 4 | | $ 8,063,072.00 | $ 24,189,216.00 | |
| 13 Elizabet | | Gardner | | William | | Gardner | | US | 9/11/01 | NY | 02cv06977 | 1116 at 9 | | | $ 2,000,000.00 | $ 6,000,000.00 | 9980-1 | 7/1/24 10266 at 5 | | $ 1,888,445.00 | $ 5,665,335.00 | |
| 14 Jill | | Gartenberg Pila | | James | | Gartenberg | | US | 9/11/01 | NY | 02cv06977 | 1463 at 34 | | 8275-1 at 6, 8973; 3226 at 9 | $ 2,000,000.00 | $ 6,000,000.00 | 9850-4 | 11/1/22 8026 at 8 | | $ 6,985,826.00 | $ 20,957,478.00 | the Personal Representative also appears as Jill Gartenberg in 1463 at 36 |
| 15 Meg | | Bloom | | Thomas | | Glasser | | US | 9/11/01 | NY | 02cv06977 | 1463 at 10 | | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-11 | 7/1/24 10266 at 5 | | $ 14,494,168.00 | $ 43,482,504.00 | |
| 16 Carol | | Haran | | James | | Haran | | US | 9/11/01 | NY | 02cv06977 | 1463 at 37 | | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-11 | 7/1/24 10266 at 5 | | $ 3,951,307.00 | $ 11,853,921.00 | |
| 17 Margaret | | Harrell | | Stephen | | Harrell | | US | 9/11/01 | NY | 02cv06977 | 8721 | | 8245 at 4 | $ 2,000,000.00 | $ 6,000,000.00 | 7979 | 1/1/18 8245 at 4 | | $ 4,695,786.00 | $ 14,075,358.00 | |
| 18 Delores | | Legree | | Anthony | | Hawkins | | US | 9/11/01 | NY | 02cv06977 | 1463 at 39 | | 3226 at 9 | $ 2,000,000.00 | $ 4,000,000.00 | 9980-8 | 7/1/24 10266 at 5 | | $ 1,548,725.00 | $ 4,646,165.00 | |
| 19 Donna | | Hickey | | Brian | | Hickey | | US | 9/11/01 | NY | 02cv06977 | 1463 at 13 | | 3226 at 9 | $ 2,000,000.00 | $ 6,000,000.00 | | | | | | |
| 20 Allison | | Hobbs | | Thomas | | Hobbs | | US | 9/11/01 | NY | 02cv06977 | 1463 at 37 | | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-11 | 9/1/21 10192 at 5 | | $ 3,137,796.00 | $ 9,413,388.00 | |
| 21 Joy | | Johnston | | William | | Johnston | | US | 9/11/01 | NY | 02cv06977 | 1463 at 14 | | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-3 | 7/1/24 10266 at 5 | | $ 1,765,639.00 | $ 5,296,917.00 | Decedent's and Personal Representative's last name is listed as Johnson on 1463 at 32 |
| 22 Maureen | | Kennedy | | Robert | | Kennedy | | US | 9/11/01 | NY | 02cv06977 | 1463 at 58 | | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-5 | 7/1/24 10266 at 5 | | $ 1,450,512.00 | $ 4,350,936.00 | |
| 23 Anjani | | Kolpakov | | Irina | | Kolpakova | | US | 9/11/01 | NY | 02cv06977 | 1463 at 59 | | 3226 at 7 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-19 | 7/1/24 10266 at 5 | | $ 1,084,086.00 | $ 6,252,558.00 | Decedent's last name is listed as Kolpakov on 1116 at 7 |
| 24 Yun Fu | | Zheng | | Raymond | Kui Fai | Kwok | | US | 9/11/01 | NY | 02cv06977 | 1116 at 8 | | 3226 at 9 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-5 | 7/1/24 10266 at 5 | | $ 3,655,916.00 | $ 10,967,754.00 | |
| 25 Kimberly | | LaMantia | | Stephen | | LaMantia | | US | 9/11/01 | NY | 02cv06977 | 1463 at 62 | | 3226 at 9 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-9 | 4/1/21 10192 at 5 | | $ 9,465,390.00 | $ 28,396,170.00 | |
| 26 Christy | | Ferer | | Neil | D. | Levin | | US | 9/11/01 | NY | 02cv06977 | 1463 at 61 | | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-7 | 7/1/24 10266 at 5 | | $ 10,476,126.00 | $ 31,428,378.00 | |
| 27 Enrica | | Nocciacato | | Lorraine | | Lisi | | US | 9/11/01 | NY | 02cv06977 | 1463 at 60 | | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-9 | 7/1/24 10266 at 5 | | $ 2,427,782.00 | $ 7,283,346.00 | |
| 28 Yvonne | | Ramirez | | Linda | | Mair Grayling | | US | 9/11/01 | NY | 02cv06977 | 1463 at 30 | | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-18 | 7/1/24 10266 at 5 | | $ 1,562,132.00 | $ 4,686,396.00 | |
| 29 Otelo | | Maldonado | | Debora | | Maldonado | | US | 9/11/01 | NY | 02cv06977 | 8275-1 at 11, 8721 | | 8245 at 4 | $ 2,000,000.00 | $ 6,000,000.00 | 7979 | 1/1/18 8245 at 4 | | $ 1,762,570.00 | $ 5,287,710.00 | |
| 30 Susan | | McDermott | | Matthew | | McDermott | | US | 9/11/01 | NY | 02cv06977 | 1463 at 40 | | 8245 at 4 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-3 | 7/1/24 10266 at 5 | | $ 28,132,860.00 | $ 84,398,580.00 | |
| 31 Richard | A. | Mineo | | William | G. | Minardi | | US | 9/11/01 | NY | 02cv06977 | 1463 at 48 | | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-23 | 7/1/24 10266 at 5 | | $ 15,829,586.00 | $ 47,488,758.00 | |
| 32 Diane | | Monahan | | John | | Monahan | | US | 9/11/01 | NY | 02cv06977 | 1463 at 18 | | 3226 at 9 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-17 | 7/1/24 10266 at 5 | | $ 2,141,695.00 | $ 6,425,085.00 | |
| 33 Sanadha | | Moorthy | | Krishna | | Moorthy | | US | 9/11/01 | NY | 02cv06977 | 1463 at 41 | | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | | | | | | |
| 34 Nancy | | Moroney | | Dennis | | Moroney | | US | 9/11/01 | NY | 02cv06977 | 1463 at 41 | | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-14 | 7/1/24 10266 at 5 | | $ 12,095,705.00 | $ 36,287,115.00 | |
| 35 Elizabeth | | Murphy | | Charles | A. | Murphy | | US | 9/11/01 | NY | 02cv06977 | 1463 at 42 | | 3226 at 9; 8275-1 at 7, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-22 | 7/1/24 10266 at 5 | | $ 5,408,230.00 | $ 16,224,690.00 | |

Exhibit A - Personal Representatives of the Estates of U.S. Nationals with Prior Judgments (Economic loss)                    ATA (18 U.S.C. sec. 2333), common law

| | Personal Representative | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | |
| 36 | Evelyn | | Tosantino | | Jody | | Tosantino | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 24 | | 8275-1 at 8, 8973; 3226 at 6 | $ 2,000,000.00 | $ 6,000,000.00 | 6850-4 | 2/1/23 | 9159 at 3 | $ 1,523,998.00 | $ 6,571,994.00 | |
| 37 | Jason | | Seymour | | Jacqueline | | Norton | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 35 | 6246 at 4, 8251 | 3226 at 8, 8275-1 at 8, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-18 | 3/1/23 | 10292 at 3 | $ 3,657,628.00 | $ 10,972,884.00 | |
| 38 | Jason | | Seymour | | Robert | G. | Norton | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 35 | 6246 at 4, 8251 | 3226 at 8, 8270-1 at 20, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-19 | 3/1/23 | 10292 at 3 | $ 519,671.00 | $ 1,559,013.00 | |
| 39 | Barbara | | Lynch | | Robert | W. | O'Shea | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 21 | | 8245 at 4 | $ 2,000,000.00 | $ 6,000,000.00 | 7979 | 1/1/18 | 8245 at 4 | $ 10,198,400.00 | $ 30,595,200.00 | |
| 40 | Felicana | | Umanzor | | Eloy | | Osorio | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 21 | | 3226 at 6 | $ 2,000,000.00 | $ 6,000,000.00 | 5537-6 | 1/1/14 | 5883-3 at 2, 5926 | $ 3,895,775.00 | $ 11,687,325.00 | |
| 41 | Joanna | | Ostrowski | | James | | Ostrowski | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 42 | | 3226 at 6 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-20 | 8/1/23 | 10292 at 5 | $ 3,196,906.00 | $ 9,590,718.00 | |
| 42 | Sampath | | Pakkala | | Deepa | | Pakkala | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 10 | | 3226 at 8, 8275-1 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-12 | 7/1/24 | 10292 at 5 | $ 4,916,372.00 | $ 14,749,116.00 | |
| 43 | Donna | | Paolillo | | John | | Paolillo | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 18 | | 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-20 | 7/1/24 | 10266 at 5 | $ 3,489,218.00 | $ 10,467,654.00 | |
| 44 | Joseph and Mary | | Machcinski (Mary & Joseph (Pfeifer) | | Kevin | | Pfeifer | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 54 | 6246 at 4, 8251 | 8275-1 at 9, 8973; 3226 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | 6850-4 | 11/1/22 | 9159 at 3 | $ 1,635,247.00 | $ 4,905,741.00 | Personal Representative, Mary's last name is spelt as Machcinski in ECF 8246 and Machinski in ECF 1463 in 03-cv06977 |
| 45 | Theresa | | Regan | | Donald | | Regan | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 51 | | 3226 at 8, 8275-1 at 8, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-13 | 2/1/23 | 10292 at 5 | $ 2,030,752.00 | $ 6,092,256.00 | |
| 46 | Jennifer | | Reilly | | Kevin | | Reilly | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 30 | | 3226 at 8, 8275-1 at 8, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 10002-1 | 7/1/24 | 10266 at 5 | $ 1,879,266.00 | $ 5,637,882.00 | |
| 47 | Rodney | | Rosenzweig | | Mitchell | | Robotham | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 39 | | 3226 at 8, 8275-1 at 8, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-31 | 3/1/23 | 10292 at 5 | $ 4,088,242.00 | $ 12,264,726.00 | |
| 48 | Lauren | | Morton | | Phillip | | Rosenzweig | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 52 | | 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-6 | 3/1/23 | 10292 at 5 | $ 6,788,309.00 | $ 20,367,927.00 | |
| 49 | Sejithi | | Shah | | Jayesh | | Shah | | US | 9/11/01 | NY | 03-cv06977 | 1116 at 7 | | 3226 at 8, 8275-1 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-15 | 7/1/24 | 10266 at 5 | $ 6,788,309.00 | $ 20,367,927.00 | |
| 50 | Nancy | | Raccide Shea | | Joseph | | Shea | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 22 | | 8275-1 at 10, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-7 | 3/1/23 | 10292 at 5 | $ 27,717,220.00 | $ 83,151,660.00 | |
| 51 | Jason | | Sherman | | Trayme | | Skinner | | US | 9/11/01 | NY | 03-cv06977 | 8725 | 1463 at 61 | 8251 | $ 2,000,000.00 | $ 6,000,000.00 | 7979 | 1/1/18 | 8245 at 4 | $ 3,471,075.00 | $ 10,413,225.00 | |
| 52 | Dena | | Smagala | | Stanley | | Smagala | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 60 | | 3226 at 8, 8275-1 at 8, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-22 | 3/1/23 | 10292 at 5 | $ 4,411,875.00 | $ 13,235,625.00 | |
| 53 | Carmen | | Suarez | | Ramon | | Suarez | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 16 | | 8275-1 at 10, 8973; 3226 at 8 | $ 3,000,000.00 | $ 6,000,000.00 | 6850-4 | 3/1/23 | 9159 at 3 | $ 853,170.00 | $ 2,559,510.00 | The economic damages previously awarded to the estate of Ramon Suarez totaled $853,170. ECF No. 9159 at 3; see also ECF No. 6854-4 at 4. |
| 54 | Suzanne | | Swaine | | John | | Swaine | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 65 | | 3226 at 8, 8275-1 at 8, 8973 | $ 3,000,000.00 | $ 6,000,000.00 | 9680-13 | 7/1/24 | 10266 at 5 | $ 26,657,156.00 | $ 79,971,462.00 | |
| 55 | Jill | | Tarrou | | Michael | C. | Tarrou | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 62 | | 3226 at 7 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-21 | 4/1/24 | 10292 at 5 | $ 1,030,247.00 | $ 3,090,741.00 | |
| 56 | Robert | | Spadafora | | James | A. | Trentini | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 37 | | 8973; 3226 at 8, 8275-1 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-24 | 3/1/23 | 10292 at 5 | $ 1,200,647.00 | $ 3,601,941.00 | |
| 57 | Robert | | Spadafora | | Mary | | Trentini | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 37 | | 8973; 3226 at 8, 8275-1 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-25 | 3/1/23 | 10292 at 5 | $ 829,005.00 | $ 2,487,015.00 | |
| 58 | Mary | | Tsakalas | | William | | Tsakalas | Jr. | US | 9/11/01 | NY | 03-cv06977 | 1463 at 45 | | 8973; 3226 at 8, 8275-1 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-30 | 4/1/23 | 10292 at 5 | $ 7,994,971.00 | $ 23,984,913.00 | |
| 59 | Nadadur | | Kumar | | Pembuka | | Vamsikrishna | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 50 | | 8973; 3226 at 8, 8275-1 at 8 | $ 2,000,000.00 | $ 6,000,000.00 | 9980-19 | 7/1/24 | 10266 at 5 | $ 6,096,254.00 | $ 18,288,762.00 | |
| 60 | Elizabeth | Anne | Vandewander | | Jon | | Vandewander | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 11 | | 3226 at 7, 8275-1 at 8, 11, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-26 | 3/1/23 | 10292 at 5 | $ 10,464,353.00 | $ 31,393,059.00 | Personal Representative is listed as Anne Vandewander in 1463 at 11 |
| 61 | Patricia | | Villardo | | Joseph | | Villardo | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 46 | | 3226 at 7, 8275-1 at 8, 11, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-27 | 3/1/23 | 10292 at 5 | $ 10,603,217.00 | $ 31,809,651.00 | |
| 62 | Paul | | Kiefer | | Brian | | Warner | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 38 | | 3226 at 7, 8275-1 at 8, 11, 8973 | $ 2,000,000.00 | $ 6,000,000.00 | 9680-28 | 3/1/23 | 10292 at 5 | $ 6,350,298.00 | $ 19,050,894.00 | |
| 63 | Judith | | Weil | | Joanne | | Weil | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 60 | 6246 at 4, 8251 | 8973; 3226 at 8, 8275-1 at 8 | $ 3,000,000.00 | $ 6,000,000.00 | 9680-29 | 3/1/23 | 10292 at 5 | $ 2,398,784.00 | $ 7,196,252.00 | |
| 64 | Louise | | Weinberg | | Steven | | Weinberg | | US | 9/11/01 | NY | 03-cv06977 | 8725 | 1463 at 61 | 8245 at 4 | $ 3,000,000.00 | $ 6,000,000.00 | 7979 | 1/1/18 | 8245 at 4 | $ 7,163,597.00 | $ 21,490,791.00 | |
| 65 | Helen | | Zaccoli | | Joseph | | Zaccoli | | US | 9/11/01 | NY | 03-cv06977 | 1463 at 61 | | 3226 at 8 | $ 3,000,000.00 | $ 6,000,000.00 | 9680-2 | 3/1/23 | 10292 at 5 | $ 4,097,292.00 | $ 12,291,876.00 | |

# Exhibit B

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Z | Relationship | Documentation | Prior Award | Amount | Treble | |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | | Relationship | Documentation | Prior Award | Amount | Trebled | |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Z | Relationship | Documentation | Prior Award | Amount | Treble | |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Z | Relationship | Documentation | Prior Award | Amount | Treble | |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Z | Relationship | Documentation | Prior Award | Amount | Trebles | |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2030), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Z | Relationship | Documentation | Prior Award | Amount | Treble | |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Z | Relationship | Documentation | Prior Award | Amount | Trebbs | |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | | Relationship | Documentation | Prior Award | Amount | Treble | |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | ? | Relationship | Documentation | Prior Award | Amount | Treble | Notes |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Z | Relationship | Documentation | Prior Award | Amount | Treble | |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Z | Relationship | Documentation | Prior Award | Amount | Treble | |

Exhibit 8 - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Z | Relationship | Documentation | Prior Award | Amount | Trebled | |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | | Solatium Damages | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Z | Relationship | Documentation | Prior Award | Amount | Treble | |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Z | Relationship | Documentation | Prior Award | Amount | Treble | |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | | Solatium Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Z | Relationship | Documentation | Prior Award | Amount | Treble |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Z | Relationship | Documentation | Prior Award | Amount | Treble | |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Z | Relationship | Documentation | Prior Award | Amount | Treble | |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | | Relationship | Documentation | Prior Award | Amount | Treble | |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | | Solatium Damages | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | | Relationship | Documentation | Prior Award | Amount | Treble | |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | | Solatium Damages | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Z | Relationship | Documentation | Prior Award | Amount | Treble | |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Trebled | |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Z | Relationship | Documentation | Prior Award | Amount | Treble | |

Exhibit B - Immediate Family Members (U.S. Nationals) with Prior Judgments (Solatium)

ATA (18 U.S.C. sec. 2333), common law

| Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | 2 | Relationship | Documentation | Prior Award | Amount | Treble | |