UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda et al.,* 02-cv-6977 (GBD)(SN)
*Ashton et a. v. Kingdom of Saudi Arabia*, 17-cv-2003 (GBD)(SN)

## MOTION TO WITHDRAW AS COUNSEL

Upon the supporting Declaration of Andrew J. Maloney, III, Esq., and pursuant to Southern District of New York Local Rule 1.4(b), undersigned counsel respectfully moves this Court for an Order:

1. Unless new counsel files an appearance earlier, after a period of 30 days from the date of filing, granting undersigned counsel and all other attorneys at Kreindler & Kreindler LLP permission to withdraw as counsel for the Estate of Calvin J. Gooding, LaChanze Sapp-Gooding (in her capacity as the personal representative of the Estate of Calvin J. Gooding and individually), Celia Gooding and Zaya Gooding as to all claims and defendants in the above-cited actions.

2. Allowing the Estate of Calvin J. Gooding, LaChanze Sapp-Gooding (in her capacity as the personal representative of the Estate of Calvin J. Gooding and in her individual capacity), Celia Gooding and Zaya Gooding to proceed in this litigation either with new counsel or on a *pro se* basis.

3. Granting any other relief as this Court deems just and proper.

Dated: New York, New York
October 9, 2025

    KREINDLER & KREINDLER LLP

    BY:   /s/ Andrew J. Maloney III
    Andrew J. Maloney, III, Esq.
    485 Lexington Ave., 28th Floor
    New York, New York 10017
    Tel: (212) 687-8181
    Fax: (212) 972-9432
    amaloney@kreindler.com