UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>**TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | 03-MD-01570<br><br>NOTICE OF APPEARANCE |
|---|---|

This document relates to:

 Ashton v. al Qaeda Islamic Army, No. 02-cv-6977 (GBD)(SN)
 Ashton v. Kingdom of Saudi Arabia, No. 17-cv-2003 (GBD)(SN)

 **PLEASE TAKE NOTICE** that Jerry S. Goldman, Esq., of Anderson Kill P.C., 7 Times Square, 15th Floor, New York, New York 10036, hereby enters his appearance as counsel for the following Plaintiffs: LaChanze Sapp-Gooding (individually and as personal representative), Celia Gooding, Zaya Gooding, and the Estate of Calvin Joseph Gooding (collectively, the "Gooding Plaintiffs").

Dated: November 7, 2025   **ANDERSON KILL P.C.**
   New York, New York

           By: */s/ Jerry S. Goldman*
             Jerry S. Goldman
             7 Times Square, 15th Floor
             New York, New York 10036
             Telephone: (212) 278-1000
             Fax: (212) 278-1733
             Email: Jgoldman@andersonkill.com

            *Attorney for the Gooding Plaintiffs*