**KREINDLER** LLP

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

November 10, 2025

amaloney@kreindler.com
212-973-3438

<u>VIA ECF</u>
The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *In re: Terrorist Attacks on September 11, 2001*, 03-md-01570-GBD-SN
              *Ashton et al. v. al Qaeda et al.,* 02-cv-6977 (GBD)(SN)
              *Ashton et al. v. Kingdom of Saudi Arabia*, 17-cv-2003 (GBD)(SN)
        Application to Withdraw Representation of Estate of Calvin J. Gooding, La Chanze Sapp-Gooding (in her capacity as the personal representative of the Estate of Calvin J. Gooding and individually), Celia Gooding and Zaya Gooding, Plaintiffs

Dear Judge Netburn,

    As per the Court's October 16, 2025 Order at ECF No. 11367, regarding Kreindler's withdrawal of representation for the Estate of Calvin J. Gooding, La Chanze Sapp-Gooding (in her capacity as the personal representative of the Estate of Calvin J. Gooding and individually), Celia Gooding and Zaya Gooding, ("Gooding Plaintiffs") in the above captioned matter, I am writing to confirm that the Gooding Plaintiffs were served with a copy of the Kreindler letter concerning the Kreindler withdrawal and the Court's Order requiring the Gooding Plaintiffs to obtain new counsel or appear *pro hac vice by* November 10.

    On October 17, 2025, Kreindler served the Gooding Plaintiffs by UPS overnight mail at:

LaChanze Sapp-Gooding              Celia Gooding
764 Gramatan Avenue                  764 Gramatan Avenue
Mt. Vernon, NY 10552                 Mt. Vernon, NY 10552
ms.lachanze@gmail.com             Gooding.celia@gmail.com

Zaya Gooding
764 Gramatan Avenue
Mt. Vernon, NY 10552
Zayalachanze@gmail.com

On October 17, 2025 Kreindler emailed the Kreindler letter and the Court's Order to its outside counsel at London Fischer who confirmed that they sent an email to the Gooding Plaintiffs' counsel Akiva Cohen, Esq. enclosing the Kreindler letter and the Court's Order on October 20, 2025 at the following email address:

Akiva Cohen, Esq.
KAMERMAN, UNCYK, SONIKER, & KLEIN, P.C.
2700 Broadway, Floor 16
New York, NY 10019
acohen@kusklaw.com

On October 20, 2025 UPS provided notification, via tracking numbers, that Celia Gooding received the mailings for herself, La Chanze Sapp Gooding and Zaya Gooding at the Mt. Vernon addresses above on October 20, 2025. Accordingly, service has been completed.

On November 7, 2025, Jerry Goldman of Anderson Kill, P.C. filed a Notice of Appearance on behalf of the Gooding Plaintiffs in the MDL action In Re Terrorist Attacks on September 11, 2001 (ECF No. 11392).

Respectfully Submitted,

 /s/Andrew J. Maloney

Andrew J. Maloney, III