```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Ashton v. al Qaeda Islamic Army, No. 02-cv-06977
    Havlish v. Bin-Laden, No. 03-cv-09848
    Hoglan v. Islamic Republic of Iran, No. 11-cv-07550
    Anaya v. Islamic Republic of Iran, No. 18-cv-12341
    Chairnoff v. Islamic Republic of Iran, No. 18-cv-12370
    Ray v. Islamic Republic of Iran, No. 19-cv-00012

Four groups of plaintiffs have filed motions to permit attachment and execution pursuant to 28 U.S.C. § 1610(c) (together, the "Motions") on approximately 127,271 Bitcoin and related proceeds (the "Bitcoin"). See ECF Nos. 11458, 11461, 11465, 11470.[1] The plaintiffs—victims of the 9/11 Attacks or their family members—hold judgments in this judicial district against the Islamic Republic of Iran ("Iran"). The Motions each request that the Court (1) determine that "a reasonable period of time has elapsed" since entry of the plaintiffs' judgments and service of notice of the judgments on Iran, 28 U.S.C. § 1610(c); and (2) authorize the plaintiffs to pursue attachment of, and execution against, the Bitcoin pursuant to the Terrorism Risk Insurance Act of 2002, Pub. L. No. 107-297, 116 Stat. 2322 (codified at 28 U.S.C. § 1610 note). The Bitcoin are currently held by the U.S. government and subject to ongoing proceedings in the U.S. District

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

Court for the Eastern District of New York. See United States v. Approximately 127,271 Bitcoin, No. 25-cv-05745 (E.D.N.Y.); Fritz v. Iran & China Inv. Dev. Grp., No. 25-cv-07093 (E.D.N.Y.); see also Chairnoff v. Iran, No. 18-cv-12370 (S.D.N.Y.), ECF No. 172 (response filed by the U.S. Attorney's Office for the E.D.N.Y. opposing the Chairnoff motion). In Fritz, Magistrate Judge Henry directed the U.S. government to respond to the Fritz Plaintiffs' emergency motion to attach the Bitcoin (in satisfaction of their judgments against Iran) by February 9, 2026. See Fritz, No. 25-cv-07093 (E.D.N.Y.), Dkt. Entry Dated Dec. 31, 2025 (directing response by January 16); Dkt. Entry Dated Jan. 13, 2026 (granting extension to February 9). The Court therefore invites the United States to file a statement of interest, pursuant to 28 U.S.C. § 517, responding to all of the Motions in this litigation by the same date: February 9, 2026. The Clerk of the Court is respectfully directed to mail this Order to the United States Attorney for the Southern District of New York.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   January 28, 2026
         New York, New York