AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 ) <br> *Plaintiff* ) <br> v. ) <br> *Defendant* ) ) ) | Civil Action No. 03-md-1570 (GBD)(SN) <br> This document relates to: 02-cv-6977 (GBD)(SN) |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   03/08/2016   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: _____

*CLERK OF COURT*


_____
*Signature of Clerk or Deputy Clerk*