# ANDERSON KILL P.C.

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212.278.1000 / www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212.278.1569

<u>Via ECF</u>                                                                                                  February 12, 2026

The Honorable George B. Daniels, U.S.D.J.     The Honorable Sarah Netburn, U.S.M.J.
United States District Court for the S.D.N.Y.   United States District Court for the S.D.N.Y.
Daniel P. Moynihan U.S. Courthouse             Thurgood Marshall U.S. Courthouse
500 Pearl Street                               40 Foley Square, Room 430
New York, NY 10007                             New York, NY 10007

Re:  *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (GBD)(SN); *Estate of John Patrick O'Neill Sr., et al. v. The Republic of Iraq, et al.*, 04-cv-01076 (GBD)(SN); *Deborah Bodner, et al. v. Islamic Republic of Iran*, 19-cv-11776 (GBD)(SN); *Burnett, et al. v. Islamic Republic of Iran, et al.*, 15-cv-9903 (GBD)(SN); *Ashton, et al. v. Al Qaeda Islamic Army, et al.*, 02-cv-06977 (GBD)(SN) – Proposal for Addressing Renewed Judgment Motions

Dear Judge Daniels and Judge Netburn:

Plaintiffs represented by undersigned counsel in the above-referenced actions write briefly in response to the recent motions filed by the Law Office of John F. Schutty, P.C. seeking final judgments on behalf of his clients, who already have final judgments. ECF Nos. 11487-11490, 11713-11715, 11717-11719. We write to raise several concerns over the broader implications of Mr. Schutty's recent motions and to propose a possible solution.

As the Court may be aware, several of Mr. Schutty's clients are former clients in the actions cited above, filed by undersigned counsel, who already have partial final judgments against the Islamic Republic of Iran ("Iran"). The judgments of Mr. Schutty's clients in many cases are integrated in the same document with the judgments of many of our current clients. Mr. Schutty's attempt to obtain new judgments against Iran may prejudice these existing clients in enforcement proceedings and before the U.S. Victims of State Sponsored Terrorism Fund.

Rather than the Court entertaining piecemeal motions to enter "new" purportedly "final" judgments, undersigned counsel propose that the Court consider entering 54(b) certifications *nunc pro tunc* to the date of the original judgments entered in these cases as we previously recommended. *See* ECF No. 11674. Regarding the issue of punitive damages or any other additional damages (*e.g.*, supplemental economic damages) plaintiffs have sought and may seek, the Court can confirm its prior practice of denying those damages claims, subject to reopening under Rule 60, which is what the Court has essentially been doing in practice for the past 8-9 years. *E.g.*, ECF Nos. 4171, 4186, 4188, 5062, 5286, 5287, 5288, 5289, 5922, 6177, 6202, 6203, 6205, 6368, 6369, 6370, 7288, 8034, 8238, 8493, 8517, 8816, 9725, 9762, 10441 (granting motion to correct errors under Rule 60 in final judgments). This would not only have the effect of conforming the legal significance of all plaintiffs' existing partial final judgments to the understanding of the parties (and we assume the Court)—that the compensatory damages partial final judgments the Court has been entering for years, are in fact "final"—it would also greatly reduce the burden on the Court and the parties of having to submit new

judgment motions for the Court to adjudicate. Instead, undersigned counsel propose sending the Court one proposed order that lists and attaches as exhibits, all partial final judgments previously entered by the Court under 28 U.S.C. § 1605A (or state common law claims under 1605B as the case may be) for the Court to certify under 54(b) *nunc pro tunc* and confirm that any additional damages sought or that could be sought in the corresponding motions were previously denied without prejudice, subject only to reopening under Rule 60, which the Court, in its discretion, has allowed, as has been the Court's practice for years.

Otherwise, the Court will likely be burdened by further piecemeal motions filed by each law firm with partial final judgments entered by the Court dating back to 2016 that will, of necessity, include the names of each of the plaintiffs for whom partial final judgments have been entered and the date on which those judgments were entered to permit the entry of Rule 54(b) judgments for plaintiffs represented by each of the firms involved. Undersigned counsel are concerned that this would force the Court and its staff to comb through these lists of plaintiffs to verify the information provided therein regarding the judgment date and judgment amount which will cause a significant delay in permitting these plaintiffs to seek enforcement of their judgments in other federal courts. The entry of the proposed *nunc pro tunc* process would alleviate this additional burden on the Court's resources, and, given the careful quality control measures this Court has put in place with which counsel has already certified compliance when previously moving for judgments, would not present any risk to the integrity of the process. While the burden on the Court in reviewing renewed motions for final judgments may be *de minimis* for counsel like Mr. Schutty with a significantly limited number of plaintiffs, the burden on the Court will be much more accentuated should undersigned counsel be required to file the same types of piecemeal motions.

We thank the Court for its attention to this matter.

Respectfully submitted,

| MOTLEY RICE LLC | SPEISER KRAUSE, P.C. |
|---|---|
| By: */s/ John M. Eubanks*<br>John M. Eubanks, Esq.<br>John C. Duane, Esq.<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29465<br>jeubanks@motleyrice.com<br>jduane@motleyrice.com<br>Telephone: (843) 216-9000<br><br>*For the Burnett Plaintiffs* | */s/ Jeanne M. O'Grady*<br>Jeanne M. O'Grady, Esq.<br>800 Westchester Avenue, Suite S-608<br>Rye Brook, New York 10573<br>jog@speiserkrause.com<br>Tel.: (914) 220-5333<br>Fax: (914) 220-5334<br><br>*For the Burlingame Plaintiffs* |
| ANDERSON KILL P.C. | KREINDLER & KREINDLER LLP |
| By: */s/ Jerry S. Goldman*<br>Jerry S. Goldman, Esq.<br>Bruce Strong, Esq. | By: */s/ Megan Wolfe Benett*<br>Megan Wolfe Benett, Esq.<br>485 Lexington Ave |

The Honorable George B. Daniels
The Honorable Sarah Netburn
February 12, 2026
Page 3

| | |
|---|---|
| 7 Times Square, 15th Floor<br>New York, NY 10036<br>Telephone: (212) 278-1000<br>jgoldman@andersonkill.com<br>bstrong@andersonkill.com<br><br>*For the O'Neill Plaintiffs* | New York, NY 10017<br>Tel.: (212) 973-3438<br>Fax: (212) 972-9432<br>mbenett@kreindler.com<br><br>*For the Ashton Plaintiffs* |

cc:     All Counsel of Record via ECF