UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/2026

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) |

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Bauer, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)
*Ashton, et al. v. The Kingdom of Saudia Arabia*, 17-cv-2003 (GBD)(SN)

## ORDER

The *Bauer* Plaintiffs' motion to correct the abovementioned docket is granted, and Counsel for *Bauer* Plaintiffs is directed to enter the corrections to certain Plaintiffs' names, as identified on the attached exhibit, into the Court's ECF system.

The Clerk of the Court is respectfully directed to terminate the motion at MDL ECF No. 11816, and the related motions in *Ashton*, No. 02-cv-6877, ECF No. 2470, *Bauer,* No. 02-cv-7236, ECF No. 360, and *Ashton*, No. 17-cv-2003, ECF No. 417.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 2, 2026
New York, New York

**EXHIBIT**

| Name as it appears in the actions: | Requested correction to name: |
|---|---|
| Jacqueline Bauer | Jacqueline M. Seremetis |
| Morgan Beamer | Morgan K. Avinger |
| Lisa Torres | Lisa Carlino |
| Jacqueline D'Ambrosi | Jacqueline Scales |
| Emily D'Ambrosi | Emily Slavin |
| Rose D'Alessandro | Rose Keller |

1