## LAW OFFICE OF JOHN F. SCHUTTY, P.C.
445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (646) 345-1441 - Fax: (917) 591-5980
john@johnschutty.com

March 3, 2026                                                                                  **Via ECF**

Honorable Sarah Netburn, U.S. District Court Magistrate Judge

      Re:    *In re Terrorist Attacks on September 11, 2001,*
              MDL No. 03-MDL-1570 (GBD) (SN)
                  *Ashton et al. v. al Qaeda Islamic Army*, *et al.*, 02-cv-6977 (and member cases *Burlingame, et al. v. Bin Laden, et al.,* 02-cv-7230 (GBD)(SN) and *Schneider, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7209 (GBD)(SN)
              <u>Requests for Rule 54(b) Certifications of Damage Awards Against Iran</u>

Your Honor:

I write in further response to the Court's Order dated February 13, 2026 (MDL ECF No. 11730), the Plaintiffs' Executive Committee's (PEC) requests (MDL ECF ##11720 and11800), and my letter of February 26 (MDL ECF #11808), regarding the PEC's request that the Court issue Rule 54(b) certifications to compensatory damage awards against the Islamic Republic of Iran (Iran) to *certain* subsets of plaintiffs, but not *all* plaintiffs who have compensatory damage awards against Iran. My clients have formally opposed this application by the PEC for the reasons set forth within my letter of February 26.

My clients have proposed that the Court issue one ruling for all plaintiffs with claims against Iran – a consolidating and coordinating ruling that will allow some finality as to Iran, along with asset execution and/or the ability to appeal sooner rather than later the liability issues already resolved in this litigation. Attached is such a Proposed Order (Exhibit A) that can cover all compensatory damage awards issued by the Court against Iran. What needs to be formulated is a master list (Attachment A to the Proposed Order) of the compensatory damage awards issued by the Court against Iran to date.

My clients invite the Plaintiffs' Executive Committee (PEC) to: (1) comment on the Proposed Order and (2) propose a method and timing for putting together a master list of the compensatory damage awards issued against Iran. Once that master list is submitted to the Court, the Proposed Order may be issued in its present form or in some modified form determined by the Court.

Sincerely yours,

*John F. Schutty*