```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                              03-MD-01570 (GBD)(SN)

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001                                         **ORDER**


-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Ashton v. al Qaeda Islamic Army, No. 02-cv-06977 (GBD)(SN)

The Court has reviewed the Ashton Plaintiffs' motion for partial default judgments against the Taliban. ECF Nos. 11173, 11179, 11709.[1] One of these Plaintiffs, the estate of Victor Paz Gutierrez (the "Gutierrez Estate"), previously received a partial default judgment against the Islamic Republic of Iran, see ECF No. 3226 at 6, when the personal representative for his estate was Blanca Gutierrez de Paz. See ECF No. 1436 at 42. BNY Mellon was later substituted for Blanca Gutierrez de Paz as the personal representative of the Gutierrez Estate. See ECF Nos. 9726 (granting substitution); 9704-1 at 3 (proposed substitution). The Gutierrez Estate now requests pain and suffering damages against the Taliban as a co-tortfeasor, and Exhibit B1 lists BNY Mellon as the Gutierrez Estate's personal representative. See ECF No. 11179-2 at 2.

    The Court asks the Ashton Plaintiffs to file a letter explaining whether BNY Mellon is a lawfully appointed personal representative of the Gutierrez Estate. See, e.g., N.Y. Est. Powers & Trusts Law § 1-2.13 ("A personal representative is a person who has received letters to administer the estate of a decedent."). The Ashton Plaintiffs must file their letter by Wednesday,

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

March 11, 2026. This Order makes no decision on the merits of the <u>Ashton</u> Plaintiffs' motion or the Gutierrez Estate's claim.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   March 10, 2026
         New York, New York